## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK MCDONALD,** *et al.*, ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| v. ) | **C.A. No. 1:06-cv-00729 (JR)** |
| ) | |
| **THE SOCIALIST PEOPLE'S LIBYAN** ) | |
| **ARAB JAMAHIRIYA,** *et al.*, ) | |
| ) | |
|     **Defendants.** ) | |
| ) | |

_____

### NOTICE OF ERRATA

Plaintiffs, Mark McDonald, *et al.*, hereby file this attached Errata Sheet in reference to their recently-filed Complaint in the above-captioned matter. The original hard copy of the Complaint does not contain any errors. The copy placed on the ECF System, however, has three pages with errors.

The attached three pages (pages 6, 16 and 17) should be used in place of the corresponding page numbers in the original Complaint.

Dated:  May 5, 2006                 Respectfully submitted,
       Washington, DC

                                          HANLY CONROY BIERSTEIN SHERIDAN
                                          FISHER & HAYES LLP

                                          /S/  Jayne Conroy, Esq._____
                                          Jayne Conroy, Esq. (DC Bar No. 451475)
                                          Paul Hanly, Esq.
                                          Andrea Bierstein, Esq.
                                          112 Madison Avenue
                                          New York, New York 10016-7416
                                          (212) 784-6400
                                          Fax: (212) 784-6420
                                          E-mail: jconroy@hanlyconroy.com

Of Counsel:

Jason McCue, Esq.
H20 LAW
40-43 Chancery Lane
London WC2A 1JQ
United Kingdom

Lord Dan Brennan
Matrix Chambers
Gray's Inn
London WC1R 5LN
United Kingdom

*Attorneys for Plaintiffs*

9500/149/125124.1


**CORRECT PAGE 6**                                                                                                                                          **1:06-cv-00729 (JR)**

| | |
|---|---|
| **LISA ELIZABETH RHONDA MORRISON,** | ) |
| | ) |
| **MARCUS WINSTON MORRISON,** | ) |
| | ) |
| **PHILIP STEPHEN MORRISON,** | ) |
| | ) |
| **ABIGAIL LOUISE PARRY,** | ) |
| | ) |
| **COLIN PARRY,** | ) |
| | ) |
| **DOMINIC IEUAN PARRY,** | ) |
| | ) |
| **WENDY ANN PARRY,** | ) |
| | ) |
| **ADAM MICHAEL PUGH,** | ) |
| | ) |
| **AILEEN JANET QUINTON,** | ) |
| | ) |
| **CHRISTOPHER GEORGE QUINTON,** | ) |
| | ) |
| **DEREK QUINTON,** | ) |
| | ) |
| **IAN RICHARD QUINTON,** | ) |
| | ) |
| **SUZANNE ELIZABETH RITCHIE,** | ) |
| | ) |
| **JASON LEE ROBERTS,** | ) |
| | ) |
| **STELLA MARY ROBINSON,** | ) |
| **INDIVIDUALLY, ON BEHALF OF THE** | ) |
| **ESTATE OF WILLIAM JOHN WESLEY** | ) |
| **ARMSTRONG, AND ON BEHALF OF THE** | ) |
| **ESTATE OF BERTHA MARY EVELYN** | ) |
| **ARMSTRONG,** | ) |
| | ) |
| **KAREN JEAN SALVESEN-SYKES,** | ) |
| **INDIVIDUALLY AND ON BEHALF OF THE** | ) |
| **ESTATE OF KENNETH GERALD** | ) |
| **SALVESEN,** | ) |
| | ) |
| **JOAN SALT,** | ) |
| | ) |
| **LYNSEY HAZEL SOUTHWORTH,** | ) |
| | ) |
| **SHARON LORRAINE SOUTHWORTH,** | ) |

9500/149/125124.1

**CORRECT PAGE 16**                                                             **1:06-cv-00729 (JR)**

(t) The claims of the American Class Representatives, the Alien Class Representatives, and each Class Plaintiff as set forth above shall be governed by either federal law or substantially identical state law.

## IV. AMERICAN PLAINTIFFS – AMERICAN CLASS REPRESENTATIVES

14. **Plaintiff Mark McDonald**, born August 30, 1955, is a United States national residing in Bellvue, Colorado. He was injured when a PIRA bomb placed in an automobile near the Harrods department store in Knightsbridge, London, England was detonated on December 17, 1983. He was thrown to the pavement as a result of blast and underwent ten surgeries in the following ten weeks to address the injuries that he sustained as a result of the bombing. He had many pieces of shrapnel lodged in his body, including a large piece in his left hip. His vision was impaired as a result of blood loss. He lost about 80% of his left hamstring and lost muscle and bone from his left hip and shoulder. He still has shrapnel in his shoulder. He has had extensive physical therapy during and after his time in hospital. His eardrums were blown out so he had problems hearing. It was four months before he could work at any productive level. When he returned to work, it was for one or two hours a day, and he then gradually increased the amount of time in increments. He lost about 40 pounds while he was in the hospital. It took him several years following the bombing to be able to walk properly. He still lacks full sensation in those parts of his body that were hit by the blast.

15. **Plaintiff Karen Jean Salvesen-Sykes** brings a claim on behalf of the **Estate of Kenneth Gerald Salvesen**, a United States national born October 1, 1952, who was killed instantly when a bomb in a vehicle parked next to Harrods department store in Knightsbridge, London, England was detonated on December 17, 1983. The PIRA was responsible for the

<u>**CORRECT PAGE 17**</u>                                                                               **1:06-cv-00729 (JR)**

attack on Mr. Salvesen. At the time of his death, Mr. Kenneth Salvesen was employed as a management consultant with the Boston Consulting Group.

16.     **Plaintiff Karen Jean Salvesen-Sykes**, born July 13, 1959, is a United States national residing in Boston, Massachusetts, United States. Dr. Salvesen-Sykes was the wife of the deceased Kenneth Gerald Salvesen. Dr. Salvesen-Sykes discovered her husband had been killed as she and her son were preparing to board a flight from Chicago to England for a pre-planned trip to see Mr. Salvesen for a family holiday. She was told that Mr. Salvesen had suffered significant head injuries and burns, and she was not allowed to see his body despite repeated requests. As a result of Mr. Salvesen's death, Dr. Salvesen-Sykes stopped attending her medical school classes for five months and later had to rearrange her entire educational track and job aspirations in order to provide stability for her son. Mr. Salvesen had been the sole financial provider for the family; therefore, Dr. Salvesen-Sykes suffered severe cash flow constraints after his death. The emotional toll was equally devastating. Dr. Salvesen-Sykes lost all motivation and suffered from nightmares, panic attacks, acute anxiety, depression and agoraphobia.

17.     **Plaintiff Kraig Gerald Salvesen**, born on June 27, 1979, is an American national residing in Boston, Massachusetts, United States. Mr. Salvesen is the son of the deceased Kenneth Gerald Salvesen.

18.     **Plaintiff Michael Andrew Clark**, born October 23, 1947, is an American national residing in Waterside, County Londonderry, Northern Ireland who has witnessed multiple separate PIRA attacks. Mr. Clark claims that in July 1971 in Londonderry, he was targeted by a PIRA gunman who believed him to be a British soldier. The gunman was perched on the roof of a bank as Mr. Clark was walking down the street. Although no shots were fired, Mr. Clark still becomes very anxious and fearful any time he approaches the bank. One month