**DHL EXPRESS — INTERNATIONAL SHIPMENT WAYBILL**

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

**1 Payer account number and shipment value protection details**

Charge to: ☒ Shipper  ☐ Receiver  ☐ 3rd Party
Payer Account No. 794688714
Shipper's Account Number: 794688714
Shipper's Reference (up to 35 characters):

Declared Value for Carriage (in US $): _____
Shipment Value Protection (see reverse): ☐ Yes
☐ Cash  ☐ Check  ☐ Credit Card

**2 From (Shipper)**

Company Name: U.S. DISTRICT COURT – DC
Contact Name: KAURA
Address: 333 CONSTITUTION AVE N.W., WASHINGTON, DC 20001
Post/ZIP Code: 20001
Phone, Fax, or E-mail: 202-354-3142

**3 To (Receiver)**

Company Name: LIBYAN EXTERNAL SECURITY ORGANIZATION
Contact Person: ABDULLAH SENOUSSI
Delivery Address: AL JAMAHIRIYA SECURITY ORGANIZATION, MINISTRY OF FOREIGN AFFAIRS, GREAT SOCIALIST PEOPLES LIBYAN ARAB JAMAHIRIYA, BAB AL-AZIZYEH, ABU SIR ROAD, TRIPOLI
Post/ZIP Code: 
Country: LIBYA
Phone, Fax, or E-mail:

**4 Shipment Details**

Total number of packages: 1
Total Weight (If DHL Express Document packaging used, enter XD): XD
lbs
Dimensions (in inches) Length × Width × Height
Pieces @ 
Barcode: 8290296490   829 0296 490

**5 Full Description of Contents**

Give Content and Quantity: DOCUMENTS 06-729 JR

**6 Dutiable Shipments Only (Customs requirement)**

Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (in US $): _____
Schedule B Number / Harmonized Code (if applicable)
TYPE OF EXPORT: ☐ Permanent  ☐ Repair/Return  ☐ Temporary
AES TRANSACTION NUMBER
(as on commercial/proforma invoice)
Destination Duties/Taxes. If left blank, Receiver pays duties/taxes.
☐ Receiver  ☐ Shipper  ☐ Other: _____

**7 Shipper's Authorization (signature required)**

I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to US $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay.
The commodities, technology or software of this shipment are exported from the U.S. in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

Signature (required): _____  Date: __/__/__

**8 Products & Services** — ORIGIN / DESTINATION CODE

☐ Int'l products or service options are available in all locations
☐ International Express Envelope
☐ Non-Dutiable (International Document Services)
☐ Dutiable (Worldwide Priority Express)

Service Options (extra charges may apply):
☐ Saturday Delivery  ☐ Special Pickup  ☐ Delivery Notification  ☐ Signature Required
Other:
☐ Global Mail  ☐ Int. Priority  ☐ Int. Standard  ☐ IPA  ☐ ISAL
☐ Dom. Priority  ☐ Dom. Standard

DIMENSIONAL/CHARGEABLE WEIGHT: ___ lbs
SERVICES CHARGES
DROP BOX #
TRANSPORT COLLECT STICKER No.
PAYMENT DETAILS (Check, Card No.) TOTAL:
No.
Type
Avit.
PICKED UP BY: _____  Date: _____
Route No.: _____  Time: _____

1720-2911-4225 ©2004, Moore Wallace North America, Inc. All rights reserved. - 0207
Complete sections 1-8. You are making 4 copies, please press hard.
Original (DHL Billing) Copy
DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324
DHL EXPRESS (USA), INC.

DHL EXPRESS

Process and Track your shipment online: http://www.dhl.com

1-800-CALL-DHL *in USA only*

**INTERNATIONAL SHIPMENT WAYBILL** (Non-negotiable)

747 3703 086

ORIGIN | DESTINATION CODE

**1 Payer account number and shipment value protection details**

Charge to ☐ Shipper ☐ Receiver ☒ 3rd Party ☐ Cash ☐ Check ☐ Credit Card

Payer Account No. 794688714

Shipment Value Protection *(see reverse)*

☐ Yes *Declared Value for Carriage (in US $)* ____

*Not all payment options are available in all countries.*

**2 From (Shipper)**

Shipper's Account Number: 794688714 | Contact Name: LAURA

Shipper's Reference *(up to 35 characters)*

Company Name: U.S. DISTRICT COURT-DC

Address: 333 CONSTITUTION AVE. N.W. WASHINGTON, DC 20001

Post/ZIP Code (required): 20001 | Phone, Fax, or E-mail (required): 202 354-3142

**3 To (Receiver)**

Company Name: LIBYAN EXTERNAL SECURITY ORGANIZA-

Contact Person: KHALIFA AHMED BAZELYA

Delivery Address *DHL Cannot Deliver to a PO Box*: AKA JAMAHIRIYA SECURITY ORGANIZATION MINISTRY OF FOREIGN AFFAIRS GREAT SOCIALIST PEOPLES LIBYAN ARAB JAMAHIRIYA BAB AL-AZIZYEH ASSUR ROAD TRIPOLI

Country: LIBYA

Post/ZIP Code (required) | Phone, Fax, or E-mail (required)

7473703086

**4 Shipment Details**

| Total number of packages | Total Weight (If DHL Express Document packaging used, enter XD.) | Pieces | Length | Width | Height |
|---|---|---|---|---|---|
| 1 | XD lbs | @ | x | x | |

**5 Full Description of Contents**

Give Content and Quantity

DOCUMENTS 06-729 JR

**6 Dutiable Shipments Only (Customs requirement)**

***Attach the original and four copies of a Proforma or Commercial Invoice.***

Export License No./Symbol *(if applicable)* | Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (in US $) *(as on commercial/proforma invoice)* | Schedule B Number / Harmonized Code *(if applicable)*

AES TRANSACTION NUMBER | TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary

*Destination Duties/Taxes If left blank, Receiver pays duties/taxes.*

☐ Receiver ☐ Shipper ☐ *Other* ____ *Specify approved account number*

The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7 Shipper's Authorization (signature required)**

*I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.*

Signature (required) Date / /

**8 Products & Services**

Not all products or service options are available to all...

☐ International Express Envelope

☐ Non-Dutiable (International Document Service)

☐ Dutiable (Worldwide Priority Express)

☐ Other

Service Options (extra charges may apply)

☐ Saturday Delivery ☐ Special Pickup

☐ Delivery Notification ☐ Signature

Other

Global Mail

☐ Int. Priority ☐ Int. Standard ☐

☐ Dom. Priority ☐ Dom. Standard

Other

DIMENSIONAL/CHARGEABLE

SERVICES | CHARGES

Drop Box # | TOTAL

TRANSPORT COLLECT STICKER

PAYMENT DETAILS (Check...)

No.

Type Expires

Auth.

PICKED UP BY

Route No.

Time Date

*Complete sections 1-8. You are making 4 copies, please press hard.*

1720-2911-4225 ©2004, Moore Wallace North America, Inc. All rights reserved. - 0207

DHL EXPRESS

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

**INTERNATIONAL SHIPMENT WAYBILL** (Non-negotiable)

747 3703 101

ORIGIN | DESTINATION CODE

**1 Payer account number and shipment value protection details**

Charge to ☐ Shipper ☐ Receiver ☒ 3rd Party ☐ Cash ☐ Check ☐ Credit Card

Payer Account No. 794688714

Shipment Value Protection (see reverse)

☐ Yes Declared Value for Carriage (in US $) ______

Not all payment options are available in all countries.

**2 From (Shipper)**

Shipper's Account Number | Contact Name: LAURA

Shipper's Reference (up to 35 characters)

Company Name: U.S. DISTRICT COURT - DC

Address: 333 CONSTITUTION AVE N.W WASHINGTON, DC 20001

Post/ZIP Code (required): 20001 | Phone, Fax, or E-mail (required): 202-354-3142

**3 To (Receiver)**

Company Name: LIBYAN EXTERNAL SECURITY ORG.

Contact Person: NASSER ALI ASHOUR

Delivery Address DHL Cannot Deliver to a PO Box: AKA JAMAHIRIYA SECURITY ORGANIZATION MINISTRY OF FOREIGN AFFAIRS GREAT SOCIALIST PEOPLES LIBYAN ARAB JAMAHIRIYA BAB AL-AZIZYEH ASSUR ROAD TRIPOLI

Country: LIBYA

Post/ZIP Code (required) | Phone, Fax, or E-mail (required)

Complete sections 1-8. You are making 4 copies, please press hard.

**4 Shipment Details**

7473703101

| Total number of packages | Total Weight If DHL Express Document packaging used, enter XD. | Dimensions (in inches) Pieces | Length | Width | Height |
|---|---|---|---|---|---|
| 1 | XD lbs | ___@ | x | x | |

**5 Full Description of Contents**

Give Content and Quantity

DOCUMENTS
06-729 JR

**6 Dutiable Shipments Only (Customs requirement)**

*Attach the original and four copies of a Proforma or Commercial Invoice.*

Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (in US $) (as on commercial/proforma invoice) | Schedule B Number / Harmonized Code (if applicable)

AES TRANSACTION NUMBER | TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary

Destination Duties/Taxes If left blank, Receiver pays duties/taxes.

☐ Receiver ☐ Shipper ☐ Other ______ Specify approved account number

The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7 Shipper's Authorization (signature required)**

I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

Signature (required) ______ Date / /

**8 Products & Services**

Not all products or service options are available to/from

☐ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other

Service Options (extra charges may apply)

☐ Saturday Delivery ☐ Special Pickup
☐ Delivery Notification ☐ Signature
Other

Global Mail

☐ Int. Priority ☐ Int. Standard ☐ IP
☐ Dom. Priority ☐ Dom. Standard
Other

DIMENSIONAL/CHARGEABLE

SERVICES | CHARGES

Drop Box # | TOTAL

TRANSPORT COLLECT STICKER

PAYMENT DETAILS (Check, Card)

No.

Type | Expires

Auth.

PICKED UP BY

Route No.

Time | Date

All rights reserved.

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

**INTERNATIONAL SHIPMENT WAYBILL** (Non-negotiable)

747 3703 053

ORIGIN | DESTINATION CODE

*Complete sections 1-8. You are making 4 copies, please press hard.*

**1 Payer account number and shipment value protection details**

Charge to ☐ Shipper ☐ Receiver ☒ 3rd Party

Payer Account No. 794688714

☐ Cash ☐ Check ☐ Credit Card

*Not all payment options are available in all countries.*

**Shipment Value Protection** *(see reverse)*

☐ **Yes** *Declared Value for Carriage (in US $)* ______

**2 From (Shipper)**

Shipper's Account Number: 794688714
Contact Name: LAURA

Shipper's Reference *(up to 35 characters)*

Company Name: U.S. DISTRICT CT – DC

Address: 333 CONSTITUTION AVE. NW
WASHINGTON, DC 20001

Post/ZIP Code (required): 20001
Phone, Fax, or E-mail (required): 202-354-3142

**3 To (Receiver)**

Company Name: SOCIALIST PEOPLES LIBYAN ARAB JAMAHIRIYA

Contact Person: MINISTRY OF FOREIGN AFFAIRS

Delivery Address *DHL Cannot Deliver to a PO Box*: GREAT SOCIALIST PEOPLES LIBYAN ARAB JAMAHIRIYA
BAB AL-AZIZYEH
ASSUR ROAD
TRIPOLI

Country: LIBYA

Post/ZIP Code (required)
Phone, Fax, or E-mail (required)

7473703053

**4 Shipment Details**

| Total number of packages | Total Weight (If DHL Express Document packaging used, enter XD.) | Pieces | Length | Width | Height |
|---|---|---|---|---|---|
| 1 | XD lbs | @ | x | x | |
| | | @ | x | x | |
| | | @ | x | x | |

**5 Full Description of Contents**

Give Content and Quantity

DOCUMENTS
06-729JR

**6 Dutiable Shipments Only (Customs requirement)**

*Attach the original and four copies of a Proforma or Commercial Invoice.*

Export License No./Symbol *(if applicable)*
Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (in US $) *(as on commercial/proforma invoice)*
*Schedule B Number / Harmonized Code (if applicable)*

AES TRANSACTION NUMBER

TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary

*Destination Duties/Taxes If left blank, Receiver pays duties/taxes.*

☐ Receiver ☐ Shipper ☐ *Other* ______ (*Specify approved account number*)

The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7 Shipper's Authorization (signature required)**

*I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.*

Signature (required) Date / /

**8 Products & Services**

*Not all products or service options are available to/from all*

☐ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other ______

Service Options (extra charges may app

☐ Saturday Delivery ☐ Special Pickup
☐ Delivery Notification ☐ Signature R
Other ______

Global Mail
☐ Int. Priority ☐ Int. Standard ☐ IPA ☐
☐ Dom. Priority ☐ Dom. Standard
Other ______

DIMENSIONAL/CHARGEABLE WE

SERVICES | CHARGES

Drop Box # | TOTAL

TRANSPORT COLLECT STICKER

PAYMENT DETAILS (Check, Card
No.
Type Expires
Auth.

PICKED UP BY
Route No.
Time Date

1A 2911
1B 2911
1C 2911

DHL EXPRESS

Process and Track your shipment online: http://www.dhl.com

1-800-CALL-DHL *in USA only*

**INTERNATIONAL SHIPMENT WAYBILL** (Non-negotiable)

747 3703 042

7473703042

ORIGIN

DESTINATION CODE

**1 Payer account number and shipment value protection details**

Charge to ☐ Shipper ☐ Receiver ☒ 3rd Party

Payer Account No. 794688714

☐ Cash ☐ Check ☐ Credit Card

*Not all payment options are available in all countries.*

**Shipment Value Protection** *(see reverse)*

☐ **Yes** *Declared Value for Carriage (in US $)* ____________

**2 From (Shipper)**

Shipper's Account Number: 794688714

Contact Name: LAURA

Shipper's Reference *(up to 35 characters)*

Company Name: U.S. DISTRICT COURT DC

Address: 333 CONSTITUTION AVE. N.W WASHINGTON, DC 20001

Post/ZIP Code (required): 20001

Phone, Fax, or E-mail (required): 202-354-3142

**3 To (Receiver)**

Company Name: LIBYAN EXTERNAL SECURITY

Contact Person: MINISTRY OF FOREIGN AFFAIRS

Delivery Address *DHL Cannot Deliver to a PO Box*: AKA-JAMAHIRIYA SECURITY ORGANIZATION GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA BAB AL-AZIZYEH ASSUR ROAD TRIPOLI

Country: LIBYA

Post/ZIP Code (required)

Phone, Fax, or E-mail (required)

**4 Shipment Details**

| Total number of packages | Total Weight (If DHL Express Document packaging used, enter XD.) | Pieces | Length | Width | Height |
|---|---|---|---|---|---|
| 1 | XD lbs | ___@ | x | x | |
| | | ___@ | x | x | |
| | | ___@ | x | x | |

Dimensions *(in inches)*

**5 Full Description of Contents**

Give Content and Quantity

DOCUMENTS 06-729 JR

**6 Dutiable Shipments Only (Customs requirement)**

***Attach the original and four copies of a Proforma or Commercial Invoice.***

*Export License No./Symbol (if applicable)* | Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (in US $) *(as on commercial/proforma invoice)* | *Schedule B Number / Harmonized Code (if applicable)*

AES TRANSACTION NUMBER

TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary

*Destination Duties/Taxes If left blank, Receiver pays duties/taxes.*

☐ Receiver ☐ Shipper ☐ *Other* ____________ *Specify approved account number*

The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7 Shipper's Authorization (signature required)**

*I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.*

Signature (required) Date / /

**8 Products & Services**

*Not all products or service options are available to/from all locations*

☐ International Express Envelope

☐ Non-Dutiable (International Document Service)

☐ Dutiable (Worldwide Priority Express)

☐ Other ____________

**Service Options** (extra charges may apply)

☐ Saturday Delivery ☐ Special Pickup

☐ Delivery Notification ☐ Signature Requ...

Other ____________

**Global Mail**

☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ I...

☐ Dom. Priority ☐ Dom. Standard

Other ____________

DIMENSIONAL/CHARGEABLE WEIG...

| SERVICES | CHARGES |
|---|---|
| | |
| Drop Box # | TOTAL |

TRANSPORT COLLECT STICKER N...

PAYMENT DETAILS (Check, Card N...

No.

Type Expires

Auth.

PICKED UP BY

Route No.

Time Date

*Complete sections 1-8. You are making 4 copies, please press hard.*

DHL INTERNATIONAL SHIPMENT WAYBILL
1-800-CALL-DHL in USA only
Process and track your shipment online: http://www.dhl.com

**747 3703 064**

**1 Payer account number and shipment value protection details**
Charge to: ☐ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No. **794688714**
☐ Cash ☐ Check ☐ Credit Card
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $)
Not all payment options are available in all countries.

**2 From (Shipper)**
Shipper's Account Number: **794688714**
Contact Name: LAURA
Shipper's Reference (up to 35 characters):
Company Name: U.S. DISTRICT COURT - DC
Address: 333 CONSTITUTION AVE, N.W
WASHINGTON, DC 20001
PostZIP Code: 20001
Phone, Fax, or E-mail: 202-354-3143

**3 To (Receiver)**
Company Name: LIBYAN EXTERNAL SECURITY ORG.
Contact Person: COLONEL MUAMMAR QADHAFI
Delivery Address: DHL Cannot Deliver to a PO Box
AKA JAMA HIRIYAH SECURITY ORG.
MINISTRY OF FOREIGN AFFAIRS
GREAT SOCIALIST PEOPLES LIBYAN ARAB JAMAHIRIYAH
BAB AL-AZIZIYEH
ASSUR ROAD
Country: LIBYA
PostZIP Code: TRIPOLI
Phone, Fax, or E-mail:

**4 Shipment Details**
Total number of packages: 1
Total Weight: lbs
If DHL Express Document packaging used, enter XD: XD
Dimensions (in inches): Length × Width × Height

**5 Full Description of Contents**
Give Content and Quantity: DOCUMENTS 06-729 JR

**6 Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN
Schedule B Number / Harmonized Code (if applicable)
Declared Value for Customs (in US $) (as on commercial/proforma invoice)
AES TRANSACTION NUMBER
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes - if left blank, Receiver pays duties/taxes.

**7 Shipper's Authorization (signature required)**
The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.
Specify approved account number:
☐ Receiver ☐ Shipper ☐ Other
I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply. (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.
Signature (required): _____ Date: __/__/__

**8 Products & Services**
☐ International Express
☐ Non-Durable Envelope
☐ International Document Service
☐ Durable
☐ Worldwide Priority Express
☐ Other
Service Options (extra charge may apply)
☐ Saturday Delivery
☐ Special Pickup
☐ Delivery Notification ☐ Signature
☐ Other
☐ Global Mail
☐ Int. Priority ☐ Int. Standard
☐ Dom. Priority ☐ Dom. Standard

Waybill: 7473703064

1720-2911-4225 ©2004, Moore Wallace North America, Inc. All rights reserved. - 0207
Complete sections 1-8. You are making 4 copies; please press hard.

# DHL INTERNATIONAL WAYBILL

Waybill No: **747 3703 075**

## 1 From (Shipper)
- Shipper's Account Number: 746887 14
- Shipper's Reference: 746887 N4
- Company Name: U.S. DISTRICT COURT - DC
- Contact Name: LAURA
- Address: 333 CONSTITUTION AVE. N.W., WASHINGTON, DC 20001
- Post/ZIP Code: 20001
- Phone: 202-354-3142

## 3 To (Receiver)
- Company Name: LIBYAN EXTERNAL SECURITY ORG.
- Contact Person: MUSA KUSA
- Delivery Address: DHL CANNOT DELIVER TO A PO BOX
  AKA JAMAHIRIYA SECURITY ORGANIZATION
  MINISTRY OF FOREIGN AFFAIRS
  GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA
  BAB AL-AZIZIYEH
  ASSUR ROAD
  TRIPOLI
- Country: LIBYA

## 4 Shipment Details
- Total number of packages: 1
- Total Weight: XD
- Dimensions: (blank)

## 5 Full Description of Contents
DOCUMENTS
06-729 JR

## 6 Dutiable Shipments Only
(blank)

## 7 Shipper's Authorization
(signature required)