Conta

  

DHL USA Hom



## Track results detail

### Tracking results detail for 7473703101

**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service

**Tracking summary**

| | |
|---|---|
| Current Status | ✓ Resolved Inquiry |
| Returned on: | 32 |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 7/31/2006 | 7:16 am | Resolved Inquiry | |
| 7/29/2006 | 11:29 am | Recipient refused delivery. | Tripoli, Libya |
| 7/28/2006 | 1:32 pm | Inquiry initiated | |
| 7/17/2006 | 8:15 pm | In transit. | Tripoli, Libya |
| | 8:09 pm | Arrived at DHL facility. | Tripoli, Libya |
| 7/16/2006 | 6:34 pm | In transit. | Brussels, Belgium |
| | 2:29 pm | Arrived at DHL facility. | Brussels, Belgium |
| 7/15/2006 | 1:04 pm | In transit. | New York, NY |
| | 7:32 am | Arrived at DHL facility. | New York, NY |
| | 6:14 am | Transit through sort facility. | Wilmington, OH |
| 7/14/2006 | 6:46 pm | Departing origin. | Arlington, VA |
| | 3:44 pm | Picked Up by DHL. | Shipper's Door |

**Log in to DHL**

User ID
Password

☐ Remember my User ID

Log in ▶

▶ Forgot your Password?



**Ship From:**
US DISTR COURT DC
Washington, DC 20015
United States

Attention:
US DISTR COURT DC

**Ship To:**
Tripoli, Libya




Attention:

**Shipment Information:**
Ship date: 7/14/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference:
Service: International E
Special Service:
Description: DOCS

Tracking detail provided by DHL: 8/3/2006, 9:33:43 am pt.

◀ Back to summary     Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

**Questions?**

We're here to help!
▶ Contact DHL

Conta

 

Ship | Track | Services | About DHL | Help

DHL USA Hom



**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service

**Log in to DHL**

User ID
Password
☐ Remember my User ID

Log in ▶
- Forgot your Password?



# Track results detail

## Tracking results detail for 7473703086

**Tracking summary**

| Current Status | ✓ Resolved Inquiry |
|---|---|
| Returned on: | 32 |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 7/31/2006 | 7:14 am | Resolved Inquiry | |
| 7/29/2006 | 11:31 am | Recipient refused delivery. | Tripoli, Libya |
| 7/28/2006 | 1:30 pm | Inquiry initiated | |
| 7/17/2006 | 8:16 pm | In transit. | Tripoli, Libya |
| 7/16/2006 | 6:34 pm | In transit. | Brussels, Belgium |
| | 2:29 pm | Arrived at DHL facility. | Brussels, Belgium |
| 7/15/2006 | 1:04 pm | In transit. | New York, NY |
| | 7:32 am | Arrived at DHL facility. | New York, NY |
| | 6:14 am | Transit through sort facility. | Wilmington, OH |
| 7/14/2006 | 6:46 pm | Departing origin. | Arlington, VA |
| | 3:44 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
US DISTR COURT DC
Washington, DC 20015
United States

Attention:
US DISTR COURT DC

**Ship To:**
Tripoli, Libya

Attention:

**Shipment Information:**
Ship date: 7/14/2006
Pieces: 1
Total weight: 3 lbs *
Ship Type: Document
Shipment Reference:
Service: International E
Special Service:
Description: DOCS

Tracking detail provided by DHL: 8/3/2006, 9:34:23 am pt.

◀ Back to summary

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

***Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

**Questions?**

We're here to help!
▶ Contact DHL

Conta

 

DHL USA Hom



# Track results detail

## Tracking results detail for 8290296490

**Track**

### Tracking summary

| | |
|---|---|
| Current Status | Recipient refused delivery. |
| Returned on: | 32 |

▶ Track by number
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 7/29/2006 | 11:33 am | Recipient refused delivery. | Tripoli, Libya |
| 7/28/2006 | 1:31 pm | Inquiry initiated | |
| 7/17/2006 | 8:15 pm | In transit. | Tripoli, Libya |
| | 8:09 pm | Arrived at DHL facility. | Tripoli, Libya |
| 7/16/2006 | 6:34 pm | In transit. | Brussels, Belgium |
| | 2:29 pm | Arrived at DHL facility. | Brussels, Belgium |
| 7/15/2006 | 1:04 pm | In transit. | New York, NY |
| | 7:32 am | Arrived at DHL facility. | New York, NY |
| | 6:14 am | Transit through sort facility. | Wilmington, OH |
| 7/14/2006 | 6:46 pm | Departing origin. | Arlington, VA |
| | 3:44 pm | Picked Up by DHL. | Shipper's Door |

## Log in to DHL

User ID 

Password

 Remember my User ID

Log in ▶
▶ Forgot your Password?

**Ship From:**
US DISTR COURT DC
Washington, DC 20015
United States

Attention:
US DISTR COURT DC

**Ship To:**
Tripoli, Libya

Attention:

**Shipment Information:**
Ship date: 7/14/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference:
Service: International E
Special Service:
Description: DOCS

Tracking detail provided by DHL: 8/3/2006, 9:34:43 am pt.

 Back to summary

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D use of DHL tracking systems and information is strictly prohibited.

***Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu weights may be different and will be provided on invoice.

### New to DHL?

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

### Questions?

We're here to help!
▶ Contact DHL