**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MARK MCDONALD, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:06-CV-729 (JR)** |
| | ) | |
| **THE SOCIALIST PEOPLE'S LIBYAN** | ) | |
| **ARAB JAMAHIRIYA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**PLAINTIFF'S REQUEST FOR INTERNATIONAL JUDICAL ASSISTANCE (LETTER ROGATORY)**

Pursuant to 28 U.S.C. § 1781 and 28 U.S.C. § 1608(a)(4), Plaintiffs Mark McDonald, et al, by their undersigned counsel, hereby file a Request for International Judicial Assistance ("Letters Rogatory"), and request that the Court issue a request to the appropriate judicial authority in Tripoli in the Great Socialist People's Libyan Arab Jamahiriya ("Libya") to assist in the service of process in a civil proceeding before this Court in the above-captioned matter. Plaintiffs believe that the issuance of the Letters Rogatory will expeditiously move this case forward. In support of the Request, Plaintiffs submit a proposed form of the Request for Judicial Assistance contemporaneously herewith. The assistance requested is that the appropriate judicial authority in Libya effect service of process upon the following Defendants in both their individual and official capacities: Muammar Qadhafi, Abdullah Senoussi, Khalifa Ahmed Bazelya, and Nasser Ali Ashour. Furthermore, the appropriate judicial authority in Libya is requested to effect service of process upon the following Defendants: The Socialist People's Libyan Arab Jamahiriya and the Libyan External Security Organization a/k/a the Jamahiriya

Security Organization.  Attached as Exhibit A is a copy of the Complaint filed in this case and attached as Exhibit B are copies of the Summons for each of the Defendants. Exhibit C is a proposed form of Letters Rogatory for Defendants The Socialist People's Libyan Arab Jamahiriya, the Libyan External Security Organization a/k/a the Jamahiriya Security Organization, Muammar Qadhafi, Abdullah Senoussi, Khaled Bazelya, and Nasser Ali Ashour.

## FACTS

Upon information and belief, Defendants intentionally undertook actions that caused the wrongful deaths, personal injuries and other related torts of the Plaintiffs.

Beginning in 1972, Defendants established contacts with the Provisional Irish Republican Army ("PIRA") which, in the subsequent twenty-five (25) years, grew into a support apparatus provided by Libya to the PIRA. Upon information and belief, between 1972 and 1997, Defendants provided support to the PIRA in the form of finances, a base in Tripoli, military and explosives training, arms, explosives, explosive components, public support, and encouragement. In 1991, The Department of State's annual report, *Patterns of Global Terrorism,* stated that, "The Libyans have supported terrorist groups in Europe, particularly the Provisional Irish Republican Army (PIRA)." Libyan leader Muammar Qadhafi admitted as much in a speech at the Arab League Conference that Al-Arabia TV broadcast on March 23, 2005:

> Libya supported the IRA with weapons for Ireland's independence. Of course, it is a terrorist organization, but it never had a bad reputation and international claims were never leveled against it. Ireland had been fighting for 300 years, but we've never heard of global terrorism there.

Criminal charges were filed against Defendant Abdullah Senoussi in France for his involvement in the bombing of UTA Flight 772 en route from Brazzaville in the Congo to Paris.

Senoussi was later convicted, *in absentia*, for his role in the bombing of UTA Flight 772 resulting in the deaths of 170 individuals aboard.

In November 1989, French Investigative Judge Jean-Louis Bruguiere issued an international arrest warrant through the International Police Commission (Interpol) for Defendant Nasser Ali Ashour citing his involvement with five PIRA members who were caught smuggling weapons aboard the *Eksund* ship on February 27, 1987.  Irish and French officials traced the weapons back to Ashour.

Defendant Khalifa Bazelya was expelled from London in 1995 after a Libyan dissident was killed and Bazelya was implicated in involvement in the murder.

The Defendants knew the means and objectives of the PIRA when they provided support for its terrorist campaign and knew that death and personal injury, in addition to other crimes committed against civilians were the foreseeable results of such support.

The Plaintiffs, named and unnamed, in the above-captioned matter demand judgment against Defendants Abdullah Senoussi, Khaled Bazelya, and Nasser Ali Ashour, along with all other Defendants listed in the attached Complaint, pursuant to claims arising under the exception to jurisdictional immunity provided by 28 U.S.C. § 1605(a)(7).

**WHEREFORE**, Plaintiffs, for the foregoing reasons, hereby request that the Court:

A.    Grant the Plaintiffs' Request;

B.    Issue the Request in the 2 forms provided herewith; and

4

       C.      Grant such other and further relief as the case may require.


Dated: August 17, 2006                    Respectfully submitted,

                                       HANLY  CONROY  BIERSTEIN  SHERIDAN
                                       FISHER & HAYES LLP


                                       /s   Jayne Conroy
                                       Jayne Conroy, Esq. (DC Bar No. 451475)
                                       112 Madison Avenue
                                       New York, New York 10016-7416
                                       (212) 784-6400
                                       Fax: (212) 784-6420
                                       E-mail: jconroy@hanlyconroy.com