# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MCDONALD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| THE SOCIALIST PEOPLE'S LIBYAN | ) |
| ARAB JAMAHIRIYA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**REQUEST FOR JUDICIAL ASSISTANCE (LETTER ROGATORY)**

The United States District Court For The District Of Columbia presents its compliments to the appropriate judicial authority of the Great Socialist People's Libyan Arab Jamahiriya, and requests international judicial assistance to the effect of service of process to be used in a civil proceeding before this court in the above-captioned matter.

**I.     Request**

This court requires the assistance described herein as necessary in the interest of justice in a civil matter arising under the exception to jurisdictional immunity provided by 28 U.S.C. § 1605(a)(7). The assistance requested is that the appropriate judicial authority of the Great Socialist People's Libyan Arab Jamahiriya effect service of process of the Summons with attachments, Complaint and Certified Translations in the Civil Case of *Mark McDonald, et al. v. The Socialist People's Libyan Arab Jamahiriya, et al.*, Civil Action No. 1:06-CV-729 (JR), upon the below-named Defendants in their individual capacities and at their personal residences as well as in their official capacities as agents of the Libyan Government.

- Colonel Muammar Qadhafi, in his professional capacity, c/o Ministry of Foreign Affairs, Tripoli, Libya;

- Mr. Abdullah Senoussi, in his professional capacity, c/o Ministry of Foreign Affairs, Tripoli, Libya;

- Mr. Khalifa Ahmed Bazelya, in his professional capacity, c/o Ministry of Foreign Affairs, Tripoli, Libya;

- Mr. Nasser Ali Ashour, in his professional capacity, c/o Ministry of Foreign Affairs, Tripoli, Libya.

The appropriate judicial authority of the Great Socialist People's Libyan Arab Jamahirya is further requested to serve the above mentioned documents by personal service into the hands of the defendant or in a manner of service consistent with the laws of the Great Socialist People's Libyan Arab Jamahiriya.

The additional assistance requested is that the appropriate judicial authority of the Great Socialist People's Libyan Arab Jamahiriya effect service of process of the Summons with attachments, Complaint and Certified Translations in the Civil Case of *Mark McDonald, et al. v. The Socialist People's Libyan Arab Jamahiriya, et al.*, Civil Action No. 1:06-CV-729 (JR), upon the following Defendants: The Socialist People's Libyan Arab Jamahiriya and the Libyan External Security Organization a/k/a the Jamahiriya Security Organization.

**II.    Facts**

Upon information and belief, Defendants intentionally undertook actions that caused the wrongful deaths, personal injuries and other related torts of the Plaintiffs.

Beginning in 1972, Defendants established contacts with the PIRA which, in the subsequent twenty-five (25) years, grew into a support apparatus provided by Libya to the PIRA.

Upon information and belief, between 1972 and 1997, Defendants provided support to the PIRA in form of finances, a base in Tripoli, military and explosive training, arms, explosives, explosive components, public support, and encouragement. In 1991, The Department of State's annual report, *Patterns of Global Terrorism,* stated that, "The Libyans have supported terrorist groups in Europe, particularly the Provisional Irish Republican Army (PIRA)." Libyan leader Mu'ammar Qadhafi admitted as much in a speech at the Arab League Conference that Al-Arabia TV broadcast on March 23, 2005:

> Libya supported the IRA with weapons for Ireland's independence. Of course, it is a terrorist organization, but it never had a bad reputation and international claims were never leveled against it. Ireland had been fighting for 300 years, but we've never heard of global terrorism there.

Criminal charges were filed against Defendant Abdullah Senoussi in France for his involvement in the bombing of UTA Flight 772 en route from Brazzaville in the Congo to Paris. Senoussi was later convicted, *in absentia*, for his role in the bombing of UTA Flight 772 resulting in the deaths of 170 individuals aboard.

In November 1989, French Investigative Judge Jean-Louis Bruguiere issued an international arrest warrant through the International Police Commission (Interpol) for Defendant Nasser Ali Ashour citing his involvement with five PIRA members who were caught smuggling weapons aboard the *Eksund* ship on February 27, 1987. Irish and French officials traced the weapons back to Ashour.

Defendant Khalifa Ahmed Bazelya was expelled from London in 1995 after a Libyan dissident was killed and Bazelya was implicated in involvement in the murder.

The Defendants knew the means and objectives of the PIRA when they provided support for its terrorist campaign and knew that death and personal injury, in addition to other crimes committed against civilians were the foreseeable results of such support.

The Plaintiffs listed in the above-captioned matter demand judgment against Defendants The Socialist People's Libyan Arab Jamahiriya, the Libyan External Security Organization a/k/a the Jamahiriya Security Organization, Muammar Qadhafi, Abdullah Senoussi, Khalifa Ahmed Bazelya, and Nasser Ali Ashour, along with all other Defendants listed in the attached Complaint, under claims arising under the exception to jurisdictional immunity provided by 28 U.S.C. § 1605(a)(7).

**III.    Reciprocity**

The United States District Court for the District of Columbia expresses its sincere willingness to provide similar assistance to judicial authorities of the Great Socialist People's Libyan Arab Jamahiriya.

**IV.    Reimbursement For Costs**

The United States District Court for the District of Columbia expresses its sincere willingness to reimburse the judicial authorities of the Great Socialist People's Libyan Arab Jamahiriya for costs incurred in executing the United States District Court for the District of Columbia's letter rogatory. Please contact Plaintiff's Attorney, Jayne Conroy of Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP, 112 Madison Avenue, New York, New York 10016, telephone 212 784 6400, e-mail jconroy@hanlyconroy.com, before exceeding the amount of $500.00.


Dated: _____              _____
                                  U.S. District Judge James Robertson
                                  U.S. District Court for the District of Columbia
                                  333 Constitution Ave., NW
                                  Washington, DC 20001

4

CERTIFICATION OF THE JUDGE'S SIGNATURE

I, _____, Clerk of the United States District Court for the District of Columbia, do hereby certify that James Robertson, Judge of the United States District Court for the District of Columbia, whose signature is attached to the Letters Rogatory hereto annexed, was at the date hereof the Judge of the United States District Court for the District of Columbia and that the official acts and doings of said Judge are entitled to full faith and credit, and that the attestation to said Letters Rogatory is in due form of law.

I further certify that the seal attached to said Letters Rogatory is the seal of the Court.

Witness my hand and the Seal of the said Court at the city of Washington, D.C., on the _____ day of _____ in the year 2006.

[Seal of the Court]                    _____
                                       Clerk of the Court
                                       Printed Name: _____

5

CERTIFICATION OF THE CLERK'S SIGNATURE

  I, _____, Judge of the United States District Court for the District of Columbia, do hereby certify that _____, Clerk of the United States District Court for the District of Columbia, whose signature is attached to the Letters Rogatory hereto annexed, was at the date hereof the Clerk of the United States District Court for the District of Columbia and that the official acts and doings of said Clerk are entitled to full faith and credit, and that the attestation to said Letters Rogatory is in due form of law.

  I further certify that the seal attached to said Letters Rogatory is the seal of the Court.

  Witness my hand and the Seal of the said Court at the city of Washington, D.C. on the _____ day of _____ in the year 2006.

[Seal of the Court]

              _____
              United States District Court Judge for the
                 District of Columbia
              Printed Name: _____