IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK MCDONALD,** *et al.*,            )<br>                                                       )<br>         **Plaintiffs,**                           )<br>                                                       )<br>v.                                                    )          Civil Action No. 06-CV-729-JR<br>                                                       )<br>**THE SOCIALIST PEOPLE'S LIBYAN**  )<br>**ARAB JAMAHIRIYA,** *et al.*,          )<br>                                                       )<br>         **Defendants.**                        )<br>                                                       )<br>_____ | |

**PLAINTIFFS' REQUEST FOR MAILING PURSUANT**
**TO 28 U.S.C. § 1608(a)(4)**

I, the undersigned, counsel of record for plaintiffs in the above-captioned case, hereby request that the Clerk mail two copies of the notice of suit as to Defendant the Socialist People's Libyan Arab Jamahiriya ("Libya"), the summons as to Libya, and the Complaint in the above-captioned case, in both English and Arabic (the national language of Libya) and two copies of the notice of suit as to Defendant the Libyan External Security Organization a/k/a Jamahiriya Security Organization ("LESO"), the summons as to the LESO, and the Complaint in the above-captioned case, in both English and Arabic, by means of the United States Postal Service, pre-paid, certified, first class, return receipt requested to:

    United States Department of State
    Overseas Citizens Services
    Office of Policy Review & Interagency Liaison
    ATTN: Director of Overseas Citizen Services
    2100 Pennsylvania Avenue, N.W. 4FL
    Washington, DC 20520

Pursuant to 28 U.S.C. § 1608(a)(4), the Secretary of State "shall transmit one copy of the papers through diplomatic channels to the foreign state and shall send to the clerk of the court a

certified copy of the diplomatic note indicating when the papers were transmitted." Plaintiffs assert that service pursuant to 28 U.S.C. § 1608(a)(1) could not be achieved as there is no agreement between the parties regarding service. Service pursuant to 28 U.S.C. § 1608(a)(2) could not be achieved as Libya is not a member of the Hague Convention on Service. As noted on the docket, Plaintiffs have attempted service pursuant to 28 U.S.C. § 1608(a)(3) by having the Clerk's Office dispatch to the Libyan Ministry of Foreign Affairs copies of the requisite documents in both English and Arabic. *See* Docket Entry No. 3. Over 30 days have passed since these items were dispatched, and no return receipt has been received. Therefore, service pursuant to 28 U.S.C. § 1608(a)(4) is proper. This method of service pertains to service upon Defendant Libya, a foreign state, and Defendant LESO, a political subdivision of Libya.

Included with the hard copy of this document sent via overnight delivery to the Office of Clerk are the following documents in duplicate to be sent to the United States Department of State:

- Notice of Suit as to the Socialist People's Libyan Arab Jamahiriya (in English);
- Notice of Suit as to the Socialist People's Libyan Arab Jamahiriya (in Arabic);
- Summons as to the Socialist People's Libyan Arab Jamahiriya (in English);
- Summons as to the Socialist People's Libyan Arab Jamahiriya (in Arabic);
- Complaint (in English);
- Complaint (in Arabic);
- Notice of Suit as to the Libyan External Security Organization a/k/a Jamahiriya Security Organization (in English);
- Notice of Suit as to the Libyan External Security Organization a/k/a Jamahiriya Security Organization (in Arabic);

- Summons as to the Libyan External Security Organization a/k/a Jamahiriya Security Organization (in English);

- Summons as to the Libyan External Security Organization a/k/a Jamahiriya Security Organization (in Arabic);

- Complaint (in English);

- Complaint (in Arabic);

- Initial Electronic Case Filing Order (in English) (two copies for each Defendant);

- Initial Electronic Case Filing Order (in Arabic) (two copies for each Defendant);

- Consent to Proceed Before a United States Magistrate Judge For All Purposes (in English) (two copies for each Defendant);

- Consent to Proceed Before a United States Magistrate Judge For All Purposes (in Arabic) (two copies for each Defendant).

It is understood from the practice of this Court that the Clerk's Office may simply prepare the appropriate materials for mailing and return them to Plaintiffs' counsel to handle the actual mailing and certified mailing expenses. If this is the case, Plaintiffs' counsel certifies that they will discharge this duty upon notification from the Clerk's Office that the appropriate materials have been prepared.

Respectfully submitted,

Dated:  September 26, 2006     /S/ Jayne Conroy_____
                               Jayne Conroy, Esq.
                               HANLY CONROY BIERSTEIN SHERIDAN
                               FISHER & HAYES LLP
                               112 Madison Avenue
                               New York, New York 10016-7416

                           (212) 784-6400  
                           Fax (212) 784-6420  
                           jconroy@hanlyconroy.com

Case 1:06-cv-00729-JR     Document 8     Filed 10/26/2006     Page 4 of 4