IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK MCDONALD, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 1:06-CV-729 (JR) |
| ) | |
| **THE SOCIALIST PEOPLE'S LIBYAN** ) | |
| **ARAB JAMAHIRIYA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## PLAINTIFFS' PROOF OF SERVICE
## AS TO DEFENDANT MUSA KUSA

Pursuant to Local Civil Rule 5.3, Plaintiffs hereby submit proof of service as to Defendant Musa Kusa. On June 23, 2006, Plaintiffs submitted to this Court Plaintiffs' Request for Foreign Mailing Pursuant to 28 U.S.C. § 1608(a)(3). A copy of this request is attached hereto as Exhibit A. On July 14, 2006, the appropriate documents were certified as having been mailed by the Clerk's Office by means of the international carrier DHL to the Libyan Ministry of Foreign Affairs for service pursuant to 28 U.S.C. § 1608(a)(3). A copy of the certificate of mailing is attached hereto as Exhibit B. On August 3, 2006, copies of the DHL shipping receipts, including tracking numbers, were posted on the docket for this case. A copy of the DHL shipping receipt for Defendant Musa Kusa showing tracking number 747 3703 075 is attached hereto as Exhibit C. On July 23, 2006, service was effected upon Defendant Musa Kusa as evidenced by the tracking receipt for DHL package number 747 3703 075. According to this tracking receipt, attached hereto as Exhibit D, the package was signed for by "ABEDALMAJED" at 14:40 on July 23, 2006 in Tripoli, Libya.

2

WHEREFORE, pursuant to the service requirements set forth in 28 U.S.C. § 1608 of the Foreign Sovereign Immunities Act, Plaintiffs assert that this Proof of Service and accompanying exhibits constitute service upon Defendant Musa Kusa.

Dated: December 15, 2006                    __/S/ Jayne Conroy_____
                                                               Jayne Conroy, Esq. (D.C. Bar #451475)
                                                               Andrea Bierstein, Esq.
                                                               HANLY CONROY BIERSTEIN
                                                               SHERIDAN FISHER & HAYES LLP
                                                               112 Madison Avenue
                                                               New York, New York 10016-7416
                                                               (212) 784-6400
                                                               Fax: (212) 784-6420
                                                              jconroy@hanlyconroy.com

                                                             *Attorneys for Plaintiffs*