# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MCDONALD, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-729-JR |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFFS' REQUEST FOR FOREIGN MAILING PURSUANT
TO 28 U.S.C. § 1608(a)(3)**

I, the undersigned, counsel of record for plaintiffs in the above-captioned case, hereby request that the Clerk mail a copy of the summons and complaint, in both English and Arabic (the national language of Libya), by means of DHL to the following defendants:

THE SOCIALIST PEOPLE'S
LIBYAN ARAB JAMAHIRIYA
Ministry of Foreign Affairs
The Great Socialist People's Libyan Arab Jamahiriya
Bab Al-Azizyeh
Assur Road
Tripoli, Libya

LIBYAN EXTERNAL SECURITY
ORGANIZATION a/k/a JAMAHIRIYA
SECURITY ORGANIZATION
Ministry of Foreign Affairs
The Great Socialist People's Libyan Arab Jamahiriya
Bab Al-Azizyeh
Assur Road
Tripoli, Libya

COLONEL MUAMMAR QADHAFI
c/o LIBYAN EXTERNAL SECURITY
ORGANIZATION a/k/a Jamahiriya

Security Organization
Ministry of Foreign Affairs
The Great Socialist People's Libyan Arab Jamahiriya
Bab Al-Azizyeh
Assur Road
Tripoli, Libya

ABDULLAH SENOUSSI
c/o LIBYAN EXTERNAL SECURITY
ORGANIZATION a/k/a Jamahiriya
Security Organization
Ministry of Foreign Affairs
The Great Socialist People's Libyan Arab Jamahiriya
Bab Al-Azizyeh
Assur Road
Tripoli, Libya

MUSA KUSA
c/o LIBYAN EXTERNAL SECURITY
ORGANIZATION a/k/a Jamahiriya
Security Organization
Ministry of Foreign Affairs
The Great Socialist People's Libyan Arab Jamahiriya
Bab Al-Azizyeh
Assur Road
Tripoli, Libya

NASSER ALI ASHOUR
c/o LIBYAN EXTERNAL SECURITY
ORGANIZATION a/k/a Jamahiriya
Security Organization
Ministry of Foreign Affairs
The Great Socialist People's Libyan Arab Jamahiriya
Bab Al-Azizyeh
Assur Road
Tripoli, Libya

KHALIFA AHMED BAZELYA
c/o LIBYAN EXTERNAL SECURITY
ORGANIZATION a/k/a Jamahiriya
Security Organization
Ministry of Foreign Affairs
The Great Socialist People's Libyan Arab Jamahiriya
Bab Al-Azizyeh
Assur Road
Tripoli, Libya

Such service is pursuant to the provisions of 28 U.S.C. § 1608(a)(3). Libya is not a member of the Hague Convention on Service, and there is no agreement between the parties regarding service. Therefore, service pursuant to 28 U.S.C. § 1608(a)(3) is proper.

Accompanying this Affidavit are a copy of the Complaint and summons for each Defendant in both English and Arabic to be served. I understand from the practice of this Court that the Clerk's Office may simply prepare the appropriate materials for mailing and return them to us to handle the actual mailing and certified mailing expenses. If this is the case, I certify that I will discharge this duty upon notification from the Clerk's Office that the appropriate materials have been prepared.

Dated: June 23, 2006

Jayne Conroy, Esq. (DC Bar No. 451475)
HANLY CONROY BIERSTEIN SHERIDAN
FISHER & HAYES LLP
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
Fax (212) 784-6420
jconroy@hanlyconroy.com

3