# EXHIBIT B

CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARK MCDONALD et al
_____
Plaintiff(s)

vs.                                                      Civil Action No.: 06-0729

SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA et al
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __14th__ day of __July__, 20__06__, I mailed:

1. ☐ One copy of the __summons and complaint__ by __registered mail, return receipt requested__, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the __summons, complaint and notice of suit__, together with a translation of each into the official language of the foreign state, by __DHL__, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the __summons, complaint and notice of suit__, together with a translation of each into the official language of the foreign state, by __certified mail, return receipt requested__, to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the __summons and complaint__, together with a translation of each into the official language of the foreign state, by __registered mail, return receipt requested__, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

NANCY MAYER-WHITTINGTON, CLERK

By: _____L. Chipley_____
Deputy Clerk