# EXHIBIT C

1720-2911-4225 ©2004, Moore Wallace North America, Inc. All rights reserved. - 0207

*Complete sections 1-8. You are making 4 copies, please press hard.*

**DHL**
*EXPRESS*

Process and Track your shipment online: **http://www.dhl.com**
1-800-CALL-DHL (% US & only)

**INTERNATIONAL SHIPMENT WAYBILL**

**747 3703 075**

ORIGIN

**1 Payer account number and shipment value protection details**

Charge to: ☐ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No. 7Q4l 68 744
☐ Cash ☐ Check ☐ Credit Card
☐ Yes Declared Value Protection *(see reverse)*

**2 From (Shipper)**
Shipper's Account Number 79Ll 688 744
Shipper's Reference (up to 35 characters)

Company Name U.S. DISTRICT COURT - DC

Address 333 CONSTITUTION AVE. NW
WASHINGTON, DC 20001

Post/ZIP Code (required) 2-0001

Contact Name LAURA

Phone, Fax, or E-mail (required) 202-354-3407

**3 To (Receiver)**
Company Name LIBYAN EXTERNAL SECURITY ORG.

Contact Person MUSA KUSA

Delivery Address AKA JAMAHIRIYA SECURITY ORGANIZATION
AKA MINISTRY OLD FOREIGN AFFAIRS LIBYA
GREAT SOCIALIST PEOPLES LIBYAN ARAB
BAB AL AZIZYEH
ASSUR ROAD
TRIPOLI

Post/ZIP Code (required)

Country LIBYA

Phone, Fax, or E-mail (required)

**4 Shipment Details**
Total number of packages: 1
Total Weight: XD
lbs

**5 Full Description of Contents**
DOCUMENTS
06-727 JR

**6 Dutiable Shipments Only (Customs requirement)**

Declared Value for Customs (in US $)

AES TRANSACTION NUMBER

Schedule B Number / Harmonized Code (if applicable)

**7 Shipper's Authorization (signature required)**

Signature (required)

Date

**8 Products & Services**

DESTINATION CODE

Original DHL Billing Copy

DHL EXPRESS (USA), INC.