# EXHIBIT D



| | Products / Services | eShipping | Tools | Information | Press | Careers | About DHL |
|---|---|---|---|---|---|---|---|
| | Tracking | | | | | The Group | Investor Relations |
| | Good Afternoon | | | | | Contact | Site Map Settings Help |



**Track your Shipment**

DHL Air Waybill

▶ Track

More tracking options

- eShipping: Quick Access
- Web Shipping
- Booking
- Tracking
- Logistics eServices
- DHL Interactive
- Trade Automation Service
- Order Supplies

▶ Search

### These are the results of your query

Times given are local to the service area in which the shipment checkpoint is recorded.

| Air Waybill Number | Origin Service Area | Destination Service Area | Status |
|---|---|---|---|
| 7473703075 | Washington - Ronald Reagan National, DC - USA | Tripoli - Libya | Signed for by: ABEDALMAJED Shipment delivered July 23, 2006 14:40 ✓ |

### 7473703075 - Detailed Report

| Date | Time | Location Service Area | Checkpoint Details |
|---|---|---|---|
| July 14, 2006 | 15:48 | Washington - Ronald Reagan National, DC - USA | Shipment picked up |
| July 14, 2006 | 18:46 | Washington - Ronald Reagan National, DC - USA | Departing origin |
| July 15, 2006 | 06:14 | Wilmington - Clinton Field, OH - USA | Departed from DHL facility in Wilmington - Clinton Field - USA |
| July 15, 2006 | 07:32 | New York City Gateway, NY - USA | Arrived at DHL facility in New York City Gateway - USA |
| July 15, 2006 | 13:04 | New York City Gateway, NY - USA | Departed from DHL facility in New York City Gateway - USA |
| July 16, 2006 | 14:29 | Brussels - Belgium | Arrived at DHL facility in Brussels - Belgium |
| July 16, 2006 | 18:34 | Brussels - Belgium | Departed from DHL facility in Brussels - Belgium |
| July 17, 2006 | 20:09 | Tripoli - Libya | Arrived at DHL facility in Tripoli - Libya |
| July 17, 2006 | 20:15 | Tripoli - Libya | Departed from DHL facility in Tripoli - Libya |
| July 17, 2006 | 20:31 | Tripoli - Libya | Arrived at DHL Facility |
| July 18, 2006 | 10:00 | Tripoli - Libya | Awaiting pick up by recipient as requested |
| July 19, 2006 | 10:53 | Tripoli - Libya | Recipient moved |
| July 23, 2006 | 08:45 | Tripoli - Libya | With delivery courier |
| July 23, 2006 | 14:40 | Tripoli - Libya | Shipment delivered |

*Try a new search.*



©2006 ▶ DHL International GmbH. All Rights Reserved