FILED

DEC 2 0 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
Nunc pro tunc to _____
See Doc # _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK MCDONALD et al,

v.    Civil Action No. 06-0729 JR

SOCIALIST PEOPLE'S LIBYAN
ARAB JAMAHIRIYA et al.

## ORDER

Upon consideration of Plaintiff's Request for Judicial Assistance (Letter Rogatory) to SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, it is this 20th day of December, 2006,

ORDERED that the Request is granted.

_____
JAMES ROBERTSON
United States District Judge

Copies to:

Jayne H. Conroy
HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP
112 Madison Avenue
New York, NY 10016-7416

<u>Counsel for Plaintiffs</u>