*06-0729 JR*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_Harrison_   10/27/06 |
| 1. Article Addressed to:<br><br>U.S. Department of State<br>Edward Betancourt, Director<br>Office of Policy Review and<br>  Interagency Liaison<br>Overseas Citizens Services<br>2100 Pennsylvania Ave., NW<br>Fourth Floor<br>Washington, DC 20520 | D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered     ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label)  7006 0810 0000 4498 9981 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540