IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK MCDONALD, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 1:06-CV-729 (JR) |
| ) | |
| **THE SOCIALIST PEOPLE'S LIBYAN** ) | |
| **ARAB JAMAHIRIYA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## VERIFIED MOTION FOR LEAVE TO APPEAR PRO HAC VICE
## ON BEHALF OF PLAINTIFFS

Pursuant to Local Civil Rule 83.2(d), the undersigned hereby moves for the Admission Pro Hac Vice of Ronald L. Motley, Donald A. Migliori, Jodi Westbrook Flowers, Michael E. Elsner, Justin B. Kaplan, John M. Eubanks, and Michelle D. Hodkin for the purpose of this case. See the attached Statements of Ronald L. Motley, Donald A. Migliori, Jodi Westbrook Flowers, Michael E. Elsner, Justin B. Kaplan, John M. Eubanks, and Michelle D. Hodkin in compliance with the local rule.

Dated: January 29, 2007                                  Respectfully submitted,

  /S/ Jayne Conroy
Jayne Conroy, Esq. (D.C. Bar #451475)
HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES LLP
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
Fax: (212) 784-6420
jconroy@hanlyconroy.com

*Attorneys for Plaintiffs*