IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MCDONALD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-CV-729 (JR) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, et al., ) | |
| ) | |
| Defendants. ) | |

## STATEMENT OF DONALD A. MIGLIORI IN SUPPORT OF
## *PRO HAC VICE* APPEARANCE

1. My full name is Donald A. Migliori.

2. My office address is 321 South Main Street, Providence, RI 02940, for the law firm of MOTLEY RICE LLC. My telephone number is (401) 457-7700.

3. I was admitted to the Bar of the State of Rhode Island on July 20, 1993. My Rhode Island Bar Number is 4936, and I am an active member in good standing.

4. I certify that I have not been disciplined by any bar.

5. Within the last two years, I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia.

6. I do not engage in the practice of law from an office located in the District of Columbia.

Dated: January 29, 2007

_____
Donald A. Migliori (RI Bar No. 4936)
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02940
Tel:   (401) 457-7700
Fax:   (401) 457-7708

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MCDONALD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06-CV-729 (JR) |

## AFFIDAVIT OF DONALD A. MIGLIORI IN SUPPORT OF
## *PRO HAC VICE* APPEARANCE

I, Donald A. Migliori, am a member of MOTLEY RICE LLC, counsel for plaintiffs in *McDonald, et al. v. The Socialist People's Libyan Arab Jamahiriya, et al.*, Civil Action No. 06 CV 729-JR. I affirm that I have reviewed and am familiar with the Local Rules of this Court as posted on this Court's website at www.dcd.uscourts.gov.

Executed in Providence, R.I. on January 26, 2007.

_____
Donald A. Migliori