IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MCDONALD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06-CV-729 (JR) |

### STATEMENT OF JODI WESTBROOK FLOWERS IN SUPPORT OF
### *PRO HAC VICE* APPEARANCE

1. My full name is Jodi Westbrook Flowers.

2. My office address is 28 Bridgeside Boulevard, Mount Pleasant, South Carolina 29464, for the law firm of MOTLEY RICE LLC. My telephone number is (843) 216-9163.

3. I was admitted to the South Carolina Supreme Court on November 15, 1993. My South Carolina Bar Number is 66300.

4. I certify that I have not been disciplined by any bar.

5. Within the last two years, I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia.

6. I do not engage in the practice of law from an office located in the District of Columbia.

Dated: January 27, 2007

_____
Jodi Westbrook Flowers, Esq.
(SC Bar No. 66300)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
Tel:   (843) 216-9163
Fax:   (843) 216-9450

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MCDONALD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-CV-729 (JR) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AFFIDAVIT OF JODI WESTBROOK FLOWERS IN SUPPORT OF
## *PRO HAC VICE* APPEARANCE

I, Jodi Westbrook Flowers, am a member of MOTLEY RICE LLC, counsel for plaintiffs in *McDonald, et al. v. The Socialist People's Libyan Arab Jamahiriya, et al.*, Civil Action No. 06 CV 729-JR. I affirm that I have reviewed and am familiar with the Local Rules of this Court as posted on this Court's website at www.dcd.uscourts.gov.

Executed in Charleston, S.C. on January 29, 2007.

Jodi Westbrook Flowers, Esq.