IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MCDONALD, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 1:06-CV-729 (JR) |
| THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al., | ) ) ) ) |
| Defendants. | ) ) |

## STATEMENT OF MICHAEL E. ELSNER IN SUPPORT OF *PRO HAC VICE* APPEARANCE

1. My full name is Michael E. Elsner.

2. My office address is 28 Bridgeside Boulevard, Mount Pleasant, South Carolina 29464, for the law firm of MOTLEY RICE LLC. My telephone number is (843) 216-9250.

3. I am an active member and in good standing of the bar in Virginia, New York and South Carolina. I was admitted to the Virginia State Bar on October 9, 1997, to the Supreme Court of Virginia and to the U.S. Court of Appeals for the Fourth Circuit on October 27, 1997. My Virginia State Bar Number is 41424. I was admitted to the New York State Bar on June 25, 2002, and to the United States District Court for the Southern District and Eastern District of New York on July 30, 2002. My New York State Bar Number is ME8337. I was admitted to the South Carolina Bar on August 4, 2004. My South Carolina Bar Number is 72893.

4. I certify that I have not been disciplined by any bar.

5. Within the last two years, I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia.

6. I do not engage in the practice of law from an office located in the District of Columbia.

Dated: January 29, 2007

_____
Michael E. Elsner, Esq.
(VA Bar No. 41424, NY Bar No. ME-8337,
SC Bar No. 72893)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
Tel: (843) 216-9250
Fax: (843) 216-9450

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARK MCDONALD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06-CV-729 (JR) |
| | ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

### AFFIDAVIT OF MICHAEL E. ELSNER IN SUPPORT OF PRO HAC VICE APPEARANCE

I, Michael E. Elsner, am a member of MOTLEY RICE LLC, counsel for plaintiffs in *McDonald, et al. v. The Socialist People's Libyan Arab Jamahiriya, et al.*, Civil Action No. 06 CV 729-JR. I affirm that I have reviewed and am familiar with the Local Rules of this Court as posted on this Court's website at www.dcd.uscourts.gov.

Executed in Charleston, S.C. on January 29, 2007.

_____
Michael E. Elsner, Esq.