IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MCDONALD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-CV-729 (JR) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STATEMENT OF JUSTIN BRAUN KAPLAN IN SUPPORT OF
## *PRO HAC VICE* APPEARANCE

1. My full name is Justin Braun Kaplan.

2. My office address is 28 Bridgeside Boulevard, Mount Pleasant, South Carolina 29464, for the law firm of MOTLEY RICE LLC. My telephone number is (843) 216-9109.

3. I was admitted to practice before all courts in the State of Tennessee, having been admitted to the Tennessee Bar in December of 2003 and having been sworn in by the Supreme Court of the State of Tennessee on April 23, 2004. I was admitted to practice before the Bar of the United States District Court for the Western District of Tennessee in April 25, 2005 and admitted to practice before the United States Court of Appeals for the Fourth Circuit on July 3, 2006.

4. I certify that I have not been disciplined by any bar.

5. Within the last two years, I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia.

6. I do not engage in the practice of law from an office located in the District of Columbia.

Dated: January 29, 2007

_____
Justin Braun Kaplan, Esq. (TN Bar No. 022145)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
Tel: (843) 216-9109
Fax: (843) 216-9450

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MCDONALD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06-CV-729 (JR) |

### AFFIDAVIT OF JUSTIN BRAUN KAPLAN IN SUPPORT OF
### *PRO HAC VICE* APPEARANCE

I, Justin Braun Kaplan, am a member of MOTLEY RICE LLC, counsel for plaintiffs in *McDonald, et al. v. The Socialist People's Libyan Arab Jamahiriya, et al.*, Civil Action No. 06 CV 729-JR. I affirm that I have reviewed and am familiar with the Local Rules of this Court as posted on this Court's website at www.dcd.uscourts.gov.

Executed in Charleston, S.C. on January 29, 2007.

_____
Justin Braun Kaplan, Esq.