IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MCDONALD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-CV-729 (JR) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**STATEMENT OF JOHN MICHAEL EUBANKS IN SUPPORT OF
*PRO HAC VICE* APPEARANCE**

1. My full name is John Michael Eubanks.

2. My office address is 28 Bridgeside Boulevard, Mount Pleasant, South Carolina 29464, for the law firm of MOTLEY RICE LLC. My telephone number is (843) 216-9000.

3. I was admitted to practice before the Court of Appeals of the State of Maryland on January 5, 2004, and I was admitted to practice before the United States Court of Appeals for the Fourth Circuit on July 3, 2006.

4. I certify that I have not been disciplined by any bar.

5. Within the last two years, I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia.

6. I do not engage in the practice of law from an office located in the District of Columbia.

Dated: January 16, 2007

John Michael Eubanks, Esq. (MD Bar No. 0401050004)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
Tel:   (843) 216-9000
Fax:   (843) 216-9450

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MCDONALD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-CV-729 (JR) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AFFIDAVIT OF JOHN MICHAEL EUBANKS IN SUPPORT OF *PRO HAC VICE* APPEARANCE

I, John Michael Eubanks, am a member of MOTLEY RICE LLC, counsel for plaintiffs in *McDonald, et al. v. The Socialist People's Libyan Arab Jamahiriya, et al.*, Civil Action No. 06 CV 729-JR. I affirm that I have reviewed and am familiar with the Local Rules of this Court as posted on this Court's website at http://www.dcd.uscourts.gov.

Executed in Columbia, Maryland on January 16, 2007.

John Michael Eubanks, Esq.
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
Tel:   (843) 216-9000
Fax:   (843) 216-9450