IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MCDONALD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-CV-729 (JR) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**STATEMENT OF MICHELLE HODKIN IN SUPPORT OF**
***PRO HAC VICE* APPEARANCE**

1. My full name is Michelle Dara Hodkin.

2. My office address is 28 Bridgeside Boulevard, Mount Pleasant, SC 29464, for the law firm of MOTLEY RICE LLC. My telephone number is (843) 216-9127.

3. I was admitted to the Bar of the State of Michigan on November 6, 2006. My Michigan Bar Number is P69937, and I am an active member in good standing.

4. I certify that I have not been disciplined by any bar.

5. Within the last two years, I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia.

6. I do not engage in the practice of law from an office located in the District of Columbia.

Dated: January 16, 2007

Michelle Hodkin, Esq. (MI Bar No. P69937)
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Tel:  (843) 216-9127
Fax:  (843) 216-9450

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MCDONALD, et al.,                )<br>                                                           )<br>        Plaintiffs,                                )<br>                                                           )<br>v.                                                        )     Civil Action No. 1:06-CV-729 (JR)<br>                                                           )<br>THE SOCIALIST PEOPLE'S LIBYAN    )<br>ARAB JAMAHIRIYA, et al.,             )<br>                                                           )<br>        Defendants.                             )<br>                                                           ) | |

### AFFIDAVIT OF MICHELLE HODKIN IN SUPPORT OF
### *PRO HAC VICE* APPEARANCE

I, Michelle Hodkin, am a member of MOTLEY RICE LLC, counsel for plaintiffs in *McDonald, et al. v. The Socialist People's Libyan Arab Jamahiriya, et al.*, Civil Action No. 06 CV 729-JR. I affirm that I have reviewed and am familiar with the Local Rules of this Court as posted on this Court's website at www.dcd.uscourts.gov.

Executed in Charleston, S.C. on January 16, 2007.

_____
Michelle Hodkin, Esq.