IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK MCDONALD, et al.,**           )<br>                                                         )<br>        **Plaintiffs,**                         )<br>                                                         )<br>**v.**                                                  )<br>                                                         )<br>**THE SOCIALIST PEOPLE'S LIBYAN** )<br>**ARAB JAMAHIRIYA, et al.,**         )<br>                                                         )<br>        **Defendants.**                       )<br>                                                         ) | Civil Action No. 1:06-CV-729 (JR) |

## ORDER

This matter, having come before the Court upon the Motion for Leave to Appear Pro Hac Vice, heretofore filed by Ronald L. Motley, Donald A. Migliori, Jodi Westbrook Flowers, Michael E. Elsner, Justin B. Kaplan, John M. Eubanks, and Michelle Hodkin;

And the Court being in all things duly advised;

Now, therefore, IT IS ORDERED, ADJUDGED AND DECREED that said motion is GRANTED in all respects, and that Ronald L. Motley, Donald A. Migliori, Jodi Westbrook Flowers, Michael E. Elsner, Justin B. Kaplan, John M. Eubanks, and Michelle Hodkin may appear *pro hac vice* as co-counsel for Plaintiffs in this action.

Dated: January ____, 2007.

_____
JUDGE, United States District Court,
District of Columbia

**Distribution to:**

Jayne Conroy, Esq.
**HANLY CONROY BIERSTEIN**
**SHERIDAN FISHER & HAYES LLP**
112 Madison Avenue
New York, New York 10016-7416
Tel: (212) 784-6400
Fax: (212) 784-6420

Ronald L. Motley, Esq.
Donald A. Migliori, Esq.
Jodi Westbrook Flowers, Esq.
Michael E. Elsner, Esq.
Justin B. Kaplan, Esq.
John M. Eubanks, Esq.
Michelle Hodkin, Esq.
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mt. Pleasant, SC 29465
Tel: (843) 216-9000
Fax: (843) 216-9450