**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARK MCDONALD, *et al.*,         :
                                 :
    Plaintiffs,              :
                                 :
  v.                             : Civil Action No. 06-0729 (JR)
                                 :
THE SOCIALIST PEOPLE'S LIBYAN    :
ARAB JAMAHIRIYA, *et al.*,       :
                                 :
    Defendants.              :

## ORDER

Upon consideration of plaintiffs' motion for the *pro hac vice* appearances of Ronald L. Motley, Donald A. Migliori, Jodi Westbrook Flowers, Michael E. Elsner, Justin B. Kaplan, John M. Eubanks and Michelle D. Hodkin [15], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

                                    JAMES ROBERTSON
                        United States District Judge