

**United States Department of State**

*Washington, D.C. 20520*

February 20, 2007

Ms. Nancy Mayer-Whittington
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re: Mark McDonald, et al. v. The Socialist People's
Libyan Arab Jamahiriya, Case Number 1:06CV00729**

Dear Ms. Mayer-Whittington:

I am writing regarding the Court's request for service of summonses, complaints and notices of suit pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. 1608(a)(4), upon the Socialist People's Libyan Arab Jamahiriya and the Libyan External Security Organization as defendants in the above mentioned lawsuit.

The U.S. Embassy in Tripoli delivered the documents to the General People's Committee for Foreign Liaison and International Cooperation on February 1, 2007under cover of diplomatic notes numbers 07/089 and 07/070, dated January 31, 2007

In accordance with the procedures established for the implementation of the Foreign Sovereign Immunities Act, I am enclosing copies of the documents transmitted as well as certified copies of the diplomatic notes used to transmit them to the General People's Committee for Foreign Liaison and International Cooperation.

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison


Enclosures As Stated



Cc: Jane Conroy
  Hanley, Conroy, Bierstein, Sheridan, Fisher & Hayes, LLP
  112 Madison Avenue
  New York, New York 10016-7416



# Embassy of the United States of America
Tripoli, Libya

I, Cecelia K. El Khatib, Consul in Tripoli, Libya, certify that this is a true copy of the Embassy of the United States of America, diplomatic note number 07/090 dated January 31, 2007, and delivered to the General People's Committee for Foreign Liaison and International Cooperation on Februry 1, 2007.

_____

Cecelia K. El Khatib
Consul

February 1, 2007

BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA:

XXXX

      The Embassy of the United States of America refers the General People's Committee for Foreign Liaison and International Cooperation to the lawsuit Mark McDonald, et al. v. The Socialist People's Libyan Arab Jamahiriya, et al., Case Number 06CV729 (JR), which is pending in the Federal District Court for the District of Columbia. The Socialist People's Libyan Arab Jamahiriya is a defendant in this case. The Embassy transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Socialist People's Libyan Arab Jamahiriya as contemplated in Title 28, United States Code, Section 1608(a)(4).

      Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days for the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed summons and complaint be forwarded to the appropriate authority of the Socialist People's Libyan Arab Jamahiriya with a view towards taking whatever steps are necessary to avoid a default judgment.

      In addition to the summons and complaint, the Embassy is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

      Under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

DATE:

Attachments:

1. Summons, Complaint, Notice of Suit
2. Translations



# Embassy of the United States of America
## Tripoli, Libya

I, Cecelia K. El Khatib, Consul in Tripoli, Libya, certify that this is a true copy of the Embassy of the United States of America, diplomatic note number 07/089 dated January 31, 2007, and delivered to the General People's Committee for Foreign Liaison and International Cooperation on Februry 1, 2007.

_____
Cecelia K. El Khatib
Consul

February 1, 2007

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT LIBYAN EXTERNAL SECURITY ORGANIZATION:**

NO:

The Embassy of the United States of America refers the General People's Committee for Foreign Liaison and International Cooperation to the lawsuit Mark McDonald, et al. v. The Socialist People's Libyan Arab Jamahiriya, et al., Case Number 06CV729 (JR), which is pending in the Federal District Court for the District of Columbia. The Libyan External Security Organization is a defendant in this case. The Embassy transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Socialist People's Libyan Arab Jamahiriya as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days for the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed summons and complaint be forwarded to the appropriate authority of the Socialist People's Libyan Arab Jamahiriya with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the summons and complaint, the Embassy is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

Under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Date:

Attachments:

1. Summons, Complaint, Notice of Suit
2. Translations