IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MCDONALD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-CV-729 (JR) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION FOR DEFERRING FILING OF RESPONSIVE PAPERS BY
DEFENDANTS LIBYA AND THE LESO AND
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

Pursuant to Local Civil Rule 7 of this Court, the parties jointly move this Court to enter an agreed-upon briefing schedule. Defendants The Socialist People's Libyan Arab Jamahiriya ("Libya"), the Libyan External Security Organization ("LESO") and Musa Kusa ("Kusa") are represented herein by the law firm of Eckert Seamans Cherin & Mellott LLC. Plaintiffs are jointly represented by the law firms of Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP and Motley Rice LLC. The parties jointly request that the Court permit an extension of time for the filing of any responsive documents by Libya, LESO and Kusa. Regarding Defendants Muammar Qadhafi ("Qadhafi"), Abdullah Senoussi ("Senoussi"), Khalifa Ahmed Bazelya ("Bazelya"), and Nasser Ali Ashour ("Ashour"), the plaintiffs advise that service on these Defendants is contemplated through letters rogatory issued by this Court in December 2006. The parties intend to file with the Court a joint proposed briefing schedule once these representation and service issues regarding these Defendants has been clarified.

**DRAFT ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

## POINTS AND AUTHORITIES

On April 21, 2006, Plaintiffs filed the instant action against the Defendants. The claims asserted in this action arise under, among other grounds, 28 U.S.C. §§ 1605(a)(2), 1605(a)(7) constituting waivers of immunity pursuant to the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1601 *et seq.*. The claims include common-law remedies including civil conspiracy, wrongful death, battery, intentional infliction of emotional distress (both for victims and survivors), loss of consortium in addition to claims arising under the Torture Victim Protection Act, 28 U.S.C. § 1350, note, and the Flatow Amendment to the FSIA, 28 U.S.C. § 1605, note. Furthermore, jurisdiction is also premised on the Alien Tort Statute, 28 U.S.C. § 1350, for aiding and abetting, intentionally facilitating and/or recklessly disregarding crimes against humanity in violation of the law of nations.

The plaintiffs assert that service upon Defendant Kusa was effected pursuant to 28 U.S.C. § 1608(a)(3) as set forth in Plaintiffs' Proof of Service as to Defendant Musa Kusa filed with this Court on December 15, 2006. *See* Docket Entry 11. As set forth in Plaintiffs' Proof of Service as to Defendant Musa Kusa, service was completed on July 23, 2006. *Id.* Defendants Libya and the LESO were served via diplomatic channels pursuant to 28 U.S.C. § 1608(a)(4) on February 1, 2007. *See* Docket Entry 17. Defendants Libya, LESO and Kusa do not concede that service was properly effected and reserve the right to assert improper service in their responsive filings. This Court has issued letters rogatory for service of process upon the other named Defendants in this action, and no action has been ascertained from the Department of State on these letters rogatory. *See* Docket Entry 13 (dated December 20, 2006, ordering the issuance of letters rogatory).

**DRAFT ATTORNEY WORK PRODUCT**
**PRIVILEGED AND CONFIDENTIAL**

      Counsel for Defendants Libya, LESO and Kusa are not currently aware of any arrangements to either waive service on behalf of the unserved Defendants or whether they will be representing these Defendants in this action. Until this issue is clarified, the parties agree and request that this Court enter an order indicating that any responsive papers to be filed by Defendants Libya and the LESO be deferred until such time as these representation and service issues have been solidified and the other named Defendants are represented in this action. At that time, the parties will provide this Court with a joint proposed briefing schedule on motion(s) to be filed by the Defendants in response to Plaintiffs' Class Action Complaint.

## CONCLUSION

      WHEREFORE, the parties hereby respectfully request that the Court enter an Order granting the parties' joint motion to defer the filing of responsive papers by Defendants Libya, LESO and Kusa.

Dated: April 3, 2007

Respectfully submitted,

   /s/ John M. Eubanks
Ronald L. Motley, Esq., *pro hac vice*
Donald A. Migliori, Esq., *pro hac vice*
Jodi Westbrook Flowers, Esq., *pro hac vice*
Justin B. Kaplan, Esq., *pro hac vice*
John M. Eubanks, Esq., *pro hac vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
(843) 216-9000
Fax: (843) 216-9450
jeubanks@motleyrice.com

   /s/ Jayne Conroy
Jayne Conroy, Esq. (D.C. Bar #451475)
Andrea Bierstein, Esq.
HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES LLP

**DRAFT ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL**

        112 Madison Avenue
        New York, New York 10016-7416
        (212) 784-6400
        Fax: (212) 784-6420
        jconroy@hanlyconroy.com

*Attorneys for Plaintiffs*

        /s/ Mark A. Johnston
        Thomas Whalen, Esq. (D.C. Bar #208512)
        Mark Johnston, Esq. (D.C. Bar #455764)
        ECKERT SEAMANS CHERIN &
        MELLOTT LLC
        1747 Pennsylvania Ave., N.W.
        Suite 1200
        Washington, DC  20006-4604
        (202) 659-6600
        Fax: (202) 659-6699
        twhalen@eckertseamans.com
        mjohnston@eckertseamans.com

*of counsel*:
Wendy West Feinstein, Esq.
ECKERT SEAMANS CHERIN &
MELLOTT LLC
600 Grant Street
44th Floor
Pittsburgh, PA 15219
(412) 566-6000
Fax:  (412) 566-6099
wfeinstein@eckertseamans.com

*Attorneys for Defendants, The Socialist People's Libyan Arab Jamahiriya, Libyan External Security Organization and Musa Kusa*