IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK MCDONALD, et al.,** )<br>)<br>           **Plaintiffs,**        )<br>)<br>**v.**                                             )<br>)<br>**THE SOCIALIST PEOPLE'S LIBYAN** )<br>**ARAB JAMAHIRIYA, et al.,**  )<br>)<br>           **Defendants.**         )<br>                                             ) | Civil Action No. 1:06-CV-729 (JR) |

## [PROPOSED] ORDER

For the reasons stated in the parties' Joint Motion to Defer the Filing of Responsive Papers by Defendants Libya, LESO and Kusa, it is hereby ORDERED that the response to be filed by Defendants Libya and the LESO shall be deferred until such time as service is perfected upon the other named Defendants. It is further ORDERED that at such time as service is perfected upon all Defendants in this action, the parties shall submit a joint proposed briefing schedule on any motions to dismiss that will be filed in lieu of an Answer.

Dated: _____                    _____
                                                                     Judge James Robertson
                                                                     United States District Judge