FILED

APR 0 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK MCDONALD, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 1:06-CV-729 (JR)
)
THE SOCIALIST PEOPLE'S LIBYAN )
ARAB JAMAHIRIYA, et al., )
)
Defendants. )
)

## ORDER

For the reasons stated in the parties' Joint Motion to Defer the Filing of Responsive Papers by Defendants Libya, LESO and Kusa, it is hereby ORDERED that the response to be filed by Defendants Libya and the LESO shall be deferred until such time as service is perfected upon the other named Defendants. It is further ORDERED that at such time as service is perfected upon all Defendants in this action, the parties shall submit a joint proposed briefing schedule on any motions to dismiss that will be filed in lieu of an Answer.

Dated: 4/4/07

_____
James Robertson
United States District Judge