IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK McDONALD, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00729-JR |
| ) | |
| SOCIALIST PEOPLE'S LIBYAN ARAB ) | |
| JAMAHIRIYA, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will kindly enter the appearance of Thomas J. Whalen, Esquire of the law firm of ECKERT SEAMANS CHERIN & MELLOTT, LLC as co-counsel for defendants, Socialist People's Libyan Arab Jamahiriya, Libyan External Security Organization and Musa Kusa in the above-captioned matter.

ECKERT SEAMANS CHERIN
& MELLOTT, LLC

By:   *Thomas J. Whalen*
Thomas J. Whalen, Esq. (Bar No. 208512)
Mark A. Johnston, Esq. (Bar No. 455764)
1747 Pennsylvania Ave., N.W.,
Twelfth Floor
Washington, D.C. 20006
(202) 659-6600

Counsel for Defendants, Socialist People's Libyan
  Arab Jamahiriya, Libyan External Security
  Organization and Musa Kusa

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing **Notice of Appearance** was electronically filed and served, this 17th day of April, 2007, to:

      Jayne Conroy, Esquire
Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
112 Madison Avenue
New York, NY 10016-7416

Donald A. Migliori
Motley Rice, LLC
321 South Main Street
Providence, RI 02940

Jodi Westbrook Flowers
John Michael Eubanks
Justin B. Kaplan
Michael E. Elsner
Michelle Dara Hodkin
Ronald L. Motley
Motley Rice, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29465

                    *Thomas J. Whalen*
                    Thomas J. Whalen