IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK McDONALD, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00729-JR |
| ) | |
| SOCIALIST PEOPLE'S LIBYAN ARAB ) | |
| JAMAHIRIYA, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will kindly enter the appearance of Mark A. Johnston, Esquire of the law firm of ECKERT SEAMANS CHERIN & MELLOTT, LLC as co-counsel for defendants, Socialist People's Libyan Arab Jamahiriya, Libyan External Security Organization and Musa Kusa in the above-captioned matter.

ECKERT SEAMANS CHERIN
& MELLOTT, LLC

By:  *Mark A. Johnston*
Thomas J. Whalen, Esq. (Bar No. 208512)
Mark A. Johnston, Esq. (Bar No. 455764)
1747 Pennsylvania Ave., N.W.,
Twelfth Floor
Washington, D.C. 20006
(202) 659-6600

Counsel for Defendants, Socialist People's Libyan
 Arab Jamahiriya, Libyan External Security
 Organization and Musa Kusa

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing **Notice of Appearance** was electronically filed and served, this 17th day of April, 2007, to:

    Jayne Conroy
    Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
    112 Madison Avenue
    New York, NY 10016-7416

    Donald A. Migliori
    Motley Rice, LLC
    321 South Main Street
    Providence, RI 02940

    Jodi Westbrook Flowers
    John Michael Eubanks
    Justin B. Kaplan
    Michael E. Elsner
    Michelle Dara Hodkin
    Ronald L. Motley
    Motley Rice, LLC
    28 Bridgeside Boulevard
    Mount Pleasant, SC 29465

      *Mark A. Johnston*
      Mark A. Johnston