UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MCDONALD, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-0729 (JR) |
| THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *et al.*, | : |
| Defendants. | : |

**ORDER**

Upon a review of the docket, it is **ORDERED** that plaintiff report on the status of this matter within 30 days of the date of this order.

JAMES ROBERTSON
United States District Judge