

**John M. Eubanks**
Licensed in MD
843.216.9000
FAX 843.216.9450
JEubanks@motleyrice.com

August 17, 2007

**VIA E-MAIL AND FEDERAL EXPRESS**

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Inter-Agency Liaison
U.S. Department of State
SA-29, 4th Floor
2201 C Street, NW
Washington, DC 20520

   Re: *McDonald, et al. v. Socialist People's Libyan Arab Jamahiriya, et al.*, Case No.
      06-CV-729-JR (D.D.C.)
      Letters rogatory

Dear Mr. Fritzlen:

  As you know, I represent the plaintiffs in the above-captioned litigation. I am writing to follow up on your discussions with my colleague Jodi Flowers and myself regarding the letters rogatory issued by Judge James Robertson of the United States District Court for the District of Columbia that were sent to the State Department's Office of American Citizen Services on April 16, 2007 by Federal Express delivery. As you will recall, the purpose of these letters rogatory is to utilize the services of the State Department to transfer a request for service of process from the D.C. District Court to the appropriate legal authorities in Libya in order to facilitate service on the following individuals who are named as defendants in the above-captioned litigation: Muammar Qadhafi, Abdullah Senoussi, Nasser Ali Ashour, and Ahmed Khalifa Bazelya.

  You have stated that the Office of American Citizen Services has been unable to acknowledge receipt of these papers. I have attached the billing receipt that our firm received from Federal Express showing that the package was delivered. I have also attached a copy of the proof of delivery provided by Federal Express showing that a "P. MCCLAM" signed for this

| www.motleyrice.com | MT. PLEASANT | BARNWELL | PROVIDENCE | HARTFORD | ATLANTA |
|---|---|---|---|---|---|
| Motley Rice LLC Attorneys at Law | 28 BRIDGESIDE BLVD. P.O. Box 1792 MT. PLEASANT, SC 29465 843-216-9000 843-216-9450 FAX | 1750 JACKSON ST. P.O. Box 365 BARNWELL, SC 29812 803-224-8800 803-259-7048 FAX | 321 SOUTH MAIN ST. P.O. Box 6067 PROVIDENCE, RI 02940 401-457-7700 401-457-7708 FAX | ONE CORPORATE CENTER 20 CHURCH ST., 17TH FLOOR HARTFORD, CT 06103 860-882-1681 860-882-1682 FAX | 600 WEST PEACHTREE ST. SUITE 800 ATLANTA, GEORGIA 30308 404-201-6900 404-201-6959 FAX |

William P. Fritzlen
August 17, 2007
Page 2

package at the Department of State on April 17, 2007 at approximately 9:40 am. It appears from the signature that the individual's first name is, in fact, Paul; however, the last name is indeterminate from the signature.

I hope that this information may assist your office in determining the location of this package; however, in the interim time period, we intend to request that the Clerk's office issue another copy of the Court's Order with the proper apostille and seal of the Court.

If you have any questions, please feel free to contact me at 443-542-5865 or by e-mail at jeubanks@motleyrice.com.

Sincerely,

John M. Eubanks

Enclosures

cc: Wendy West Feinstein, Esq. (by e-mail)
Thomas Whalen, Esq. (by e-mail)
Mark Johnston, Esq. (by e-mail)

Case 1:06-cv-00729-JR    Document 24-2    Filed 08/24/2007    Page 3 of 4



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-818-61251 | Apr 24, 2007 | | 17 of 42 |

Picked up: Apr 16, 2007          Cust.:                    Ref. #2:
Payor: Shipper                    Ref. #3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.

USD

Picked up: Apr 16, 2007          Cust. Ref:                Ref. #2:
Payor: Shipper                    Ref. #3:

USD

Picked up: Apr 16, 2007          Cust. Ref:                Ref. #2:
Payor: Shipper                    Ref. #3:

| Rate Method | Hundredwt | Total Charge | | USD | |

Dropped off: Apr 16, 2007        Cust. Ref:                Ref. #2:
Payor: Shipper                    Ref. #3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 21044 zip code

| USAB | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 860805832958 | JOHN EUBANKS | OFFICE OF AMERICAN CITIZENS SE |
| Service Type | FedEx Standard Overnight | MOTLEY RICE LLC | U S DEPARTMENT OF STATE |
| Package Type | FedEx Envelope | 28 BRIDGESIDE BLVD | 2201 C ST NW RM 4811A |
| Zone | 02 | MOUNT PLEASANT SC 29464-4399 US | WASHINGTON DC 20520 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Apr 17, 2007 09:40 | Transportation Charge | 12.45 |
| Svc Area | A2 | Fuel Surcharge | 0.67 |
| Signed by | P.MCCLAM | Discount | -5.73 |
| FedEx Use | 01617451/0000200/_ | Total Charge        USD | $7.39 |

01422 9/24



| | | | |
|---|---|---|---|
| FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br><br>Telephone: 901-369-3600 | |

August 8, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **860805832958**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Apr 17, 2007 09:40 |
| Signed for by: | P.MCCLAM | | |
| Service type: | Standard Overnight | | |

*[Signature: Paul H. Maller]*

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 860805832958 | Ship date: | Apr 16, 2007 |

| | |
|---|---|
| **Recipient:**<br>WASHINGTON, DC US | **Shipper:**<br>MOUNT PLEASANT, SC US |
| **Reference** | 396181 |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339