## Eubanks, John

| | |
|---|---|
| **From:** | Fritzlen, William P [FritzlenWP@state.gov] |
| **Sent:** | Friday, August 17, 2007 3:48 PM |
| **To:** | Eubanks, John |
| **Cc:** | WFeinstein@eckertseamans.com; TWhalen@eckertseamans.com; MJohnston@eckertseamans.com |
| **Subject:** | RE: McDonald, et al. v. Socialist People's Libyan Arab Jamahiriya, et al., Case No. 06-CV-729-JR (D.D.C.) |

Dear Mr. Eubanks:

Thank you for your letter on this matter. I am concerned that because of the time elapsed it will be difficult to track where the package was directed in April but we will make every effort. I will respond with a letter next week in the event that we do not locate the package and the Clerk's office can issue another set of documents. I would offer to have you send those documents to me and I will ensure that they reach the correct office. I will contact you next week.

Sincerely,

William P. Fritzlen

Attorney Advisor

U.S. Department of State

CA\OCS\PRI

Tel: (202) 736-9115

Fax: (202) 736-9111

---

**From:** Eubanks, John [mailto:jeubanks@motleyrice.com]
**Sent:** Friday, August 17, 2007 2:51 PM
**To:** Fritzlen, William P
**Cc:** WFeinstein@eckertseamans.com; TWhalen@eckertseamans.com; MJohnston@eckertseamans.com
**Subject:** McDonald, et al. v. Socialist People's Libyan Arab Jamahiriya, et al., Case No. 06-CV-729-JR (D.D.C.)

Dear Mr. Fritzlen:

Attached please find a scanned copy of a letter dated August 17, 2007 with attachments. A hard copy of this document has also been sent via Federal Express. This e-mail has been copied to counsel for the Socialist People's Libyan Arab Jamahiriya in the above-captioned case.

Sincerely,

John M. Eubanks
Attorney
MOTLEY RICE LLC
jeubanks@motleyrice.com
Office: (410) 997-3324
Fax: (410) 997-3691
Cell: (843) 834-1076



Motley Rice LLC, Attorneys at Law
Litigating Today For A Better Tomorrow

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

8/23/2007