# APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America
   This public document

2. has been
   signed by Judge James Robertson

3. acting in
   the capacity of United States District
   Court Judge

4. bears the seal/stamp of U.S District Court
   for the District of Columbia

   **CERTIFIED**

5. at Washington, D.C....6. this 20ʰ day of December, 2006

7. by Peggy Trainum, Deputy Clerk

8. No.397
9. Seal/Stamp        10. Signature

   *Peggy Trainum* (signature)

AO 393
(Rev. 5/81)

# STATEMENT OF EFFECT OF APOSTILLE

Apostilles certify only the authenticity of the signature of the official who signed the document, the capacity in which that official acted, and where appropriate, the identify of the seal or stamp which the document bears. An apostille does not imply that the contents of the document are correct, nor that they have the approval of the United States Courts.

Clerk, United States District Court

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 20 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
Nunc pro tunc to _____
See Doc # _____

MARK MCDONALD et al,

v.                                    Civil Action No. 06-0729 JR

SOCIALIST PEOPLE'S LIBYAN
ARAB JAMAHIRIYA et al.

## ORDER

Upon consideration of Plaintiff's Request for Judicial Assistance (Letter Rogatory) to SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, it is this 20th day of December, 2006,

ORDERED that the Request is granted.

_____
JAMES ROBERTSON
United States District Judge

ECF DOCUMENT

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia
Date Filed: 12/20/06
NANCY MAYER-WHITTINGTON, CLERK
By: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MCDONALD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| THE SOCIALIST PEOPLE'S LIBYAN | ) |
| ARAB JAMAHIRIYA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

### REQUEST FOR JUDICIAL ASSISTANCE (LETTER ROGATORY)

The United States District Court For The District Of Columbia presents its compliments to the appropriate judicial authority of the Great Socialist People's Libyan Arab Jamahiriya, and requests international judicial assistance to the effect of service of process to be used in a civil proceeding before this court in the above-captioned matter.

**I.    Request**

This court requires the assistance described herein as necessary in the interest of justice in a civil matter arising under the exception to jurisdictional immunity provided by 28 U.S.C. § 1605(a)(7). The assistance requested is that the appropriate judicial authority of the Great Socialist People's Libyan Arab Jamahiriya effect service of process of the Summons with attachments, Complaint and Certified Translations in the Civil Case of *Mark McDonald, et al. v. The Socialist People's Libyan Arab Jamahiriya, et al.*, Civil Action No. 1:06-CV-729 (JR), upon the below-named Defendants in their individual capacities and at their personal residences as well as in their official capacities as agents of the Libyan Government.

- Colonel Muammar Qadhafi, in his professional capacity, c/o Ministry of Foreign Affairs, Tripoli, Libya;

- Mr. Abdullah Senoussi, in his professional capacity, c/o Ministry of Foreign Affairs, Tripoli, Libya;

- Mr. Khalifa Ahmed Bazelya, in his professional capacity, c/o Ministry of Foreign Affairs, Tripoli, Libya;

- Mr. Nasser Ali Ashour, in his professional capacity, c/o Ministry of Foreign Affairs, Tripoli, Libya.

The appropriate judicial authority of the Great Socialist People's Libyan Arab Jamahirya is further requested to serve the above mentioned documents by personal service into the hands of the defendant or in a manner of service consistent with the laws of the Great Socialist People's Libyan Arab Jamahiriya.

The additional assistance requested is that the appropriate judicial authority of the Great Socialist People's Libyan Arab Jamahiriya effect service of process of the Summons with attachments, Complaint and Certified Translations in the Civil Case of *Mark McDonald, et al. v. The Socialist People's Libyan Arab Jamahiriya, et al.*, Civil Action No. 1:06-CV-729 (JR), upon the following Defendants: The Socialist People's Libyan Arab Jamahiriya and the Libyan External Security Organization a/k/a the Jamahiriya Security Organization.

## II.   Facts

Plaintiffs allege upon information and belief that Defendants intentionally undertook actions that caused the wrongful deaths, personal injuries and other related torts of the Plaintiffs.

Plaintiffs further allege that beginning in 1972, Defendants established contacts with the PIRA which, in the subsequent twenty-five (25) years, grew into a support apparatus provided by

Libya to the PIRA. Plaintiffs allege, upon information and belief, that between 1972 and 1997, Defendants provided support to the PIRA in form of finances, a base in Tripoli, military and explosive training, arms, explosives, explosive components, public support, and encouragement. In 1991, The Department of State's annual report, *Patterns of Global Terrorism,* stated that, "The Libyans have supported terrorist groups in Europe, particularly the Provisional Irish Republican Army (PIRA)." Libyan leader Mu'ammar Qadhafi admitted as much in a speech at the Arab League Conference that Al-Arabia TV broadcast on March 23, 2005:

> Libya supported the IRA with weapons for Ireland's independence. Of course, it is a terrorist organization, but it never had a bad reputation and international claims were never leveled against it. Ireland had been fighting for 300 years, but we've never heard of global terrorism there.

Criminal charges were filed against Defendant Abdullah Senoussi in France for his involvement in the bombing of UTA Flight 772 en route from Brazzaville in the Congo to Paris. Senoussi was later convicted, *in absentia*, for his role in the bombing of UTA Flight 772 resulting in the deaths of 170 individuals aboard.

In November 1989, French Investigative Judge Jean-Louis Bruguiere issued an international arrest warrant through the International Police Commission (Interpol) for Defendant Nasser Ali Ashour citing his involvement with five PIRA members who were caught smuggling weapons aboard the *Eksund* ship on February 27, 1987. Irish and French officials traced the weapons back to Ashour.

Defendant Khalifa Ahmed Bazelya was expelled from London in 1995 after a Libyan dissident was killed and Bazelya was implicated in involvement in the murder.

Plaintiffs allege that the Defendants knew the means and objectives of the PIRA when they provided support for its terrorist campaign and knew that death and personal injury, in addition to other crimes committed against civilians were the foreseeable results of such support.

The Plaintiffs listed in the above-captioned matter demand judgment against Defendants The Socialist People's Libyan Arab Jamahiriya, the Libyan External Security Organization a/k/a the Jamahiriya Security Organization, Muammar Qadhafi, Abdullah Senoussi, Khalifa Ahmed Bazelya, and Nasser Ali Ashour, along with all other Defendants listed in the attached Complaint, under claims arising under the exception to jurisdictional immunity provided by 28 U.S.C. § 1605(a)(7).

### III.  Reciprocity

The United States District Court for the District of Columbia expresses its sincere willingness to provide similar assistance to judicial authorities of the Great Socialist People's Libyan Arab Jamahiriya.

### IV.  Reimbursement For Costs

The United States District Court for the District of Columbia expresses its sincere willingness to reimburse the judicial authorities of the Great Socialist People's Libyan Arab Jamahiriya for costs incurred in executing the United States District Court for the District of Columbia's letter rogatory. Please contact Plaintiff's Attorney, Jayne Conroy of Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP, 112 Madison Avenue, New York, New York 10016, telephone 212 784 6400, e-mail jconroy@hanlyconroy.com, before exceeding the amount of $500.00.

Dated: 26 October 2006

_____
U.S. District Judge James Robertson
U.S. District Court for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### EXEMPLIFICATION CERTIFICATE

I, Nancy Mayer-Whittington, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

Summons and Complaint, a Consent to Proceed Form, a copy of the Court's ECF Order and Attorney/Participant Registration Form, all in English and Arabic, A Certification of Translations and a Request for Judicial Assistance.

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at Washington, D. C. on _12/20/2006_.

Nancy Mayer-Whittington
_Clerk_

_(By) Deputy Clerk_

I, _James Robertson_, a Judicial Officer of this Court, certify that Nancy Mayer-Whittington, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

_December 20, 2006_
_Date_

_Signature of Judicial Officer_

United States District Judge
_Title_

I, Nancy Mayer-Whittington, Clerk of this United States District Court, keeper of the seal, certify that the Honorable _James Robertson_, Judicial Officer named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer.

In testimony whereof I sign my name, and affix the seal of this Court at Washington, D. C. on _12/20/2006_.

Nancy Mayer-Whittington
_Clerk_

_(By) Deputy Clerk_