**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK MCDONALD, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-0729 (JR) |
| THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *et al.*, | : |
| Defendants. | : |

## ORDER

Upon plaintiffs' request for re-issuance of letters rogatory to SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA [24], it is

**ORDERED** that the request is granted;

**ORDERED** that the time for service of process is extended for 120 days from today's date.


JAMES ROBERTSON
United States District Judge