IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MCDONALD, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA,<br><br>Defendants. | Civil Action No. 1:06-CV-729 (JR) |

## DECLARATION OF JOHN M. EUBANKS IN SUPPORT OF PLAINTIFFS' MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES TO ALLOW SERVICE OF PROCESS BY ALTERNATE MEANS

JOHN M. EUBANKS, being of full age, duly sworn and under oath, deposes and states as follows:

1. I am an associate with the law firm of Motley Rice LLC, 28 Bridgeside Boulevard, Mount Pleasant, South Carolina 29464, and counsel for Plaintiffs in the above-captioned action.

2. Exhibit A is a true and accurate copy of the Declaration of Nelson Tucker executed on December 10, 2007.

3. Exhibit B is a true and accurate copy of an E-mail notification of delivery from Federal Express to John M. Eubanks, Esq., dated October 24, 2007.

4. Exhibit C is a true and accurate copy of an E-mail from John M. Eubanks to William Fritzlen at the United States Department of State dated January 2, 2008.

5. Exhibit D is a true and accurate copy of an E-mail from William Fritzlen at the United States Department of State to John M. Eubanks dated January 3, 2008.

6. Exhibit E is a true and accurate copy of an E-mail from John M. Eubanks

1

to William Fritzlen at the United States Department of State dated January 8, 2008.

7. Exhibit F is a true and accurate copy of the declaration of Ana Sanchez of Nicoletti and Harris, Inc. based in New York, New York entitled "Information for Service of Process on Muammar Al-Gaddafi in Libya" and executed on January 14, 2008.

8. Exhibit G is a true and accurate copy of the Affidavit of Nelson Tucker executed on March 14, 2003, and filed with this Court on March 24, 2003 as Exhibit B to "Plaintiffs' Motion for Extension of Time For Service of Process and For Leave to Serve Certain Listed Defendants By Publication Pursuant to Federal Rule 4(f)" in *Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment & Development Corp., et al.*, Case No. 02-CV-1616-JR.

John M. Eubanks