# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MCDONALD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-CV-729 (JR) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF NELSON TUCKER

I, Nelson Tucker, declare under penalty of perjury, that the following is true and correct and that I could competently testify, if called, that:

1. I am the President of *Process Service Network*, am over the age of 18 years, and not a party to the within-named action. I have been a Registered Process Server and owner of an attorney service since 1978. I have authored two (2) books on service of process, investigations and court filing procedures and have conducted training seminars for the past 23 years. I regularly serve, or cause to be served, legal documents domestically and worldwide with a specialty in international service of process. I personally supervise all international service of process assignments. I currently teach Service of Process and Court Filing Procedures at *Los Angeles Valley College* and Service of Process at *Legal Services Institute*. I am a Life Member of the *National Association of Investigative Specialists*.

2. On September 24, 2007, I received an assignment from the Motley Rice law firm along with written instructions to locate and serve a Summons in a Civil Case, Complaint, Order, Notice of Suit, and supporting documents in the case *McDonald v. The Socialist People's Libyan Arab Jamahiriya, et al.*, Civil Action No. 06-0729 JR, upon 1) Muammar Qadhafi, and 2) Abdullah Senoussi in Libya.

3. On September 25, 2007, I contacted my affiliate in Tunisia who handles service of process assignments in specific regions of North Africa. I requested that he determine the address where the two (2) defendants named in paragraph 2 above may be served.

4. On September 28, 2007, I contacted the U.S. Charge d'Affaires ad Interim for Libya, Charles O. Cecil, via U.S. Postal Service Priority Mail requesting the same information.

5. On October 2, 2007, I contacted the Libya Charge d'Affaires Ali Aujali in Washington, D.C. requesting the same information.

6. As of this date, I have not received the necessary assistance.

7. On or about October 5, 2007, I received a communication from the process server in Tunisia who advised me that he would not be able to enter into Libya to serve legal documents on a head of state or any government agent.

8. On October 8, 2007, I contacted an affiliate in Cairo, Egypt who agreed to handle the service. I forwarded the documents to him on that date. He later advised me that service could only be completed by substituted service due to the unavailability of the named defendants.

9. On October 28, 2007, I received a communication from the affiliate in Egypt who advised me that all of his contacts refused to enter Libya for the purpose of serving legal documents on the named defendants due to feared reprisals.

10. The circumstances that are preventing service of process are 1) defendant Abdullah Senoussi is a high-ranking government official who is concealed by the military; he was sentenced to life imprisonment by the French government and is avoiding extradition, 2) Muammar Qadhafi is the head of the Libyan government and does not reside or work in a specific location, and 3) experienced process servers in the region refuse to serve either defendant due to retaliation and punishment by the Libyan government.

11. We have exhausted all available methods of service, at this time. The only two possible methods for completing the service are 1) service by mail, or 2) service by publication.

I declare and can competently testify, under penalty of perjury, that the foregoing is true and correct.

Executed on December 10, 2007, in Los Angeles, California.

_____
Nelson Tucker