# EXHIBIT B

**Eubanks, John**

| | | | |
|---|---|---|---|
| **From:** | TrackingUpdates@fedex.com [TrackingUpdates@fedex.com] | **Sent:** | Wed 10/24/2007 10:29 AM |
| **To:** | Eubanks, John | | |
| **Cc:** | | | |
| **Subject:** | FedEx Shipment 791786489416 Delivered | | |
| **Attachments:** | | | |

_____

This tracking update has been requested by:

```
Company Name:              MOTLEY RICE
Name:                      Anne Howells
E-mail:                    ahowells@motleyrice.com
```

_____

Our records indicate that the following shipment has been delivered:

```
Reference:                 411326
Ship (P/U) date:           Oct 23, 2007
Delivery date:             Oct 24, 2007 10:22 AM
Sign for by:               P.MCCLAM
Delivered to:              Shipping/Receiving
Service type:              FedEx Priority Overnight
Packaging type:            FedEx Box
Number of pieces:          1
Weight:                    7.00 lb.
Special handling/Services: Deliver Weekday

Tracking number:           791786489416
```

```
Shipper Information                    Recipient Information
Anne Howells                           Mr. William Fritzlen
MOTLEY RICE                            U.S. DEPARTMENT OF STATE
28 Bridgeside Boulevard;P.O. Box 1792  Ofc Pol Rev & Interagency
Mount Pleasant                         Liaison;2201 C ST NW SA-29, 4th
SC                                     Floor
US                                     WASHINGTON
29465                                  DC
                                       US
                                       205200099
```

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:29 AM CDT
on 10/24/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.