# EXHIBIT C

### Eubanks, John

| | |
|---|---|
| **From:** | Eubanks, John |
| **Sent:** | Wednesday, January 02, 2008 10:01 PM |
| **To:** | Fritzlen, William P |
| **Subject:** | McDonald, et al. v. Socialist People's Libyan Arab Jamahiriya, et al., Case No. 06-CV-729-JR (D.D.C.) |
| **Attachments:** | image001.gif |

Dear Mr. Fritzlen,

I am preparing a status report to the Court in the above-captioned case pending before Judge Robertson in the D.C. District Court. Is there any status that could be provided regarding the letter rogatory that was received by your office in late-October 2007? As you may recall, I sent the letter rogatory packet to you personally via Federal Express at your request. Is there any way to know whether it has been transmitted to the Libyan authorities for service of process on Defendants Muammar Qadhafi, Abdullah Senoussi, Nasser Ali Ashour and Khalifa Ahmed Bazelya?

Thank you in advance for your assistance. I can be reached either via e-mail at jeubanks@motleyrice.com or by phone at 410-997-3324 or 443-542-5865.

Regards,

John M. Eubanks
Attorney
MOTLEY RICE LLC
jeubanks@motleyrice.com
Office:  (410) 997-3324
Fax:  (410) 997-3691
Cell:  (843) 834-1076

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.