# EXHIBIT E

## Eubanks, John

| | |
|---|---|
| **From:** | Eubanks, John |
| **Sent:** | Tuesday, January 08, 2008 7:46 PM |
| **To:** | Fritzlen, William P |
| **Cc:** | Flowers, Jodi |
| **Subject:** | RE: McDonald, et al. v. Socialist People's Libyan Arab Jamahiriya, et al., Case No. 06-CV-729-JR (D.D.C.) |
| **Attachments:** | MRSignature.gif |

Dear Mr. Fritzlen,

In reference to the e-mails below, I am writing to see if you have any new information regarding the status of the letter rogatory issued to Libya in the McDonald v. Libya case? Also, the 120-day extension granted by the Court will expire on January 18, 2008. We would like to file something with the Court in advance of this deadline and would like to include any update that you might be able to provide. Can you provide an estimate of how long you anticipate it will take to receive any form of update on the service? Also, though I'm not sure this will be possible given the nature of the letter rogatory process, can you provide any sort of timetable regarding the completion of the letter rogatory process?

I appreciate your assistance in this matter and look forward to your reply.

Regards,

John M. Eubanks
Attorney
MOTLEY RICE LLC
jeubanks@motleyrice.com
Office: (410) 997-3324
Fax: (410) 997-3691
Cell: (843) 834-1076

Right-click here to download pictures. To help protect your privacy, Outlook prevented automatic download of this picture from the Inter

---

**From:** Eubanks, John
**Sent:** Thursday, January 03, 2008 11:54 AM
**To:** Fritzlen, William P
**Subject:** RE: McDonald, et al. v. Socialist People's Libyan Arab Jamahiriya, et al., Case No. 06-CV-729-JR (D.D.C.)

Dear Mr. Fritzlen,

I appreciate your assistance and look forward to your response.

Regards,

John M. Eubanks
Attorney
MOTLEY RICE LLC
jeubanks@motleyrice.com
Office: (410) 997-3324
Fax: (410) 997-3691

Cell: (843) 834-1076



---

**From:** Fritzlen, William P [mailto:FritzlenWP@state.gov]
**Sent:** Thursday, January 03, 2008 11:50 AM
**To:** Eubanks, John
**Subject:** RE: McDonald, et al. v. Socialist People's Libyan Arab Jamahiriya, et al., Case No. 06-CV-729-JR (D.D.C.)

Dear Mr. Eubanks,

I will inquire with our Embassy in Tripoli to determine when the documents were transmitted and whether there are any status updates. It may be next week before I can provide you with an answer, the Embassy is already closed for the day and is closed on Fridays and Saturdays. I will let you know as soon as I have any information.

Sincerely,

William P. Fritzlen
Attorney Advisor
U.S. Department of State
CA\OCS\PRI
Tel: (202) 736-9115
Fax: (202) 736-9111

---

```
From: Eubanks, John [mailto:jeubanks@motleyrice.com]
Sent: Wednesday, January 02, 2008 3:01 PM
To: Fritzlen, William P
Subject: McDonald, et al. v. Socialist People's Libyan Arab Jamahiriya, et al.,
Case No. 06-CV-729-JR (D.D.C.)

Dear Mr. Fritzlen,

I am preparing a status report to the Court in the above-captioned case pending
before Judge Robertson in the D.C. District Court.  Is there any status that could
be provided regarding the letter rogatory that was received by your office in late-
October 2007?  As you may recall, I sent the letter rogatory packet to you
personally via Federal Express at your request.  Is there any way to know whether
it has been transmitted to the Libyan authorities for service of process on
Defendants Muammar Qadhafi, Abdullah Senoussi, Nasser Ali Ashour and Khalifa Ahmed
Bazelya?

Thank you in advance for your assistance.  I can be reached either via e-mail at
jeubanks@motleyrice.com or by phone at 410-997-3324 or 443-542-5865.

Regards,
```

```
John M. Eubanks
Attorney
MOTLEY RICE LLC
jeubanks@motleyrice.com
Office:  (410) 997-3324
Fax:  (410) 997-3691
Cell:  (843) 834-1076
```

Confidential & Privileged
Unless otherwise indicated or obvious from its nature, the information contained in
this communication is attorney-client privileged and confidential information/work
product. This communication is intended for the use of the individual or entity
named above.  If the reader of this communication is not the intended recipient,
you are hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited.  If you have received this communication in
error or are not sure whether it is privileged, please immediately notify us by
return e-mail and destroy any copies--electronic, paper or otherwise--which you may
have of this communication.
Confidential & Privileged
Unless otherwise indicated or obvious from its nature, the information contained in
this communication is attorney-client privileged and confidential information/work
product. This communication is intended for the use of the individual or entity
named above. If the reader of this communication is not the intended recipient, you
are hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication in
error or are not sure whether it is privileged, please immediately notify us by
return e-mail and destroy any copies--electronic, paper or otherwise--which you may
have of this communication.