# EXHIBIT F

Case 1:06-cv-00729-JR    Document 27-8    Filed 01/18/2008    Page 1 of 2

---------------------------------------------------------------------------------x
Information for service of process on Maummar Al-Gaddafi in Libya
---------------------------------------------------------------------------------x

    As per Tammy River's request, I, Ana Sanchez of Nicoletti & Harris, Inc., conducted a search on how to proceed with service on Maummar Al-Gaddafi in Libya. The following is the results of my search:

1. Service can be made via Letters of Rogatory. This is the most recommended form of service because the court will recognize the service as legitimate. The time line for service via Letters of Rogatory is 6 to 12 months.

2. Service can also be made via personal service. This type of service is almost impossible to obtain due to the political status of the individual that you want served. The political tension and the fear of physical harm will make it very difficult if not impossible to obtain a process server who will proceed with service.

_____
Ana Sanchez

Sworn to before me on this 14th day of January, 2008

_____

REGENIA HYMAN
Notary Public, State of New York
No. 01HY6045811
Qualified in New York County
Commission Expires July 31, 2010