UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
MARK MCDONALD, et al.,            :
                                  :
       Plaintiffs,                :
                                  :
    v.                            :  Civil Action No. 06-0729 (JR)
                                  :
THE SOCIALIST PEOPLE'S LIBYAN     :
ARAB JAMAHIRIYA, et al.,          :
                                  :
       Defendants.                :
```

### ORDER

Upon consideration of plaintiffs' motion to allow service of process upon defendants Muammar Qadhafi, Abdullah Senoussi, Nasser Ali Ashour, and Khalifa Ahmed Bazelya by alternative means [27], it is pursuant to Fed.R.Civ.P. 4(f)(3) and 28 U.S.C. § 1608(b)(3)(A) ordered that the motion is **granted**. The named defendants may be served by publication in the *International Herald Tribune* and *Al-Quds Al-Arabi*. Plaintiffs may have 90 days from the date of this order to effect and to file appropriate proof of such service. The Clerk is directed to **re-set** the status conference previously set for January 29, 2008, to **4:30 p.m. on April 29, 2008.**

                                        JAMES ROBERTSON
                                    United States District Judge