UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
MAR 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARK McDONALD, et al.  )
                       )
        Plaintiffs,    )
                       )   Case No. 1:06-cv-00729-JR
    v.                 )
                       )
SOCIALIST PEOPLE'S LIBYAN ARAB  )
JAMAHIRIYA, et al.     )
                       )
        Defendants.    )

## ORDER

For the reasons stated in Plaintiffs' Motion and Memorandum of Points and Authorities in Support to Alter or Amend Order of Service by Publication, it is hereby ORDERED that, pursuant to Fed. R. Civ. P. 4(f)(3) and 28 U.S.C. § 1608(b)(3)(A), defendants Muammar Qadhafi, Abdullah Senoussi, Nasser Ali Ashour, and Khalifa Ahmed Bazelya may be served by publication in the *International Herald Tribune*. Plaintiffs may have 90 days from January 24, 2008 to effect and to file appropriate proof of such service. A status conference will be held in this matter at 4:30 p.m. on April 29, 2008.

Dated: 3/14/08

_____
James Robertson
United States District Judge