IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK MCDONALD, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 1:06-CV-729 (JR) |
| ) | |
| **THE SOCIALIST PEOPLE'S LIBYAN** ) | |
| **ARAB JAMAHIRIYA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### PLAINTIFFS' PROOF OF SERVICE AS TO DEFENDANTS MUAMMAR QADHAFI, ABDULLAH SENOUSSI, NASSER ALI ASHOUR, AND KHALIFA AHMED BAZELYA

Pursuant to Local Civil Rule 5.3, Plaintiffs hereby submit proof of service as to Defendants Muammar Qadhafi, Abdullah Senoussi, Nasser Ali Ashour, and Khalifa Ahmed Bazelya. On January 24, 2008, after numerous prior attempts to serve these individuals, the Court granted Plaintiffs' motion for alternate service by publication. D.E. 28. As set forth in Plaintiffs' motion to alter or amend the Court's original publication Order, Plaintiffs were unable to publish notice of this lawsuit for service purposes in any Arabic-language publication. *See* D.E. 29. Therefore, on March 17, 2008, the Court granted Plaintiffs' motion to amend or alter the January 24, 2008 by requiring publication in the *International Herald Tribune* to suffice for service pursuant to Fed. R. Civ. P. 4(f)(3). D.E. 30.

Pursuant to the Court's Order, Plaintiffs submit the Declaration of Katherine Kinsella ("Kinsella Dec."), President of Kinsella/Novak Communications, LLC, an advertising and legal notification consulting firm in Washington, D.C. *See* Kinsella Dec., attached hereto as Exhibit A, at ¶1. Kinsella/Novak Communications LLC implemented the Court's March 17, 2008 Order by placing Plaintiffs' Notice to be served on Defendants Muammar Qadhafi, Abdullah Senoussi,

Nasser Ali Ashour, and Khalifa Ahmed Bazelya in the *International Herald Tribune*. *See* Kinsella Dec. at ¶¶3-6. Plaintiffs' Notice appeared in the *International Herald Tribune* on the following dates: February 28, 2008; March 6, 2008; March 13, 2008; and March 20, 2008. *See* Kinsella Dec. at ¶6. True and correct copies of these published notices are attached to the Kinsella Declaration as Exhibit 1.

Further, Plaintiffs' counsel has been notified by counsel for Defendants Muammar Qadhafi, Abdullah Senoussi, Nasser Ali Ashour, and Khalifa Ahmed Bazelya that these Defendants accepted service in this action pursuant to the publication of Plaintiffs' notices in the *International Herald Tribune*. The April 1, 2008 e-mail from Defendants' counsel, Thomas Whalen, accepting service is attached hereto as Exhibit B.[1]

Plaintiffs' attempts at service in this case pursuant to the requirements of the 28 U.S.C. § 1608 have been well-documented thus far in the litigation. *See* D.E. 23, 24, 27 and 29. Plaintiffs translated the Complaint and Summons into Arabic – the official language of Libya. Thereafter, Plaintiffs hand-delivered to the Clerk of the Court those documents required by Section 1608(a)(3) accompanied by Plaintiffs' Request for Foreign Mailing Pursuant to 28 U.S.C. § 1608(a)(3). D.E. 3. As set forth in a Certificate of Mailing docketed in this case on August 3, 2006, the Deputy Clerk of this Court mailed the Summons and Complaints and associated documents to each of the seven defendants via DHL on July 14, 2006. D.E. 4. The Deputy Clerk attached to the Certificate of Mailing the DHL receipts, and tracking numbers, for

---

[1] The firm appearing on behalf of these various individuals is the same firm that made an appearance on behalf of Defendants The Socialist People's Libyan Arab Jamahiriya and the Libyan External Security Organization a/k/a Jamahiriya Security Organization in this action nearly a year ago. *See* D.E. 20 and 21 (Notices of Appearance of Thomas Whalen and Mark Johnston from the firm Eckert Seamans Cherin & Mellott LLC). The delay in this case in acceptance of service pursuant to either the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1601 *et seq.*, or the Federal Rules of Civil Procedure, has seemingly been calculated and not in good faith by the individual defendants – at least one of whom, Muammar Qadhafi, is a reputed leader of the Socialist People's Libyan Arab Jamahiriya and would, no doubt, be aware of his involvement in this lawsuit based on his country's status as a served Defendant as of February 1, 2007. *See* D.E. 17.

all seven packages. *Id*. The Certificate of Service notes that service was made "pursuant to the provisions of 28 U.S.C. § 1608(a)(3)." *Id*.

On August 2, 2006, the Clerk of the Court made a minute entry noting the return of the Summonses, unexecuted, addressed to Defendants Senoussi, Ashour, and Bazelya. D.E. 5. Attached to that docket entry are tracking reports from DHL for the packages addressed to these three defendants, indicating that, in each case, the recipient had refused delivery and the packages were returned to the Court. *Id*.

Because Plaintiffs were unable to effect service pursuant to 28 U.S.C. § 1608(a)(3) within 30 days of mailing to Defendants Colonel Muammar Qadhafi, Abdullah Senoussi, Nasser Ali Ashour, and Khalifa Ahmed Bazelya, Plaintiffs resorted to 28 U.S.C. § 1608(b)(3)(A) which permits service "as directed by an authority of the foreign state or political subdivision in response to a letter rogatory or request." Such service is also permitted pursuant to Federal Rule of Civil Procedure 4(f)(2)(B). As such, Plaintiffs filed Plaintiffs' Request for International Judicial Assistance (Letter Rogatory) on August 17, 2006, to effect service on these unserved defendants. D.E. 7. The Court issued the Letter Rogatory on December 20, 2006. D.E. 12. The initial Letter Rogatory documents sent to the U.S. Department of State were lost, and Plaintiffs requested that the sealed and apostilled documents issued by the Court be re-issued. D.E. 24. In its Order of September 20, 2007, this Court ordered that the Clerk's Office re-issue these documents for service upon the U.S. Department of State. D.E. 26.

These re-issued documents were obtained by Plaintiffs' counsel on October 17, 2007 from the Court's Civil Docket Clerk, Laura Chipley, on the same day that Plaintiffs' counsel was notified that these documents were available. The requisite letters rogatory documents were re-delivered by Federal Express to the U.S. Department of State on October 24, 2007. *See* Exhibit

3

B to D.E. 27. Plaintiffs have not yet received confirmation from the State Department that the Libyan Judicial authorities have acknowledged receipt of the Letters Rogatory.

Following reissuance of the Court's Letter Rogatory, Plaintiffs then requested alternative service via publication in accord with Federal Rule of Civil Procedure 4(f)(3). D.E. 27. The Court then entered its January 24, 2008 and subsequently the March 17, 2008 Orders regarding service by publication. D.E. 28; D.E. 30. As the Kinsella Declaration sets forth, that service by publication has now been completed. In short, efforts to serve the Defendants herein has taken nearly two years and a significant expenditure of time, resources and expense to accomplish.

Plaintiffs assert that this Proof of Service, accompanied by the Kinsella Declaration, accord with Local Civil Rule 5.3, and service in this action has been completed as to all Defendants.

Dated: April 9, 2008                              Respectfully submitted,

                                                   /S/ Jodi Westbrook Flowers
                                                  Ronald L. Motley, Esq. (SC Bar #4123)
                                                  Jodi Westbrook Flowers, Esq. (SC Bar #66300)
                                                  Donald A. Migliori, Esq. (RI Bar #4936)
                                                  Michael E. Elsner, Esq. (NY & VA Bar #ME-8337)
                                                  Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                                                  John M. Eubanks, Esq.
                                                  MOTLEY RICE LLC
                                                  28 Bridgeside Blvd.
                                                  P.O. Box 1792
                                                  Mount Pleasant, SC  29465
                                                  (843) 216-9000
                                                  Fax: (843) 216-9450
                                                  jeubanks@motleyrice.com

                                                  *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiffs' Proof of Service as to Defendants Muammar Qadhafi, Abdullah Senoussi, Nasser Ali Ashour, and Khalifa Ahmed Bazelya was served upon the following on April 9, 2008, by filing this document via the Court's CM/ECF system and also by sending a copy of this document via regular mail, postage prepaid, to the following:

Thomas J. Whalen, Esq.
Eckert Seamans Cherin Mellott, LLC
1747 Pennsylvania Avenue, N.W.
12th Floor
Washington, D.C.  20006

Mark Andrew Johnston, Esq.
Eckert Seamans Cherin Mellott, LLC
1747 Pennsylvania Avenue, N.W.
12th Floor
Washington, D.C.  20006

Wendy West Feinstein, Esq.
U.S. Steel Tower
600 Grant Street
44th Floor
Pittsburgh, PA 15219-2788


   /S/ Jodi Westbrook Flowers_____