# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARK MCDONALD, et al., | § § § | |
| Plaintiffs, | § § | Civil Action No. 06-0729 (JR) |
| v. | § § | |
| THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al., | § § § § | |
| Defendants. | § § | |

### DECLARATION OF KATHERINE KINSELLA

I, Katherine Kinsella, being duly sworn, hereby declare as follows:

1. I am President of Kinsella/Novak Communications, LLC ("KNC"), an advertising and legal notification consulting firm in Washington, D.C. specializing in the design and implementation of class action and bankruptcy notification programs to reach unidentified putative class members primarily in consumer and mass tort litigation. My business address is 2120 L Street, NW, Suite 205, Washington, D.C. 20037. My telephone number is (202) 686-4111.

2. I submit this declaration in connection with *McDonald v. The Socialist People's Libyan Arab Jamahiriya* pending in the United States District Court for the District of Columbia. This declaration is based upon my personal knowledge and upon information provided by my associates and staff. I previously executed a declaration on March 5, 2008 that outlined my credentials.

3. KNC was retained to implement the Notice to be served to Muammar Qadhafi, Abdullah Senoussi, Nasser Ali Ashour and Khalifa Ahmed Bazelya (the "Named Defendants") by publication. I submit this declaration to describe the implementation of the Notice to-date.

4. In the Order filed on January 24, 2008, the Court granted approval for the Notices to be placed in the *International Herald Tribune* (Europe, Middle East and Africa edition) and *Al-Quds Al-Arabi*. The Court approved the Notices to run once a week for four consecutive weeks.

5. In the Order filed on March 17, 2008, the Court granted approval for the Notice to be placed solely in the *International Herald Tribune*.

6. The Notice appeared in the *International Herald Tribune* as follows:

    a. On page 5 of the February 28, 2008 issue,

    b. On page 4 of the March 6, 2008 issue,

    c. On page 4 of the March 13, 2008 issue, and

    d. On page 7 of the March 20, 2008 issue.

7. True and correct copies of the Notice are attached as Exhibit 1.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct. Executed at Washington, D.C. this 2nd day of April 2008.

*/s/ Katherine Kinsella*
Katherine Kinsella

# EXHIBIT 1

## OBITUARY
# William F. Buckley Jr., conservatism's defender

**By Douglas Martin**

William F. Buckley Jr., who marshaled polysyllabic exuberance, famously arched eyebrows and a refined, perspicacious mind to elevate conservatism to the center of American political discourse, died Wednesday at his home in Stamford, Connecticut.

Buckley, 82, suffered from diabetes and emphysema, his son Christopher said, although the exact cause of death was not immediately known. He was found at his desk in the study of his home, his son said. "He might have been working on a column," the younger Buckley said.

Buckley's winningly capricious personality, replete with ten-dollar words and a darting tongue writers loved to compare to an anteater's, hosted one of television's longest-running programs, "Firing Line," and founded and shepherded the influential conservative magazine "National Review." He also found time to write 45 books, ranging from sailing odysseys to spy novels to celebrations of his own dashing daily life, and edit five more.

Buckley's greatest achievement was making conservatism — not just electoral Republicanism, but conservatism as a system of ideas — respectable in liberal post-World War II America. He mobilized the young enthusiasts who helped nominate Barry Goldwater in 1964, and saw his dreams fulfilled when Ronald Reagan and the Bushes captured the Oval Office.

To Buckley's enormous delight, Arthur Schlesinger Jr., the historian, termed him "the scourge of liberalism." In remarks at National Review's 30th anniversary in 1985, Reagan joked that he had picked up his first issue of the magazine in a plain brown wrapper and still anxiously awaited its biweekly edition — "without the wrapper."

"You didn't just part the Red Sea — you rolled it back, dried it up and left exposed, for all the world to see, the naked desert that is statism," Reagan said.

"And then, as if that weren't enough," the president continued, "you gave the world something different, something in its weariness it desperately needed, the sound of laughter and the sight of the rich, green uplands of freedom."

Buckley's vocabulary, sparkling with phrases from distant eras and described in profiles as sesquipedalian (characterized by the use of long words) became the stuff of legend. Less kind commentators called him "pleonastic" (using more words than necessary).

And, inescapably, there was that aurora of pure mischief. In 1985, David Remnick, writing in The Washington Post, said, "He has the eyes of a child who has just displayed a horrid use for the microwave oven and the family cat."

William Francis Buckley Jr. was born in Manhattan on Nov. 24, 1925, the sixth of the 10 children of Aloise Steiner Buckley and William Frank Buckley Jr., who made a fortune in the oil fields of Mexico.

Young William absorbed his family's conservatism along with its Catholicism. At 14, he followed his brothers to the Millbrook School, a preparatory school in New York State.

He graduated from Millbrook in 1943, then spent a half a year at the University of Mexico studying Spanish. He served in the army from 1944 to 1946 and managed to make second lieutenant after first putting colleagues off with his mannerisms.

Buckley then entered Yale, where he studied political science, economics and history; established himself as a fearsome debater; was elected chairman of The Yale Daily News; and joined Skull and Bones, the most prestigious secret society.

After Yale, Buckley worked as a freelance writer and lecturer.

In 1955, Buckley started National Review as voice for "the disciples of truth, who defend the organic moral order" with a $100,000 gift from his father. The first issue, which came out in November, claimed the publication "stands athwart history yelling Stop." It proved it by lining up squarely behind Southern segregationists, saying blacks should be denied the vote. After some conservatives objected, Buckley suggested instead that both uneducated whites and blacks should not be allowed to vote.

Buckley's personal visibility was magnified by his "Firing Line" program, which ran from 1966 to 1999. It became the longest-running show hosted by a single host. He led the conservative team in 1,504 debates on topics like "Resolved: The women's movement has been disastrous." There were exchanges on foreign policy with the likes of Norman Thomas; on feminism with Germaine Greer; and on race relations with James Baldwin.

In his last years, as honors like the Presidential Medal of Freedom came his way, Buckley gradually loosened his grip on his intellectual empire. In 1998 he ended his schedule of public speeches (some 70 a year over 40 years, he once estimated). In 1999 he stopped "Firing Line," and in 2004 he relinquished his voting stock in National Review. He wrote his last spy novel (the 11th in his series), sold his sailboat and stopped playing the harpsichord publicly.



The mother of Abdullah Edwan, whom Hamas described as a senior rocket engineer, mourning him in Khan Yunis on Wednesday. *Said Khatib/Agence France-Presse*

# Hamas and Israelis counterattack

**By Isabel Kershner**

JERUSALEM: In a sudden escalation of violence on Wednesday, an Israeli civilian was killed in a rocket attack from Gaza by Hamas militants, the first such fatality in nine months, and at least seven Palestinians, mostly militants, were killed in Israeli airstrikes.

Among the dead in Gaza were two Palestinian teenagers who were killed as the Israeli Air Force retaliated against a rocket-launching squad.

Israel came under heavy rocket fire after an earlier air force strike that killed five members of the Hamas military wing in southern Gaza.

Hamas, the militant group that controls Gaza, claimed responsibility for the rocket barrages, saying they were in retaliation for the first Israeli strike.

The second deadly airstrike came in the midst of the rocket fire, killing the two teens, said Dr. Muawiya Hassanein, a Palestinian medical official in Gaza. He said that 12 other civilians had been wounded. An Israeli Army spokeswoman said the strike was aimed at a rocket-firing squad, and witnesses in Gaza told the Palestinian news media that the civilians were hit while standing at a launching site watching Hamas militants firing rockets.

More than 25 rockets were launched in the space of two hours on Wednesday afternoon, the army spokeswoman said, with several landing in and around the Israeli border town of Sderot.

The rocket fire continued into the evening. At least three rockets landed in the Israeli coastal city of Ashkelon, north of Gaza. One fell in the parking lot of the Barzilai Hospital in the city.

The Israeli victim was identified as Ronnie Yihye, 47. He was fatally wounded in the chest by shrapnel from a rocket that landed in the parking lot of a college campus on the outskirts of Sderot. According to Israeli police figures, he was the 14th civilian to die from rockets fired from Gaza since 2001.

Another rocket hit the dining room of a chicken factory in Sderot shortly after the workers had eaten lunch there, the factory manager said.

The first Israeli strike on Wednesday killed five members of the Hamas military wing, the Qassam Brigades, as they were traveling in a minivan on a road west of the city of Khan Yunis. Two others were wounded, according to Palestinian medical officials.

Hamas described one of the dead, Abdullah Edwan, as a senior rocket engineer, and another, Muhammad Abu Aker, as a regional rocket squad commander. According to local residents, the men were on their way to a militant training camp in southern Gaza. Two of them were masked, they said, and had arrived back in Gaza three weeks ago from Iran.

Relatives of Edwan, who is believed to have been the main target of the strike, said he had been trained in Syria and Iran.

The head of Israeli military intelligence, Major General Amos Yadlin, told a parliamentary committee on Tuesday that Gazan militants had taken advantage of the recent breach of Gaza's border with Egypt to re-enter the strip. The border was resealed Feb. 3.

Israel is engaged in what Prime Minister Ehud Olmert has described as a "daily war" against the militants launching rockets from Gaza. On Monday, an Israeli boy, Yossi Haimov, 10, was badly wounded in a rocket attack on Sderot and was recuperating after surgery at Barzilai Hospital.

Responding to the events from Japan, where he is on an official visit, Olmert said Wednesday that "no one in Hamas, neither the low-level officials nor the highest echelon, will be immune in this war."

An Israeli Foreign Ministry spokesman, Arye Mekel, termed the Hamas practice of firing rockets at Israeli civilian centers from areas populated by Palestinian civilians as a "war crime that hurts Israelis and Palestinians alike."

*Taghreed El-Khodary contributed reporting from Gaza City.*

# Russia tells Iran to halt enrichment activities

**Reuters**

MOSCOW: Russia warned Iran on Wednesday that unless it ceased uranium enrichment within days Moscow would support new UN sanctions being prepared by the West against the Islamic Republic.

The Russian envoy to the United Nations, Vitaly Churkin, said Moscow could back a sanctions resolution that the Western powers have drafted and which they want to discuss in the Security Council this week.

Churkin said via a video link from New York that Russia had undertaken "certain commitments" to "support the resolution that has been drafted in the past month" unless Iran stopped enrichment activities within the next few days.

"Russia is constantly insisting that the Security Council adopt certain sanctions against Iran," he said.

Tehran denies that it has a nuclear weapons program and says it has a right to enrich uranium.

Russia, a permanent member of the UN Security Council, has in recent weeks criticized the testing of a rocket by Iran and warned the country not to ignore the international community.

Russia has urged Iran to give full information on its nuclear program to the UN nuclear watchdog, the International Atomic Energy Agency.

The new sanctions resolution formally submitted by France and Britain calls for measures including the freezing of assets and mandatory travel bans for some Iranian officials.

It also expands the list of Iranian officials and companies targeted by the sanctions. Earlier rounds of sanctions were imposed in December 2006 and March 2007.

Russia is helping to build the Bushehr nuclear plant in Iran and this year finished delivering nuclear fuel to the plant under a $1 billion contract, which Moscow says removes any reason for Tehran to enrich uranium.

Iran, which has the world's second-largest gas reserves, last year proposed establishing an OPEC-style gas cartel with Russia, the world's largest gas producer. The idea has met strong opposition in Europe and the United States.

Moscow played down the Iranian proposal, but the Russian gas export monopoly, Gazprom, agreed this month with Tehran to jointly develop new phases of Iran's giant South Pars gas field.

## Colombian rebels release 4 hostages

**From news reports**

**SAN JOSÉ DEL GUAVIARE, Colombia**

Colombian rebels Wednesday handed four hostages over to the International Red Cross and the Venezuelan interior minister, ending more than six years of captivity.

The four Colombian politicians were freed in a clearing in the southern jungles of Colombia around midday. Two Venezuelan helicopters with doctors aboard were flying them directly to Colombia.

"It's a very important day for the Colombian people and for these four freed people," Barbara Hintermann, the Red Cross director for Colombia, said in Bogotá in announcing the handover.

President Hugo Chávez of Venezuela, into whose custody the four were released, spoke with them by phone after they were freed, said Jesse Chacón, a senior aide to the president.

"They are safe and sound," Chacón said.

The handover raised hopes for a broader deal to free dozens more hostages, including Ingrid Betancourt, a Colombian politician who also holds French citizenship, and three American defense contractors whose plight has drawn worldwide attention to the captives.

Hintermann said the helicopters would fly to the Venezuelan border town of Santo Domingo. The freed hostages would then fly on to Caracas to be reunited with their families.

"It appears that they are in good enough health to travel to Caracas," Hintermann said.

The Revolutionary Armed Forces of Colombia, or FARC, announced Jan. 31 that it planned to free three of the hostages — Gloria Polanco and Orlando Beltrán, both former representatives; and former Senator Luis Eladio Pérez — and said they were in poor health. Former Senator Jorge Gechem was later added to the group.

Polanco is said to have suffered health problems including thyroid trouble, while Gechem has heart, back and ulcer problems.

The FARC freed the four in the same region where it freed two other politicians — Clara Rojas and Consuelo González — on Jan. 10.

Venezuelan state radio called the operation "Camino a La Paz," or "Path to Peace."

"Such a kidnapping surely tears out one's insides," Daniel Polanco, the youngest of Gloria Polanco's three sons, told Caracol Radio, a Colombian network, in Caracas, where he waited for her. He was 11 years old when his mother was kidnapped.

His two older brothers were seized with his mother and released in 2004 after a ransom was paid and their father was later murdered, allegedly by the FARC. Polanco said they had bought their mother flowers, balloons, two or three changes of clothes and cosmetics "so she can be pretty the first days."

Aboard the helicopters were the Venezuelan interior minister, Ramón Rodríguez Chacín, and Senator Piedad Córdoba of Colombia, a close Chávez collaborator, as well as four Red Cross representatives and a team of doctors.

The FARC had called its planned release of the hostages a gesture of recognition for the mediation efforts of Chávez, who last month called on the international community to recognize the rebels as belligerents.

The rebels have proposed to trade some 40 other high-value captives — including Betancourt and the three Americans — for hundreds of imprisoned guerrillas. But they have been unable to agree with the hard-line Colombian government of President Álvaro Uribe on conditions to begin a dialogue.

"This release is very positive, but the larger hostage-for-prisoner exchange process is as stuck as ever," said Adam Isacson, a Colombia analyst with the Center for International Policy, a research institute in Washington.

(AP, Reuters)

---

**LEGAL NOTICE**

**To Named Defendants:**

**MUAMMAR QADHAFI**
**ABDULLAH SENOUSSI**
**NASSER ALI ASHOUR**
**KHALIFA AHMED BAZELYA**

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, CIVIL DIVISION, *Mark McDonald, et al. v. Socialist People's Libyan Arab Jamahiriya, et al.*, Case No. 1:06-CV-00729-JR, Judge James Robertson issued an order for service by publication on January 24, 2008. It was ordered that notice of the above-captioned action should be published in The International Herald Tribune (in English) and Al-Quds Al-Arabi (in Arabic).

Notice is hereby served on Defendants listed above. Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W. Washington, D.C. 20001, an Answer to the Complaint within sixty (60) days after service of the summons, exclusive of the day of service. If Defendants fail to do so, judgment by default may be taken against Defendants for relief demanded in the Complaint. The Complaint was filed for wrongful death; conspiracy; battery; actions for compensatory and punitive damages pursuant to 28 U.S.C. § 1605(a)(5) and 28 U.S.C. § 1605(a)(7); survival actions; negligent and/or intentional infliction of emotional distress; 28 U.S.C. § 1350; and aiding and abetting, intentionally facilitating, and/or recklessly disregarding crimes against humanity in violation of the Law of Nations.

This notice as well as the complaint and summonses are posted on the website http://www.motleyrice.com/terrorism/Libya_Lawsuit.asp

---

**CROSSWORD**
Edited by Will Shortz

[Crossword puzzle clues and grid by Matt Ginsberg, The New York Times]

# Palestinian agrees to more talks with Israel

**By Helene Cooper**

JERUSALEM: Secretary of State Condoleezza Rice announced Wednesday that Israel and the Palestinian president, Mahmoud Abbas, were resuming the suspended peace talks, one day after Abbas had refused to publicly commit to a resumption.

Abbas said Wednesday that he was returning to the negotiations but was noncommittal about the timing.

Although Rice did not specify when the talks would resume, she said an American general who was overseeing the peace plan would hold his first joint meeting with the Israeli and Palestinian sides next week.

"I have been informed by the parties that they intend" to return to peace negotiations, Rice said after meeting with the Israeli foreign minister, Tzipi Livni.

Earlier, Abbas had said that peace talks with Israel could restart only after Israel secured a truce in the violence in the Gaza Strip. He appeared later to back away from that precondition, an uncomfortable one for both Israel and the Bush administration, which refuses to negotiate with Hamas, the militant Islamist group that controls Gaza and that does not recognize Israel's right to exist.

"We have the intention of resuming the peace process," Abbas said, without specifying any preconditions. Abbas, of Fatah, the rival faction to Hamas, suspended Palestinian contact with Israel on Sunday after days of violence and an incursion by Israeli troops into Gaza against Hamas rocket-firing squads. The Israeli actions left many Palestinian civilians dead.

The developments Wednesday may represent a political breakthrough, but they also underline just how fragile the peace talks are. They may still be vulnerable to further violence. There is also a history of both sides making promises to U.S. representatives during direct meetings in the region that are later reversed.

Rice, on the third day of her trip to the region, met for talks with Ehud Barak, the Israeli defense minister, and Palestinian negotiators, as well as Livni. She was expected to leave Israel for Brussels later in the day.

*Isabel Kershner contributed reporting from Jerusalem and Graham Bowley from New York.*



Muhammad Abed Rabo, center, with his brother Riad Abed Rabo, right, in front of their destroyed market in Jabaliya, Gaza.

# Hamas violence splits Palestinians

**GAZA, From Page 1**

licemen and military forces are visible in the streets. They provide order and have ended security chaos and much crime, but they are also an intimidating force, smoothly breaking up a Fatah rally called for Wednesday by changing its venue, turning back buses of supporters trying to reach Gaza City and putting hundreds of men, armed with both guns and wooden sticks, along the streets.

Ayash Abed Rabo said: "People are afraid to express themselves fully. We spoke to you, but someone will go to them and say that you were here and that this is what was said by whom. But I'm not afraid — I haven't said anything that Mahmoud Abbas hasn't said, and he's the president."

Fawzi Barhoum, a Hamas spokesman, said in an interview that people were free to express themselves and that those who were killed died honorably.

"The number of martyrs is the price of convincing world opinion about the justice of the Palestinian cause," Barhoum said.

He insisted that Hamas was in control of Gaza and coordinated its firing of rockets with other groups, but a moment later he said that Hamas would not stop other groups from firing rockets and resisting Israel in their own fashion. He also said that the number of rockets fired depended on Hamas's calculation of the Palestinian interest at the time, and that Abbas's negotiations with Israel were futile and a form of collaboration.

Barhoum, too, seemed to feel this incursion was a kind of advertisement for the future, and insisted that Israel would fail in any larger military operation.

The intense fighting here took place during the first two hours of the incursion just after midnight on Saturday, when most of the fighters were killed. Most of the time Israeli soldiers took up positions, moved from house to house, looked for weapons, interrogated young people and arrested several dozen for further questioning inside Israel.

Tanks and armored bulldozers chopped up pavements and broke down walls, knocking down hundreds of meters of electricity and telephone cables, which are now being respliced. But the physical damage is relatively limited, and the incursion seems to have been a kind of exercise in how to take over a heavily populated area.

Residents say the Israeli soldiers were more anxious than during past incursions, and gruffer. At least four young men said independently that the soldiers used them as human shields Sometimes, they said, a soldier used their shoulders as props for his M-16 rifle.

The young men — Riad Abed Rabo, 26; his brother, Muhammad, 21; his cousin Majdi, also 21; and Hassan Abu Sabah, 32 — all said that the Israelis picked them out from the rooms in which building residents were kept, searched them, handcuffed and blindfolded them, and used them as shields before letting them go some seven to eight hours later.

The use of civilians as shields has been banned by Israel's Supreme Court, and a military spokeswoman said the military was looking into the allegations.

Some 50 meters, or 164 feet, down the street, there was another mourning tent, the site of an extraordinary political and family drama.

The family of Muhammad Abu Shbak, 37, lives here. Abu Shbak is a cousin and was a bodyguard of an important Fatah general, Rashid Abu Shbak, an ally of Muhammad Dahlan's and his successor as chief of Preventive Security. After numerous assassination attempts, Rashid Abu Shbak fled Gaza to Egypt. Muhammad fled to Ramallah in the West Bank when Hamas forces routed forces last June, and neither dared to return.

Mirvat Abu Shbak, 34, Muhammad's wife, stayed behind with their five children. The two eldest — Jacqueline, 17, and Iyad, 16 — were both killed in the incursion, and Mirvat insists they were shot by an Israeli sniper.

"We were sleeping at midnight when there was a lot of shooting," she said in a room of mourning women sitting on floor cushions under a patterned nylon blanket. "An Israeli sniper took a position in the house next door, and he could see me and me him."

# Candidates in Iran are screened for loyalty

**By Nazila Fathi**

TEHRAN: With less than 10 days to go before Iranian parliamentary elections, there is little doubt that religious conservatives will tighten their grip on power, pushing aside some of the veteran politicians who helped found the Islamic regime 29 years ago.

Political analysts have been predicting that conservative politicians, many of them close to President Mahmoud Ahmadinejad, will consolidate their power in the election on March 14, a process that began with parliamentary elections four years ago and was followed by Ahmadinejad's election in 2005.

"The significance of this election lies in the fact that barring political rivals from entering elections has become an established part of political life," said Abbas Abdi, a political analyst in Tehran.

A hard-line body of clerics called the Guardian Council reviews the candidate lists, and in an initial review it barred many reform-minded politicians from running, accusing them of not being loyal to the revolution. Final decisions were being sent to the candidates on Wednesday, but were not expected to be known for a few days because they are not announced publicly.

Many prominent politicians stayed out of the race. Ali Eshraghi, the grandson of Ayatollah Khomeini, the founder of the revolution, withdrew in protest after his candidacy was rejected.

Politicians close to the former reformist president Mohammad Khatami said that, with the rejections, they anticipate only being able to field candidates for about 110 seats in the 290-seat assembly, and that those who are left are expected to keep a low profile.

The conservatives are divided among Ahmadinejad's supporters and his critics. But without the need for many of them to campaign vigorously, their practices are unlikely to become clear to voters.

Most members of this new ruling class have a military background with little history in the struggles against the former regime that had shaped politicians' eligibility for many years. The new leaders call themselves Principalists, a reference to their beliefs in the principals of Islam, which they say has been neglected.

"We believe that we must run the country based on a religious framework," said Hamdireza Katouzian, one

## BRIEFLY INTERNATIONAL

■ ISTANBUL
### Iraqis report strikes against Kurdish rebels

Turkish warplanes bombed areas in northern Iraq on Wednesday in an attack against separatist Kurdish rebels, an Iraqi security official said.

If confirmed by Turkey, they would be the first airstrikes since the military ended an eight-day ground incursion Friday.

Turkish planes bombarded Dashti Barzji in Irbil Province, about 25 kilometers, or 15 miles, from the Turkish border, an Iraqi border guard said. The area is uninhabited and there were no reports of casualties or damage, he said. (AP)

■ VIENNA
### 3 EU nations challenge Iran's nuclear answers

Britain, France and Germany on Wednesday challenged Iran's answers to inquiries about its nuclear program that were accepted by the International Atomic Energy Agency, calling them unsatisfactory and Iran's record of cooperation "abysmal."

The agency's director, Mohamed ElBaradei, said Monday that his inspectors had clarified all but one remaining issue of nuclear proliferation concern. The rest were "no longer outstanding" and this "was encouraging," he said.

But Britain, France and Germany, who sponsored a third round of UN Security Council sanctions imposed on Iran on Monday, cast Iran's recent behavior in a distinctly more negative light than ElBaradei at a 35-nation IAEA Board of Governors meeting. (Reuters)

■ GENEVA
### UN rights commissioner tells staff she is leaving

The UN high commissioner for human rights, under fire from the United States and several developing countries, told her staff Wednesday that she would leave at the end of June.

The commissioner, Louise Arbour, said she would be making the decision public in a speech to the UN Human Rights Council on Friday. While speaking to her staff, Arbour gave no reason for not seeking a second term when her four-year mandate runs out June 30. An official who spoke on condition of anonymity said Arbour was tired of "taking the heat from so many

## LEGAL NOTICE

**To Named Defendants:**

**MUAMMAR QADHAFI**
**ABDULLAH SENOUSSI**
**NASSER ALI ASHOUR**
**KHALIFA AHMED BAZELYA**

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, CIVIL DIVISION, *Mark McDonald, et al. v. Socialist People's Libyan Arab Jamahiriya, et al.*, Case No. 1:06-CV-00729-JR, Judge James Robertson issued an order for service by publication on January 24, 2008. It was ordered that notice of the above-captioned action should be published in The International Herald Tribune (in English) and Al-Quds Al-Arabi (in Arabic).

Notice is hereby served on Defendants listed above. Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W. Washington, D.C. 20001, an Answer to the Complaint within sixty (60) days after service of the summons, exclusive of the day of service. If Defendants fail to do so, judgment by default may be taken against Defendants for relief demanded in the Complaint. The Complaint was filed for wrongful death; conspiracy; battery; actions for compensatory and punitive damages pursuant to 28 U.S.C. § 1605(a)(5) and 28 U.S.C. § 1605(a)(7); survival actions; negligent and/or intentional infliction of emotional distress; 28 U.S.C. § 1350; and aiding and abetting, intentionally facilitating, and/or recklessly disregarding crimes against humanity in violation of the Law of Nations.

This notice as well as the complaint and summonses are posted on the website http://www.motleyrice.com/terrorism/Libya_Lawsuit.asp

*[Adjacent newspaper columns containing unrelated news articles from New York, Seoul, Paris, and Brussels, an Aronson Antiquairs advertisement, and a death notice for Sohier Walter Denegre are visible on the page but are not part of the legal notice.]*



International Herald Tribune
Thursday, March 13, 2008
4 | WORLD NEWS | UNITED STATES

## BRIEFLY
### UNITED STATES

**■ WASHINGTON**
**Bahrain bank targeted in punishment of Iran**

The United States is imposing financial sanctions on a Bahrain bank that it says is controlled by bank Melli, an Iranian bank that has been accused of providing support to Iran's nuclear program.

The Treasury Department's action Wednesday targets Future Bank BSC. Any bank accounts or other financial assets found in the U.S. belonging to the bank must be frozen. Americans also are prohibited from doing business with the bank. (AP)

**■ WASHINGTON**
**Ethics group asks FBI for White House inquiry**

An ethics advocacy group asked the FBI on Wednesday to investigate the White House e-mail controversy, saying that electronic messages about the Valerie Plame affair might have been destroyed.

The group, Citizens for Responsibility and Ethics in Washington, is basing its request on a White House document describing an effort to recover a week's worth of missing e-mail in 2003 from the office of Vice President Dick Cheney.

White House technicians eventually retrieved e-mail from the missing week, but it is unclear whether all e-mail from the vice president's office that week has been found. Federal prosecutors sought the e-mail in the probe of who in the Bush administration leaked Plame's CIA identity. (AP)

**■ DENVER:** The Democratic chairman of the Senate Finance Committee, Max Baucus, has thrown his support behind an investigation of allegations of lavish spending and lax oversight at a half-dozen "prosperity gospel" Christian ministries. All the targeted ministries say that they have been following the Internal Revenue Service's rules governing churches. (AP)

**■ PONTIAC, Michigan:** Jack Kevorkian, a retired pathologist known as "Dr. Death" who claims to have helped at least 130 people die, said he was going to run for Congress. Kevorkian, an assisted suicide advocate, is on parole since being released from prison last year after being convicted of second-degree murder in one man's death. (AP)



**Clash of cultures in Brazil**
A woman resisting eviction at Lagoa, in the state of Amazonas, where an indigenous group had tried to settle on private property.
*Luiz Vasconcelos/European Pressphoto Agency*

## House gets independent ethics panel

**By Carl Hulse**

**WASHINGTON:** In the wake of a string of congressional misconduct and corruption cases, the U.S. House of Representatives created an independent panel to investigate suspected wrongdoing by lawmakers, despite deep reservations from rank-and-file lawmakers from both parties.

The new Office of Congressional Ethics was promoted by Democratic leaders as a way to restore credibility to an internal policing process that had been seen as largely ineffective in recent years, even as individual lawmakers were indicted, rebuked and jailed for various offenses. The vote Tuesday to establish the office was 229 to 182.

By creating a panel of six people of "exceptional public standing," the House, for the first time, delegated the authority for regulating behavior in the House to nonlawmakers. Current members of the House, federal employees and anyone who has been a registered lobbyist in the past year would be ineligible.

"The public does not trust us on ethics issues at this point," said Representative Michael Capuano, the Massachusetts Democrat who leads the task force that recommended the new panel.

"They think we are all here protecting each other."

Opponents said the panel added an unnecessary layer of bureaucracy, represented an abdication of constitutional responsibility, could lead to purely partisan inquiries and would impair the ability of the existing House ethics committee to conduct its own inquiries.

"If you have a single ounce of self-preservation, you will vote 'no,'" said Representative Todd Tiahrt, Republican of Kansas, who warned that lawmakers could be bankrupted by legal fees defending themselves against frivolous accusations.

Some Democrats were equally dead-set against it. "With this proposal, we are indicting ourselves; we are retreating before those who would tear this House down," said Representative Neil Abercrombie of Hawaii.

The Democratic leadership had twice backed off on forcing a vote on the measure, allowing time to revise the plan and try to ease criticism.

But even on Tuesday, Democratic officials were not certain they had enough support. Republicans nearly derailed the proposal, falling just one vote short of killing it procedurally and later complaining that Democrats had extended the voting period to twist arms.

On the final vote, 196 Democrats and 33 Republicans backed the new approach, while 159 Republicans and 23 Democrats opposed it. The result validated the leadership view that even those uneasy about the new ethics panel would be reluctant to oppose it after the 2006 elections partly turned on voter backlash over misbehavior by lawmakers.

Democrats gave freshmen lawmakers who were elected last year on a reform platform a leading role in the debate, and they urged their more senior colleagues to back the plan.

"The cat's out of the bag," said Representative Christopher Murphy, Democrat of Connecticut. "The people figured out long ago that there are too many members violating the public trust, and they watched too many members sit idly by."

Democrats said they had made changes to reduce the potential for inquiries inspired by partisan motives, including requiring that an investigation can be instigated only when one panel member appointed by the speaker and another by the minority leader agree. All six members must also be appointed jointly by the speaker of the House and the leader of the minority party.

## White House denies dissent is punished

### General's leaving leads to accusations

*The Associated Press*

**WASHINGTON:** The White House on Wednesday rejected charges that it quashes dissenting views in the military, an accusation brought to light by the resignation of Admiral William Fallon as commander of U.S. forces in the Middle East.

For Fallon, the perception of a disagreement with Bush's policies on Iran rather than an actual rift was enough reason to step down.

Fallon said in a statement announcing his resignation of the U.S. Central Command that "recent press reports suggesting a disconnect between my views and the president's policy objectives have become a distraction at a critical time and hamper efforts in the Centcom region."

But Democrats seized on Fallon's resignation as an opportunity to criticize Bush. "Over the last seven Bush years, we've seen those who toe the company line get rewarded and those who speak inconvenient truths get retired," Senator John Kerry of Massachusetts, said in a written statement.

It is highly unusual for a senior commander to resign in wartime. Fallon took the post on March 16, 2007, succeeding General John Abizaid, who retired after nearly four years in the job.

Fallon was part of a new team of senior officials, including Defense Secretary Robert Gates, chosen by Bush to implement a revised Iraq war policy.

A White House press secretary, Dana Perino, called the charges of stifling dissent "nonsense."

"The president welcomes robust and healthy debate," she said. "He has many members of his administration that represent different viewpoints. He has dissenting views on a variety of issues that get worked out through a policy process that is usually not fed out in the press."

"There's no one in the administration that is suggesting anything other than a diplomatic approach to Iran," Perino said.

An Esquire magazine article published last week described Fallon, 63, as being at odds with a president eager to go to war with Iran. Titled "The Man Between War and Peace," the article presented Fallon as a lone voice against taking military action to stop the Iranian nuclear program.

"I don't believe there have ever been any differences about the objectives of our policy in the Central Command area of responsibility," Fallon said in his statement Tuesday, adding that he regretted "the simple perception that there is."

Gates said at a Pentagon news conference that he accepted Fallon's request to resign and retire, agreeing that the Iran issue had become a distraction. But Gates said repeatedly that he believed talk of Fallon opposing Bush on Iran was mistaken. "I don't think that there really were differences at all," Gates said, adding that Fallon was not pressured to leave.

"He told me that, quote, 'The current embarrassing situation, public perception of differences between my views and administration policy and the distraction this causes from the mission make this the right thing to do,' unquote," Gates said.

Gates said he did not think it was the Esquire article alone that had prompted Fallon to quit. Rather, Gates thought it was "a cumulative kind of thing" that he and Fallon had failed to put "behind us."

He also dismissed as "ridiculous" any notion that Fallon's departure signaled that the United States was planning to go to war with Iran. A Pentagon spokesman, Bryan Whitman, said Wednesday that although Gates might have met privately with Fallon last week when the admiral was in Washington to testify on Capitol Hill, Gates did not suggest or ask then or later that Fallon resign.

Fallon's departure, effective March 31, is unlikely to immediately affect conduct of the wars in Iraq or Afghanistan. His top deputy at Central Command, Army Lieutenant General Martin Dempsey, will take his place until a permanent successor is nominated by the president and confirmed by the Senate.

General David Petraeus, who runs the Iraq war from Baghdad but is technically subordinate to Fallon, was known to have differences with Fallon over the timing and pace of drawing down U.S. troops from Iraq. Fallon has favored a faster pullback. Petraeus issued a statement lauding Fallon's service.

Possible replacements could include the following officers:

■ Petraeus, although Gates said recently that Bush had made it clear to him that he wanted to keep Petraeus in Iraq until late this year. He is likely to get a second four-star assignment, and some believe it might be as the top U.S. commander in Europe.

■ Dempsey, although he already has been selected to head U.S. Army Europe.

■ Army Lieutenant General Stanley McChrystal, just named to a top post on the Joint Chiefs of Staff and who had been commander of U.S. special operations forces in Iraq.

■ Army Lieutenant General Peter Chiarelli, who serves as Gates's senior military assistant and is a former senior commander in Iraq.

:eased from prison last year after ing convicted of second-degree rder in one man's death.  (AP)

tative Michael Capuano, the Massachusetts Democrat who leads the task force that recommended the new panel.

railed the proposal, failing just one vote short of killing it procedurally and later complaining that Democrats had exten-

All six members must also be appointed jointly by the speaker of the House and the leader of the minority party.

our policy in the Central Command area of responsibility," Fallon said in his statement Tuesday, adding that he regretted

children, who serves as Gates's senior military assistant and is a former senior commander in Iraq.

## LEGAL NOTICE

**To Named Defendants:**

**MUAMMAR QADHAFI**
**ABDULLAH SENOUSSI**
**NASSER ALI ASHOUR**
**KHALIFA AHMED BAZELYA**

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, CIVIL DIVISION, *Mark McDonald, et al. v. Socialist People's Libyan Arab Jamahiriya, et al.*, Case No. 1:06-CV-00729-JR, Judge James Robertson issued an order for service by publication on January 24, 2008. It was ordered that notice of the above-captioned action should be published in The International Herald Tribune.

Notice is hereby served on Defendants listed above. Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W. Washington, D.C. 20001, an Answer to the Complaint within sixty (60) days after service of the summons, exclusive of the day of service. If Defendants fail to do so, judgment by default may be taken against Defendants for relief demanded in the Complaint. The Complaint was filed for wrongful death; conspiracy; battery; actions for compensatory and punitive damages pursuant to 28 U.S.C. § 1605(a)(5) and 28 U.S.C. § 1605(a)(7); survival actions; negligent and/or intentional infliction of emotional distress; 28 U.S.C. § 1350; and aiding and abetting, intentionally facilitating, and/or recklessly disregarding crimes against humanity in violation of the Law of Nations.

This notice as well as the complaint and summonses are posted on the website http://www.motleyrice.com/terrorism/Libya_Lawsuit.asp

## BOOKS
### Nonfiction

**The Age of American Unreason**
By Susan Jacoby
356 pages. $26. Pantheon Books.

Reviewed by Michiko Kakutani

There are few subjects more timely than the one tackled by Susan Jacoby in her new book, "The Age of American Unreason," in which she asserts that "America is now ill with a powerful mutant strain of intertwined ignorance, anti-rationalism and anti-intellectualism."

For more than a decade there have been growing symptoms of this affliction, from fundamentalist assaults on the teaching of evolution to the Bush administration's willful disavowal of expert opinion on global warming and strategies for prosecuting the war in Iraq.

Conservatives have turned the term "intellectual," like the term "liberal," into a dirty word in politics (even though neoconservative intellectuals played a formative role in making the case for war against Iraq); policy positions tend to get less attention than personality and tactics in the current presidential campaign; and the democratizing influence of the Internet is working to banish expertise altogether, making everyone an authority on everything. Traditional policy channels involving careful analysis and debate have been circumvented by the Bush White House in favor of bold, gut-level calls, and reasoned public discussions have increasingly given way to noisy partisan warfare among politicians, commentators and bloggers alike.

Meanwhile, studies show that American students are falling behind students from other developed countries in science and math, and that ignorance of basic civics class fundamentals, not to mention basic liberal arts concepts, is widespread.

In "American Unreason" Jacoby proposes to anatomize this dismaying phenomenon, while situating it in historical context. Her book is smart, well researched and frequently cogent — particularly in looking at the causes of American anti-intellectualism, past and present — but just as often the material is overly familiar, blandly reprising arguments made by others, while failing to pull these observations together into a coherent, new argument.

As Jacoby sees it, there are several key reasons for "the resurgent American anti-intellectualism of the past 20 years." To begin with, television, video games and the Internet have created a "culture of distraction" that has shortened attention spans and left people with "less time and desire" for "two human activities critical to a fruitful and demanding intellectual life: reading and conversation."

The eclipse of print culture by video culture began in the 1960s, Jacoby argues, adding that the ascendance of youth culture in that decade also promoted an attitude denigrating the importance of tradition, history and knowledge.

By the '80s, she goes on, self-education was giving way to self-improvement, core curriculums were giving way to classes intended to boost self-esteem, and old-fashioned striving after achievement was giving way to a rabid pursuit of celebrity and fame. The old middlebrow culture, which prized information and aspiration, was replaced by a mass culture that revolved around television and blockbuster movies and rock music.

It was also in the '60s, Jacoby writes, that a resurgent fundamentalism "received a jolt of adrenaline from both the civil rights laws" in the early years of that decade and the later "cultural rebellions." She succinctly records the long history of fundamentalism in America, arguing that poorly educated settlers on the frontier were drawn to religious creeds that provided emotional comfort without intellectual demands, just as "the American experiment in complete religious liberty led large numbers of Americans to embrace anti-rational, anti-intellectual forms of faith."

She is less successful, however, in explaining why, in the 21st century, Americans remain so much more religious than the rest of the developed world, and why matters like abortion, homosexual marriage, stem cell research and the teaching of evolution — which are not particularly divisive in an increasingly secular Europe — have become wedge issues in the United States.

## BRIDGE
**Frank Stewart**

I think an overall of one diamond should show a good hand. The bid has little competitive or obstructive value; why act with a weak hand? But styles vary: Today's East bid one diamond when I'd have tried two diamonds, preemptive.

When South played four hearts, he had trouble finding out what East held for his overcall. South lost a trump finesse at Trick Two. He ruffed West's diamond return, drew trumps and let the ten of spades ride, losing.

**■ Last Trump**
South ruffed the next diamond with his last trump, ran the spades and led the ace and a low club. East won the last two tricks with the king of clubs and a diamond. Down one.
"At least the man had one side king," South sighed.
South is always safe if East has a major-suit king.

North Dealer
Both sides vulnerable

North
♠ Q 10 7
♥ Q 8 7
♦ A J 8
♣ A 9 7 6

West
♠ K 6 4 3
♥ K 5 2
♦ 10 6 2
♣ J 8 3

East
♠ 5 2
♥ 6 4
♦ K Q 9 7 5 3
♣ K 10 5

South
♠ A J 9 8
♥ A J 10 9 3
♦ 4
♣ Q 4 2

| North | East | South | West |
|---|---|---|---|
| 1♣ | 1♦ | 1♥ | Pass |
| 1NT | Pass | 2♠ | Pass |
| 3♥ | Pass | 4♥ | All Pass |

Opening lead - ♦ 2

But after South draws trumps, he should lead a club toward the queen. East wins and forces South to ruff a diamond, and South then goes to the ace of clubs and finesses in spades. When West wins he has no more diamonds, and South takes the rest.

**■ Daily Question**
You hold: ♠ A J 9 8; ♥ A J 10 9 3; ♦ 4; ♣ Q 4 2.
The dealer, at your right, opens one diamond. What do you say?

**■ Answer**
This is a simple and straightforward problem, but expert opinion would differ. Some players would double, giving themselves a chance to find a fit in spades. I prefer an overcall of one heart. If you double and your partner responds two clubs or 1NT, your hand is too weak to bid again, hence you may miss a 5-3 heart fit.

*Tribune Media Services, Inc.*

## CHESS
**Raymond Keene**

**■ Winning Move**
Black to play. This position is from Magerramov-Kasparov, Baku, Azerbaijan, 1979. Here is a position from a training game played early in Kasparov's career. Kasparov's next move must have made his opponent glad that this was not a serious tournament game. What was it?



**■ Solution**
1... Nxe1 traps the white queen.

*The Sunday Times*

## Maureen Dowd

# Black, white & gray

**PHILADELPHIA**

In many ways, Barack Obama's speech on race was momentous and edifying.

You could tell it was personal, that he had worked hard on it, all weekend and into the wee hours Tuesday. Overriding aides who objected to putting race center stage, he addressed a painful, difficult subject straightforwardly with a subtlety and decency rare in American politics.

Certainly, Obama was exercising sophisticated damage-control on his problem with Jeremiah Wright. But he did not pander as Mitt Romney did with his very challenging speech about Mormonism, or market-test his own convictions, as most politicians do.

Unlike what the Clintons did to Lani Guinier, responding to her radical racial ideas by throwing her under the bus, Obama went to great pains to honor the human dimension of his relationship with his politically threatening "old uncle," as he calls him.

Displaying his multihued, crazy-quilted DNA, he talked about cringing when he heard the white grandmother who raised him use racial stereotypes and confess her fear of passing black men on the street.

He tried to shine a light on that clannish place where grudges and grievances flourish. After racing from race for a year, he plowed in and took a stab at showing blacks what white resentment felt like and whites what black resentment felt like.

(He was spot-on about my tribe of working-class Irish, the ones who have helped break his winning streak in New Hampshire and Ohio, and may do so in Pennsylvania.)

He rightly struck back at right-wing hysteria-mongers. "Talk-show hosts and conservative commentators built entire careers unmasking bogus claims of racism," he said, "while dismissing legitimate discussions of racial injustice and inequality as mere political correctness or reverse racism."

Obama's warning about race in America, was redolent of Eugene O'Neill's observation about Ireland: "There is no present or future," O'Neill said, "only the past happening over and over again."

His speech was pitched to superdelegates queasy about his spiritual...



OBAMA'S HOME RUN SPEECH — THONK!

## Roger Cohen

# Beyond American original sin

**NEW YORK**

There are things you come to believe and things you carry in your blood. In my case, having spent part of my childhood in apartheid South Africa, I bear my measure of shame.

As a child, experience is wordless but no less powerful for that. How vast, how shimmering, was Muizenberg beach, near Cape Town, with all that glistening white skin spread across the golden sand!

The scrawny blacks were elsewhere, swimming off the rocks in a filthy harbor, and I watched from my grandfather's house and I wondered.

Once, a black nanny took me out across the road to a parapet above a rail track beside that harbor. "You wouldn't want me to drop you," she said.

The fear I felt lingered. I returned recently to measure how far I would have fallen. In memory the abyss plunged 100 feet. Reality revealed a drop of ten. That discrepancy measures a child's panic.

A "For Sale" sign was up on what had been the family house. I inquired, if I ...

### On the hardest subject in America, Obama shows that words matter.

...pitch-perfect speech on race. Slavery was indeed America's "original sin." Of course "the brutal legacy of slavery and Jim Crow" lives on in forms of African-American humiliation and anger that smolder in ways incommunicable to whites.

Segregation placed American blacks in the U.S. equivalent of that filthy African harbor.

It takes bravery, and perhaps an unusual black-white vantage point, to navigate these places where hurt is profound, incomprehension the rule, just as it takes courage to say, as Obama did, that black "anger is real; it is powerful; and to simply wish it away, to condemn it without understanding its roots, only serves to widen the chasm of misunderstanding that exists between the... 

matters. Words matter. The clamoring now in the United States for a presidency that uplifts rather than demeans is a reflection of the intellectual desert of the Bush years.

Hillary Clinton said in January that: "You campaign in poetry, but you govern in prose." Wrong. America's had its fill of the prosaic.

The unthinkable can come to pass. When I was a teenager, my relatives advised me to enjoy the swimming pools of Johannesburg because "next year they will be red with blood."

But the inevitable bloodbath never came. Mandela walked out of prison and sought reconciliation, not revenge. Later Mandela would say: "It always seems impossible until it's done."

Like countless others, I came to America because possibility is broader here than in Europe's narrower confines. Perhaps it's my African "original sin," but when Obama says he "will never forget that in no other country on Earth is my story even possible," I feel fear slipping away, like a shadow receding before the still riveting idea that "out of many we are truly one."

*Readers are invited to comment at my...*

## MEANWHILE = Garrison Keillor

# A pagan's thoughts at Eastertide

There was a small epiphany in church last week when we sang the recessional "O Sacred Head, Now Wounded," a German chorale in which we basses must jump around more limberly than we may be used to. A tough part compared to "When the Roll Is Called up Yonder" and I stood in the rear and struggled with it and then as the choir recessed down the main aisle and came up and stood in the side aisles, three basses wound up standing near me, like border collies alongside the lost sheep, and I got myself in their draft and we sang our way to the barn. (Moral: get with the group — just make sure it's the right one.)

I came to church as a pagan this year, though wearing a Christian suit and white shirt, and sat in a rear pew with my sandy-haired gap-toothed daughter whom I would like to see grow up in the love of the Lord, and there I was, a skeptic in the henhouse, thinking weaselish thoughts.

This often happens around Easter. God, in His humorous way, sometimes schedules high holy days for a time when your faith is at low tide, a mud flat strewn with newspapers and children's beach toys, and while everyone else is all joyful and shiny among the lilies and praising up a storm, there you are, snarling and grumbling. Which happened to me this year. God knows all about it so I may as well tell you.

Holy Week is a good time to face up to the question: Do we really believe in that story or do we just like to hang out with nice people and listen to organ music?

There are advantages, after all, to being in the neighborhood of people who love their neighbors. If your car won't start on a cold morning, you've got friends.

A year or so ago, I sat down and read the four Gospels in one fell swoop and somehow the jaggedness of some of it shook my faith, which maybe was based more on visuals — Jesus tending His flock, and little children gathered at His knee, sunbeams bursting through storm clouds, and so forth — and then I read about how the early Church cobbled the Scriptures together, which has to raise doubts in anyone's mind. The Jews got stone tablets and the Mormons arranged for an angel to bring them their holy text, but ours was hammered out through a long contentious political process, sort of like the tax code, and that's something you don't care to know more about.

I don't doubt God's existence — there. He is — but I doubt His interest.

faintest idea what He wants from me.

So I sat and felt miserable. And then we had to chant the Psalm, which went, "I am in trouble, my life is wasted with grief and my years with sighing." Oh boy. David really gets into the blues, he is the Howlin' Wolf of the Chosen, and when he sings, "I have become a reproach even to my neighbors, a dismay to those of my acquaintance, when they see me in the street they avoid me," I know that feeling. The leper. The unbeliever. And that's how I felt when my fellow basses came up alongside and we put our backs to it and sang.

There is comfort for the doubter in the Passion story. You are not alone. Jesus's cry from the cross was a cry of incredulity. The apostle denied even knowing Jesus three times. The guy spent years with Jesus, saw the miracles up close, the raising of Lazarus, the demons cast out, the sick healed, the water-walking trick, all of the special effects, but when the cards were down, he said, "Who? Me? No way."

---

**I don't doubt God's existence but I haven't the faintest idea what He wants from me.**

---

He repented. I would too, but not quite yet.

Skepticism is a stimulant, not to be repressed. It is an antidote to smugness and the great glow of satisfaction one gains from being right. You know the self-righteous — I've been one myself — the little extra topspin they put on the truth, their ostentatious modesty, the pleasure they take in being beautifully modulated and cool and correct when others are falling apart. Jesus was rougher on those people than He was on the adulterers and prostitutes.

So I will sit in the doubter's chair for a while and see what is to be learned back there.

*Garrison Keillor's most recent book is "Pontoon: A Lake Wobegon Novel." Distributed by Tribune Media Services.*

### Share your thoughts

E-mail your comments to letters@iht.com

O'Neill said, "only the past happening over and over again."

His speech was pitched to super-delegates queasy about his spiritual guide's Malcolm-X-ism; the virulent racial pride, the separatism, the deep suspicion of America and the white man — the very things that Obama's "post-racial" identity was supposed to have transcended.

The candidate may have staunched the bleeding, but he did not heal the wounds. His naive and willful refusal to come to terms earlier with the Reverend Wright's anti-American, anti-white and pro-Farrakhan sentiments — echoing his naive and willful refusal to come to terms earlier with the ramifications of his friendship with sleazy fundraiser Tony Rezko — will not be forgotten because of one unforgettable speech.

But then, the most intriguing thing about the speech in the National Constitution Center here, near the statues of the founding fathers who signed the document declaring that "all men are created equal," was not even the part about black and white. It was the new color that Obama unexpectedly wore: gray.

The black and white plaguing the Obama camp was not only about skin color. Facing up to his dubious behavior toward his explosive friends, he had his first rude introduction in his political career to ambivalence, ambiguity and complexity. Obama did not surrender his pedestal willingly. But he was finally confronted by a problem that neither his charm nor his grandiosity would solve.

He now admits that he had heard the Reverend Wright make "controversial" remarks in church, and that he had a "lapse of judgment" when he let the much-investigated Rezko curry favor by buying the plot of land next to his and selling a slice back so Obama could have a bigger yard. Newly alert to the perils of not seeming patriotic enough, he ended a speech in Pennsylvania the other morning with "God bless America!"

A little disenchantment with Obama could turn out to be a good thing. Too much idealism can blind a leader to reality as surely as too much ideology can.

Up until now, Obama and his worshipers have set it up so that he must be so admirable and ideal and perfect and everything we've ever wanted that any kind of blemish — even a parking ticket — was regarded as a major failing. With the Clintons, we expect them to be cheesy on ethics, so no one is ever surprised when they are.

But Saint Obama played the politics of character to an absurd extent. For 14 months, his argument for leading the world has been himself — his exquisitely globalized self.

He should be congratulated on the disappearance of the pedestal. Leaders don't need to be messiahs.

Gray is a welcome relief from black and white.

### Obama's speech may have staunched the bleeding, but it did not heal the wounds.

That discrepancy measured panic.

A "For Sale" sign was up on what had been the family house. I inquired. If I might visit and received a surly rebuff. But not before I glimpsed the mountain behind where my father hiked and where I feared the snakes among the thorn bushes.

Fear, shadowy as the sharks beyond the nets at Muizenberg, was never quite absent from our sunlit African sojourns. My own was formed of disorientation: I was not quite of the system because my parents had emigrated from Johannesburg to Britain. So, on return visits, I wandered into blacks-only public toilet or sat on a blacks-only bench.

Blacks only — and I was white. Apartheid entered my consciousness as a kind of self-humiliation. The black women who bathed me as an infant touched my skin but their world was untouchable.

Only later did a cruel system come into focus. I see white men, gin and tonics on their breath, red meat on their plates, beneath the jacarandas of Johannesburg, sneering at the impossibility of desiring a black woman.

A racial divide, once lived, dwells in the deepest parts of the psyche. This is what was captured by Barack Obama's

## LETTERS | TO THE EDITOR

### Another look at prostitution

In his article "Do as he said" (Views, March 14), Nicholas Kristof makes the misleading assumption that prostitution equals sex trafficking. The latter is criminal, morally repugnant by any standard and should be punished by long imprisonment. But the sale of sex by one adult to another ought to be legal and subject to supervision for reasons of public health.

Kristof quotes a statistic showing that the homicide rate for prostitutes is 51 times that of the next most dangerous occupation for American women. But that is in the United States, where prostitution is illegal and anyone practicing it is forced to operate in a lawless environment where criminal behavior abounds.

Is the statistic an argument for maintaining the criminal status of prostitution or for decriminalizing it?

Ashley Alexandra Dupré appears to be granted immunity from prosecution in return for her cooperation in prosecuting former Governor Eliot Spitzer. Why?

Was the man, who lost his job, his career and presumably the trust of his family more deserving of further punishment than the woman who received thousands of dollars from the transaction, reaped lots more money in succeeding days from downloads of her songs, and finally may continue to benefit with lucrative modeling offers from magazines?

E. B. M. Kulukundis, Berlin

### Looking back at Iraq

The world owes you a vote of thanks for publishing the retrospective views of some American "experts" on the Iraq disaster ("The war in Iraq: Five years later," Views, March 17). We now know exactly what we're up against.

Danielle Pletka writes: "Looking back, I felt secure in the knowledge that it without understanding its roots, only serves to widen the chasm of misunderstanding that exists between the races."

Progress, since the Civil Rights movement, or since apartheid, has assuaged the wounds of race but not closed them. To carry my part of shame is also to carry a clue to the vortexes of rancor for which Obama has uncovered words.

I understand the rage of his former pastor, Reverend Jeremiah Wright, however abhorrent its expression at times. I admire Obama for saying: "I can no more disown him that I can disown the black community."

Honesty feels heady right now. For eight years we have lived with the arid, us-against-them formulas of Bush's menial mind, with the result that the nuanced exploration of America's hardest subject is almost giddying. Can it be that a human being, like Wright, or like Obama's grandmother, is actually inhabited by ambiguities? Can an inquiring mind actually explore the half-shades of truth?

Yes. It. Can.

The unimaginable South African transition that Nelson Mandela made possible is a reminder that leadership

all who yearn for freedom, once free, would use it well. I was wrong." If only Voltaire could have read that.

In what sense is a man or woman free if he or she is constantly in terror, in a land in which all civil order has disappeared overnight, removed by the very people who have come to establish "freedom"?

Has Pletka ever spent time in the Middle East? We who opposed the Iraq invasion did so because we foresaw exactly what has happened — chaos and a huge recruiting ground for Islamic terrorism.

Laurie Strachan, Kuala Lumpur

### Finally, listening

Regarding the article "U.S. adapts Cold-War idea to fight terrorists" (March 18): What a remarkable story. For the last few years, a large number of people well versed in the social and political issues surrounding terrorism have argued that the only real way to fight it is to engage the larger society it springs from in a real and honest discourse. Many voices have urged that we should ally ourselves with those in these societies that desire peace instead of alienating them with consistent negative generalizations and military posturing.

Apparently the counter terrorism experts of the intelligence services and the military have finally caught up with common sense. Granted, they still regard it as a second best solution, insist on keeping it covert and have to call it "terrorist deterrence theory" — seriously, who comes up with these terms? But maybe there is hope after all, especially if those creating "strategies for combating terrorism" realize that this is not a "new world," and that diplomacy and dialogue have worked for a long time.

Frank Hellmann
Nottingham, England

"out of many we are truly one."

about.
I don't doubt God's existence; — there He is — but I doubt His interest in us right now and I haven't the

to letters@iht.com

Readers are invited to comment at my blog: www.iht.com/passages

ADVERTISEMENT

**LEGAL NOTICE**

**To Named Defendants:**

**MUAMMAR QADHAFI**
**ABDULLAH SENOUSSI**
**NASSER ALI ASHOUR**
**KHALIFA AHMED BAZELYA**

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, CIVIL DIVISION, Mark McDonald, et al. v. Socialist People's Libyan Arab Jamahiriya, et al., Case No. 1:06-CV-00729-JR, Judge James Robertson issued an order for service by publication on January 24, 2008. It was ordered that notice of the above-captioned action should be published in The International Herald Tribune.

Notice is hereby served on Defendants listed above. Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W. Washington, D.C. 20001, an Answer to the Complaint within sixty (60) days after service of the summons, exclusive of the day of service. If Defendants fail to do so, judgment by default may be taken against Defendants for relief demanded in the Complaint. The Complaint was filed for wrongful death; conspiracy; battery; actions for compensatory and punitive damages pursuant to 28 U.S.C. § 1605(a)(5) and 28 U.S.C. § 1605(a)(7); survival actions; negligent and/or intentional infliction of emotional distress; 28 U.S.C. § 1350; and aiding and abetting, intentionally facilitating, and/or recklessly disregarding crimes against humanity in violation of the Law of Nations.

This notice as well as the complaint and summonses are posted on the website http://www.motleyrice.com/terrorism/Libya_Lawsuit.asp

ADVERTISEMENT