# **EXHIBIT B**

**From:** TWhalen@eckertseamans.com [mailto:TWhalen@eckertseamans.com]
**Sent:** Tue 4/1/2008 5:42 PM
**To:** Eubanks, John
**Cc:** WFeinstein@eckertseamans.com; MJohnston@eckertseamans.com
**Subject:** McDonald, et al. v. Socialist People's Libyan Arab Jamahiriya, et al., Case No. 06-CV-729-JR

Dear Mr. Eubanks:

Please be advisded that my clients, namely Muammar Qadhafi, Abdullah Senoussi, Nasser Ali Ashour, and Khalifa Ahmed Bazelya, accept plaintiffs' recent attempts at service by publication in the above-captioned matter. By accepting service, these defendants do not waive any defenses including lack of in personam jurisdiction by reason of their accepting this service.

In light my clients' decision to accept service through publication, I request that you cancel any future or remaining printings of the notice of suit in the International Herald Tribune or any other publication.

If you have any questions, please do not hesitate to contact me.

Regards,

Thomas J. Whalen
Eckert Seamans Cherin Mellott, LLC
1747 Pennsylvania Avenue, N.W.
12th Floor
Washington, D.C.  20006
Telephone:  202-659-6621
Facsimile:     202-659-6699
E-Mail:         twhalen@eckertseamans.com

_____
Scanned by Symantec Anti-Virus and Content Filtering before delivery.

This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy.  Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

4/7/2008