**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARK McDONALD, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-00729-JR |
| | ) | |
| SOCIALIST PEOPLE'S LIBYAN ARAB | ) | |
| JAMAHIRIYA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Plaintiffs and Defendants, The Socialist People's Libyan Arab Jamahiriya, the Libyan

External Security Organization ("LESO"), Muammar Qadhafi, Abdullah Senoussi, Musa Kusa,

Khalifa Ahmed Bazelya, and Nasser Ali Ashour, pursuant to the Court's April 4, 2007 Order,

hereby submit the following Status Report and Proposed Briefing Schedule in advance of the

April 29, 2008 Status Conference and state as follows:

1.      On April 21, 2006, Plaintiffs filed the present action against the above

Defendants.  The claims asserted in this action arise under, among other grounds, 28 U.S.C. §§

1605(a)(2), and 1605(a)(7) constituting waivers of immunity pursuant to the Foreign Sovereign

Immunities Act ("FSIA"), 28 U.S.C. § 1601 *et seq*.  The claims include common-law remedies

such as civil conspiracy, wrongful death, battery, intentional infliction of emotional distress

(both for victims and survivors), loss of consortium in addition to claims arising under the

Torture Victim Protection Act, 28 U.S.C. § 1350, note, and the Flatow Amendment to the FSIA,

28 U.S.C. § 1605, note.  Furthermore, jurisdiction is also premised on the Alien Tort Statute, 28

U.S.C. § 1350, for aiding and abetting, intentionally facilitating and/or recklessly disregarding

the commission of crimes against humanity in violation of the law of nations.  The Plaintiffs will

move to amend their Complaint pursuant to F.R.C.P. 15(a) and Local Rule 15.1 on or before

April 30, 2008.  The Amended Complaint will address *inter alia* retroactive changes to the law

including 28 U.S.C. § 1605(A).

2.     The Plaintiffs assert that service upon Defendant Kusa was effected pursuant to

28 U.S.C. § 1608(a)(3) as set forth in Plaintiffs' Proof of Service for Defendant Musa Kusa filed

with this Court on December 15, 2006.  *See* Docket Entry 11.  Plaintiffs' Proof of Service for

Defendant Musa Kusa states that service was completed on July 23, 2006.  *Id.*  Defendants Libya

and the LESO were served via diplomatic channels pursuant to 28 U.S.C. § 1608(a)(4) on

February 1, 2007.[1]  *See* Docket Entry 17.  As of April 1, 2007, the individual Defendants

Muammar Qadhafi, Abdullah Senoussi, Khalifa Ahmed Bazelya, and Nasser Ali Ashour had not

been served.

3.     On April 3, 2007, Plaintiffs and Defendants Libya, LESO and Musa Kusa jointly

filed a Motion for Extension of Time for Defendants Libya, LESO and Musa Kusa to file a

responsive pleading until such time as the remaining individual Defendants were served with the

Complaint.

4.     On April 4, 2007, the Court granted the parties' Joint Motion and directed the

parties to submit a joint proposed briefing schedule on any motions to dismiss once service is

perfected upon all Defendants in this action.

5.     On January 18, 2008, Plaintiffs filed a Motion for Service by Publication which

was granted by the Court on January 24, 2008 and subsequently amended on March 17, 2008.

---

[1]  Defendants do not concede that service was properly effected and reserve the right to assert improper service in their responsive filings.

6.    On April 9, 2008, Plaintiffs filed their Proof of Service by Publication as to the remaining individual Defendants Muammar Qadhafi, Abdullah Senoussi, Khalifa Ahmed Bazelya, and Nasser Ali Ashour.

7.    Defendants intend to file a Motion to Dismiss the Complaint which, if granted, would be dispositive of this case.  Pursuant to the Court's April 4, 2007 Order, the parties herein propose the following briefing schedule related to defendants' preliminary dispositive motion:

Defendants' Motion to Dismiss due    June 27, 2008

Plaintiffs' Opposition due    August 27, 2008

Defendants' Reply due    September 26, 2008[2]

8.    The parties jointly request a hearing for oral argument on Defendants' Motion to Dismiss on a date which is convenient for the Court.  The parties will be prepared to answer any additional questions that the Court may have related to the status of the proceedings at the April 29, 2008 Status Conference.

Respectfully submitted,

*/s/ John M. Eubanks*
Ronald L. Motley, Esq.
Donald A. Migliori, Esq.
Jodi Westbrook Flowers, Esq.
Justin B. Kaplan, Esq.
John M. Eubanks, Esq.
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC  29465
(843) 216-9000
Fax: (843) 216-9450
jeubanks@motleyrice.com

---

[2]  Plaintiffs reserve their right to seek leave to file a surreply on or before October 10, 2008.

Jayne Conroy, Esq. (D.C. Bar #451475)
Andrea Bierstein, Esq.
HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES LLP
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
Fax: (212) 784-6420
jconroy@hanlyconroy.com

*Attorneys for Plaintiffs*

**ECKERT SEAMANS CHERIN
& MELLOTT, LLC**

_____*/s/ Mark A. Johnston*_____
Thomas Whalen, Esq. (D.C. Bar #208512)
Mark Johnston, Esq. (D.C. Bar #455764)
1747 Pennsylvania Ave., N.W.
Suite 1200
Washington, DC  20006-4604
(202) 659-6600
Fax: (202) 659-6699
twhalen@eckertseamans.com
mjohnston@eckertseamans.com

Of counsel:

Wendy West Feinstein, Esq.
ECKERT SEAMANS CHERIN &
MELLOTT LLC
600 Grant Street
44th Floor
Pittsburgh, PA 15219
(412) 566-6000
Fax:  (412) 566-6099
wfeinstein@eckertseamans.com

*Attorneys for Defendants*, *The Socialist
People's Libyan Arab Jamahiriya, Libyan
External Security Organization, Muammar
Qadhafi, Abdullah Senoussi,Musa Kusa,
Khalifa Ahmed Bazelya, and
Nasser Ali Ashour*

Dated:  April 25, 2008

4