IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MCDONALD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CA No. 1:06-CV-729 (JR) |
| ) | |
| THE SOCIALIST PEOPLE'S LIBYAN ) | |
| ARAB JAMAHIRIYA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF FILING FIRST AMENDED COMPLAINT

Plaintiffs herein submit this notice of the filing of the First Amended Complaint in the above referenced action pursuant to F.R.C.P. 15(a) which provides: "a party may amend the party's pleadings once as a matter of course at anytime before a responsive pleading is served…." F.R.C.P. 15(a). No responsive pleading has been served in this action. *See* Docket #32. Plaintiffs' First Amended Complaint is attached hereto and filed herewith.[1]  L.R.Cv.P. 15.1.

---

[1] So the record is clear, Plaintiffs are not seeking leave to amend as contemplated by or pursuant to certain of the provisions of the newly enacted 28 U.S.C. Section 1605(A). Pub.L. 110-181, Div. A, Title X, § 1083(c), Jan. 28, 2008, 122 Stat. 342 (2)(A)(i-iv). The Plaintiffs cannot meet the requirements of subsections (2)(A)(ii) or (iii) which require that the original claims brought were in reliance upon prior provisions of the FSIA having created an independent cause of action, (ii), nor have the plaintiffs been "adversely affected" by any such failure of FSIA to have created a cause of action (iii). Pub.L. 110-181, Div. A, Title X, § 1083(c), Jan. 28, 2008, 122 Stat. 342 (2)(A)(ii, iii). Plaintiffs did not originally plead that the FSIA created an independent cause of action against a foreign sovereign. (Plaintiffs' First Amended Complaint does recognize this substantive change in the law.) In that the Court has not had the opportunity to rule on any substantive motions relating to the claims in this case, to date, the Plaintiffs have not been adversely affected. *Id*. In that Plaintiffs do not meet these criteria in the present action, this subsection does not apply. *Id*. (Plaintiffs' claims do meet subsections (i) and (iv) of this subsection. *Id*.)

Dated:  May 1, 2008							Respectfully submitted,

							MOTLEY RICE LLC


							  /S/
							Ronald L. Motley, Esq.
							Jodi Westbrook Flowers, Esq.
							Donald A. Migliori, Esq.
							Robert  T. Haefele, Esq.
							Elizabeth S. Smith, Esq.
							John M. Eubanks, Esq.
							28 Bridgeside Blvd.
							P.O. Box 1792
							Mount Pleasant, SC 29465
							Phone: (843) 216-9000
							Fax: (843) 216-9450
							jflowers@motleyrice.com


Of Counsel:

Jason McCue, Esq.
H20 LAW
40-43 Chancery Lane
London WC2A 1JQ
United Kingdom

Lord Dan Brennan
Matrix Chambers
Gray's Inn
London WC1R 5LN
United Kingdom

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2008, I sent a true copy via email of the Plaintiffs' Notice of Filing First Amended Complaint and the First Amended Complaint to the attorneys for Defendants, The Socialist People's Libyan Arab Jamahiriya, Libyan External Security Organization, Muammar Qadhafi, Abdullah Senoussi, Musa Kusa, Khalifa Ahmed Bazelya, and Nasser Ali Ashour:

Thomas Whalen, Esquire
Mark Johnston, Esquire
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1747 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006-4604
Tel:  (202) 659-6600
Fax:  (202) 659-6699
twhalen@eckertseamans.com
mjohnston@eckertseamans.com

Wendy West Feinstein, Esquire
ECKERT SEAMANS CHERIN & MELLOTT LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Tel:  (412) 566-6000
Fax:  (412) 566-6099
wfeinstein@eckertseamans.com

                                             /S/
                                             Jodi Westbrook Flowers