IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK McDONALD, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00729-JR |
| ) | |
| SOCIALIST PEOPLE'S LIBYAN ARAB ) | |
| JAMAHIRIYA, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' EXPEDITED CONSENT MOTION FOR EXTENSION OF TIME**

Defendants, the Socialist People's Libyan Arab Jamahiriya, the Libyan External Security Organization ("LESO"), Muammar Qadhafi, Abdullah Senoussi, Musa Kusa, Khalifa Ahmed Bazelya and Nasser Ali Ashour, by undersigned counsel and with the consent of plaintiffs, hereby move this Court pursuant to Fed. R Civ. P. Rule 6 for a brief six (6) day extension of time for defendants to file their Motion to Dismiss the Amended Complaint until July 3, 2008. In support of this Motion, defendants state as follows:

1.   By Order of the Court at the April 29, 2008 Scheduling Conference, defendants' Motion to Dismiss the Amended Complaint is due June 27, 2008.

2.   On June 24, 2008, the United States Court of Appeals for the D.C. Circuit entered its opinion in *Simon v. Republic of Iraq*, No. 06-7175, 2008 WL 2497417 (D.C. Cir. June 24, 2008).

3.   The *Simon* case is the first decision from the D.C. Circuit regarding the application of the National Defense Authorization Act of 2008, Pub L. No. 110-181 (the "2008 Defense Act")[1] to pending state sponsor of terrorism cases. The Terrorism Exception to

---

[1] The 2008 Defense Act was passed on January 28, 2008.

Immunity found in § 1083 of the Defense Act amends the FSIA in certain respects by creating 28 U.S.C. § 1605A.  The *Simon* opinion addresses the application of newly created § 1605A which amends the FSIA in certain respects, creates a new cause of action for certain types of terrorism-related claims against foreign states and repeals former § 1605(a)(7) and § 1605(f).  *See* 28 U.S.C. § 1605A(c) and § 1083(b).  The opinion further discusses certain aspects of former § 1605(a)(7) and its relationship to § 1083(c) of the 2008 National Defense Act.

       3.       In the case before this Court, plaintiffs' Amended Complaint relies upon, *inter alia*, § 1605A to establish subject matter jurisdiction over defendants and asserts causes of action against defendants pursuant to § 1605A.  In addition, plaintiffs' Amended Complaint is subject to certain provisions of § 1083(c) of the 2008 National Defense Act.

       4.       Defendants require a brief extension of time to further review and analyze the D.C. Circuit's opinion in *Simon* to determine what effect, if any, it may have on plaintiffs' Amended Complaint herein and the arguments to be made in defendants' Motion to Dismiss.

       5.       Defendants are mindful that this Court entered a relaxed briefing schedule in this matter.  However, due to the recent decision by the D.C. Circuit concerning certain issues which are present in the case *sub judice*, defendants respectfully request a brief extension of six (6) days to further review and analyze the opinion in *Simon* and to file their Motion to Dismiss.

       6.       Undersigned counsel certifies that in accordance with Local Rule LCvR 7(m), he has consulted with plaintiffs' counsel regarding this request for an extension and plaintiffs consent to the relief requested herein.

WHEREFORE, defendants request that the Court grant their Expedited Motion for an extension of time for defendants to file their Motion to Dismiss the Amended Complaint until July 3, 2008.

        Respectfully submitted,

        **ECKERT SEAMANS CHERIN**
          **& MELLOTT, LLC**

        */s/ Thomas J. Whalen*
        Thomas J. Whalen, Esq. (D.C. Bar #208512)
        Mark A. Johnston, Esq. (D.C. Bar #455764)
        1747 Pennsylvania Ave., N.W.
        Suite 1200
        Washington, DC  20006-4604
        (202) 659-6600
        Fax: (202) 659-6699
        twhalen@eckertseamans.com
        mjohnston@eckertseamans.com

        <u>Of counsel</u>:

        Wendy West Feinstein, Esq.
        ECKERT SEAMANS CHERIN
          & MELLOTT, LLC
        600 Grant Street
        44th Floor
        Pittsburgh, PA 15219
        (412) 566-6000
        Fax:  (412) 566-6099
        wfeinstein@eckertseamans.com

        *Attorneys for Defendants*, *The Socialist People's Libyan Arab Jamahiriya, Libyan External Security Organization, Muammar Qadhafi, Abdullah Senoussi, Musa Kusa, Khalifa Ahmed Bazelya, and Nasser Ali Ashour*

Dated:  June 27, 2008

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Expedited Consent Motion for Extension of Time** was electronically filed and served, this 27th of June, 2008, to:

> Jayne Conroy
> Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP
> 112 Madison Avenue
> New York, NY 10016-7416
>
> Donald A. Migliori
> Motley Rice, LLC
> 321 South Main Street
> Providence, RI 02940
>
> Jodi Westbrook Flowers
> John Michael Eubanks
> Justin B. Kaplan
> Michael E. Elsner
> Michelle Dara Hodkin
> Ronald L. Motley
> Motley Rice, LLC
> 28 Bridgeside Boulevard
> Mount Pleasant, SC 29465

>                     */s/ Thomas J. Whalen*
>                        Thomas J. Whalen