**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK McDONALD, et al.         ) | |
|                               ) | |
|    Plaintiffs, ) | |
|                               ) | |
| v.                            ) | Case No. 1:06-cv-00729-JR |
|                               ) | |
| SOCIALIST PEOPLE'S LIBYAN ARAB ) | |
| JAMAHIRIYA, et al.            ) | |
|                               ) | |
|    Defendants. ) | |

## ORDER

Upon consideration of Defendants' Expedited Consent Motion for Extension of Time, the record herein, and the Court being duly advised in the premises, it is, by the Court this _____ day of June 2008,

ORDERED, that defendants' Motion is GRANTED and that defendants time to file their Motion to Dismiss the Amended Complaint is hereby extended until July 3, 2008.

_____
Judge James Robertson
U.S. District Court for the District of Columbia