**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK McDONALD, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00729-JR |
| ) | |
| SOCIALIST PEOPLE'S LIBYAN ARAB ) | |
| JAMAHIRIYA, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss the Amended Complaint, any Opposition thereto, and the Court being duly advised in the premises, it is, by the Court this _____ day of _____, 2008,

ORDERED, that Defendant's Motion to Dismiss is GRANTED; and it is further

ORDERED, that all claims against Defendants The Socialist People's Libyan Arab Jamahiriya, Libyan External Security Organization, Muammar Qadhafi, Abdullah Senoussi, Musa Kusa, Khalifa Ahmed Bazelya and Nasser Ali Ashour are hereby dismissed with prejudice.

_____
Judge James Robertson
U.S. District Court for the District of Columbia