

**United States Department of State**

*Washington, D.C. 20520*

July 3, 2008

Ms. Nancy Mayer-Whittington
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

                Re: Mark McDonald, et al. v. The Socialist People's
                Libyan Arab Jamahiriya, Case Number 1:06CV00729

Dear Ms. Mayer-Whittington:

      I am writing in response to the Court's request to transmit letters rogatory to the General People's Committee for Foreign Liaison and International Cooperation of Libya. The letters rogatory request service of process upon several named persons in their personal and official capacities in the matter referenced above.

      The U.S. Embassy in Tripoli attempted to deliver the letters rogatory on numerous occasions and each time the General People's Committee for Foreign Liaison and International Cooperation declined to accept them. I am therefore returning the unexecuted letters rogatory.

      If you have any questions regarding this matter please do not hesitate to contact me at (202) 736-9115.

                                      Sincerely,

                                      William P. Fritzlen
                                      Attorney Adviser
                Office of Policy Review and Inter-Agency Liaison

Enclosures as stated

**RECEIVED**
JUL 8 – 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT