# EXHIBIT

# 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK McDONALD, et al.            )
                                 )
         Plaintiffs,             )
                                 )
    v.                           )   Case No. 1:06-cv-00729-JR
                                 )
SOCIALIST PEOPLE'S LIBYAN ARAB   )
JAMAHIRIYA, et al.               )
                                 )
         Defendants.             )
                                 )
_____  )

## AFFIDAVIT OF MICHAEL HALL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Michael Hall, being duly sworn hereby states and affirms:

1. I have been working under contract for Motley Rice, LLP as a researcher in the case of *Mark McDonald, et al. v. Socialist People's Libyan Arab Jamahiriya, et al.*

2. As part of my duties, I have been asked to determine the number of American and non-American victims of attacks attributable to the Provisional Irish Republic Army ("PIRA") between the time period January 1, 1972 and July 20, 1997.

3. A primary, public source of terrorist incident reporting is the Global Terrorism Database ("GTD") administered by the National Consortium for the Study of Terrorism and Response to Terrorism ("START"), which is sponsored by the Department of Homeland Security. The GDT is an open-source database of global terrorist events since 1970. For each terrorist incident, the database includes standard information about

the date of the incident, the weapons used, the nature of the target, the causalities, and the perpetrator in addition to other descriptive information. START describes the databases as "the most comprehensive unclassified data base on terrorist events in the world." See http://www.start.umd.edu/data/gtd/.

4. According to the GTD for the period January 1, 1972 through July 20, 1997[1], attacks attributed to the PIRA resulted in the injuries or deaths of approximately 47 victims where the primary nationality of the targets was reported as American (listed in the database as United States).

5. According to the GTD for the period January 1, 1972 through July 20, 1997, attacks attributed to PIRA resulted in the injuries or death of approximately 4,977 where the primary national of the targets was non-American.

Dated: July 30, 2008

_____
Michael Hall

_____
Notary Public

Notary Public District of Columbia
Brian Combs
My Commission Expires June 30, 2009

---

[1] LaFree, Gary, and Laura Dugan. GLOBAL TERRORISM DATABASE 1.1, 1970-1997 [Computer file]. ICPSR22541-v1. College Park, MD: University of Maryland [producer], 2006. Ann Arbor, MI: Inter-university Consortium for Political and Social Research [distributor]. 2008-05-30.