UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK McDONALD, et al. ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00729-JR |
| ) | |
| SOCIALIST PEOPLE'S LIBYAN ARAB ) | |
| JAMAHIRIYA, et al. ) | |
| ) | |
|     Defendants. ) | |
| ) | |

**[PROPOSED]**
**ORDER CERTIFYING CLASS & APPOINTING CLASS COUNSEL**

After hearing oral arguments and reviewing the written submissions of all parties, it is hereby

ORDERED AND ADJUDGED that Plaintiffs' Motion for Class Certification is GRANTED. Pursuant to Federal Rule of Civil Procedure 23(b)(3) the Court certifies the following two Classes, defined as follows:

The <u>American Class</u>:

**The following persons shall be members of the American Class: (1) all legal representatives (including personal representatives, executors, estate administrators, and/or trustees) entitled to bring a legal action on behalf of any United States national or United States permanent-resident alien who died as a result of a bombing perpetrated by the PIRA during the time period from 1972 up to and including July 20, 1997; (2) all United States nationals or United States permanent-resident aliens who suffered physical injury as a result of a bombing perpetrated by the PIRA during the time period from 1972 up to and including July 20, 1997; (3) all survivors, including spouses, children, parents, or siblings of a United States national or United States permanent-resident alien who died as a result of a bombing perpetrated by the PIRA during the time period from 1972 up to and including July 20, 1997; and (4) the spouse and/or minor children of a United States national or United States permanent-resident alien who suffered physical injury as a result of a bombing perpetrated by the PIRA during the time period from 1972 up to and including July 20, 1997.**

The <u>Alien Class</u>:

**The following persons shall be members of the Alien Class: (1) all legal representatives (including personal representatives, executors, estate administrators, and/or trustees) entitled to bring a legal action on behalf of any non-United States national or permanent-resident alien who died as a result of a bombing perpetrated by the PIRA utilizing Semtex in the preparation of the bomb where such Semtex was being provided as material support to PIRA by Libya during the time period from 1987 up to and including July 20, 1997; (2) all non-United States nationals or permanent-resident aliens who suffered physical injury as a result of a bombing perpetrated by the PIRA utilizing Semtex in the preparation of the bomb where such Semtex was being provided as material support to PIRA by Libya during the time period from 1987 up to and including July 20, 1997; (3) all survivors, including spouses, children, parents, or siblings of a non-United States national or permanent-resident alien who died as a result of a bombing perpetrated by the PIRA utilizing Semtex in the preparation of the bomb where such Semtex was being provided as material support to PIRA by Libya during the time period from 1987 up to and including July 20, 1997; and (4) the spouse and/or minor children of a non-United States national or permanent-resident alien who suffered physical injury as a result of a bombing perpetrated by the PIRA utilizing Semtex in the preparation of the bomb where such Semtex was being provided as material support to PIRA by Libya during the time period from 1987 up to and including July 20, 1997; but excluding (5) all non-United States nationals or permanent-resident aliens, and all spouses, children, parents and siblings of such individuals who were engaged in military operations on behalf of the Government of the United Kingdom against the PIRA when these individuals were either killed or physically injured as a result of a bombing perpetrated by the PIRA utilizing Semtex in the preparation of the bomb where such Semtex was being provided as material support to PIRA by Libya during the time period from 1987 up to and including July 20, 1997.**

It is further

ORDERED AND ADJUDGED that pursuant to Rule 23(g) the Court appoints Motley Rice LLC as Class Counsel for the American Class and for the Alien Class. It is further

ORDERED AND ADJUDGED that within sixty (60) days of the date of this Order certifying the American Class and the Alien Class, Class Counsel shall submit for approval by the Court a proposed Notice to the American Class and to the Alien Class.

3

SO ORDERED

Dated:   Washington, D.C.
      _____ \_\_\_, 2008

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE