UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARK McDONALD, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | 1:06-cv-00729-JR |
| | ) | |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *et al.*, | ) ) | |
| | ) | |
| *Defendants*. | ) ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants, the Socialist People's Libyan Arab Jamahiriya, the Libyan External Security Organization, Muammar Qadhafi, Abdullah Senoussi, Musa Kusa, Khalifa Ahmed Bazelya and Nasser Ali Ashour ("the Libyan defendants") respectfully inform this Court of the "Libyan Claims Resolution Act," S. 3370, 110th Cong. (passed by the Senate and House, July 31, 2008) (Exhibit A) (the "Act"), which was signed into law by President Bush, *see* Press Release, White House Office of the Press Secretary, President Bush Signs S. 3370 Into Law (Aug. 4, 2008) (Exhibit B).

The Libyan Claims Resolution Act contemplates a "comprehensive settlement . . . pursuant to an international agreement between the United States and Libya as a part of the process of restoring normal relations between Libya and the United States." The Act at § 3. The Libyan State Defendants expect execution of the international agreement this week. Once that agreement is executed and the Secretary of State certifies receipt of payment, Libya will no longer be subject to jurisdiction under 28 U.S.C. §§ 1605A or 1605(a)(7). *Id.* at § 5(a)(1)(A).

Eligible claimants will have the opportunity to seek compensation through a claims-settlement mechanism to be administered by the U.S. Government. *Id.* at §5(a)(2)(B)(ii).

The press releases of Secretary of State Rice (Aug. 1, 2008) (Exhibit C), Senator Lautenberg (July 31, 2008) (Exhibit D), and Senator Biden (July 31, 2008) (Exhibit E), all in support of the Act, are also attached for the Court's reference.

Dated: August 12, 2008

Respectfully submitted,

ECKERT SEAMENS CHERIN
& MELLOTT, LLC

/s/ Thomas J. Whalen
Thomas J. Whalen, Esq. (Bar No. 208512)
Mark A. Johnston, Esq. (Bar No. 455764)
1747 Pennsylvania Ave., N.W.,
Twelfth Floor
Washington, D.C. 20006
(202) 659-6600
twhalen@eckertseamans.com
mjohnston@eckertseamans.com

Wendy West Feinstein, Esq. (Pa ID No. 86698)
*Admitted Pro Hac Vice*
600 Grant Street
44th Floor
Pittsburgh, PA 15219
(412) 566-6000
wfeinstein@eckertseamans.com