IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK McDONALD, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00729-JR |
| ) | |
| SOCIALIST PEOPLE'S LIBYAN ARAB ) | |
| JAMAHIRIYA, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants' Motion to Strike Plaintiffs' Motion for Class Certification, any opposition thereto, and the Court being duly advised in the premises, it is, by the Court this _____ day of August 2008,

ORDERED, that defendants' Motion is GRANTED and that plaintiffs' Motion for Class Certification is hereby stricken; and it is further

ORDERED, that plaintiffs' class action claims are hereby stricken due to plaintiffs' failure to comply with Local Civil Rule 23.1(b).

_____
Judge James Robertson
U.S. District Court for the District of Columbia