# EXHIBIT

# B

**Parrett, Vince**

| | |
|---|---|
| From: | Flowers, Jodi |
| Sent: | Thursday, August 21, 2008 2:23 AM |
| To: | Parrett, Vince |
| Subject: | Fw: Libya claims settlement |
| Attachments: | LEGAL-#87958-v1-Claimant_Letter.DOC |



LEGAL-#87958-v
-Claimant_Lette.

----- Original Message -----
From: Daugirdas, Kristina B <DaugirdasKB@state.gov>
To: Schwartz, Jonathan B <SchwartzJB@state.gov>; Jacobson, Linda <JacobsonL@state.gov>
Sent: Mon Aug 11 16:25:28 2008
Subject: Libya claims settlement

In response to the many inquiries the State Department has received about the proposed Libya claims settlement, we have prepared the attached update paper for your information. If you have further questions, or suggestions on the way ahead, please feel free to contact members of the Legal Adviser's office by mail or e-mail: JacobsonL@state.gov (for Linda Jacobson); schwartzjb@state.gov (for Jonathan Schwartz); daugirdaskb@state.gov (for Kristina Daugirdas). We will endeavor to provide further information as it is available.

1

## Update on Libya Claims Issue

The President has now signed into law S. 3370, the Libyan Claims Resolution Act. Its purpose is to facilitate rapid recovery of fair compensation by American nationals who have terrorism-related claims against Libya. If successful, this will be achieved through a comprehensive inter-governmental claims settlement agreement. That agreement may be signed shortly, pursuant to which the United States Government expects to receive substantial resources for American claimants. If the resources are not forthcoming, the pending cases against Libya and its officials may continue in the U.S. courts. If the agreed resources are received as expected, all these cases should be dismissed from U.S. courts (if not previously withdrawn) and the Executive branch will distribute the resources to American claimants. Claims of foreign nationals will be redirected out of the U.S. court system but not terminated, and such claimants may choose to pursue other avenues of redress available under international and foreign law.

Under the Act, Libya will obtain the benefit of the claims agreement only if the United States receives funding to implement the Pan Am 103 and LaBelle Discotheque settlements, and to provide fair compensation for Americans with wrongful death or physical injury claims in other cases. As a general matter, the claims agreement has been negotiated with the aim of ensuring funding for the latter claims at comparable levels to the two specified settlements and on the same basis -- that is, without requiring U.S. claimants for wrongful death or physical injury to prove liability by Libya or individual economic damages. Under the agreement, sufficient funding should also be available for at least three additional purposes for claims not subject to the two specified settlements: claims for additional recoveries for death and physical injury because of special circumstances, such as particularly severe injuries or where there has been a previous U.S. court ruling; claims for emotional distress; and terrorism-related claims by commercial parties.

The Foreign Claims Settlement Commission may be enlisted to assist in administering parts of this distribution program. In that connection, claimants' representatives are welcome to provide suggestions to the Department of State on how to structure the distribution program in a manner that will be most efficient and fair to the American victims. Given

2

how old these claims are, there is a strong interest in providing a measure of relief to the victims and their families as soon as possible.

In sum, the coming weeks will determine whether the claims agreement can be finalized and the agreed funds transferred to the U.S. Government for rapid distribution to U.S. claimants. Success, of course, cannot be assured. The initiative could still be put at risk by new developments, such as a U.S. court ruling in Libya's favor or other developments in the judicial proceedings that might lead officials in Tripoli to question the terms of the proposed claims settlement agreement. It therefore would be in the claimants' interests for all the current legal proceedings to be stayed. A number of the claimants' representatives have already done so, in coordination with counsel for Libya.

August 11, 2008