# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK McDONALD, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SOCIALIST PEOPLE'S LIBYAN ARAB )<br>JAMAHIRIYA, et al. )<br>)<br>Defendants. )<br>) | Case No. 1:06-cv-00729-JR |

## [PROPOSED]
## ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR STAY OF CASE

It is hereby

ORDERED AND ADJUDGED that Plaintiffs' Emergency Motion For Stay Of Case is GRANTED. It is further

ORDERED AND ADJUDGED that this action is stayed in its entirety pending resolution of the independent claims settlement proceedings of the claims of eligible claimants. It is further

ORDERED AND ADJUDGED that the filing of all further briefings in this action, including Plaintiffs' Opposition to Defendants' Motion to Dismiss that is currently scheduled to be filed on August 27, 2008, as well as Defendants' Reply in Support of Their Motion to Strike Plaintiffs' Motion for Class Certification scheduled to be filed on August 25, 2008, is stayed pending resolution of the independent claims settlements under the Libyan Claims Resolution Act.

SO ORDERED

Dated: Washington, D.C.
_____ \_\_\_, 2008

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE